IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.L.L. CONSTRUCTION, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 4:17-CV-02367-AGF |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| THE METROPOLITAN ST. LOUIS ) | |
| SEWER DISTRICT, JAMES FAUL, RUBY ) | |
| BONNER, REV. RONALD BOBO, ) | |
| MICHAEL YATES, and JAMES I. SINGER, ) | |
| in their individual capacities as the Board of ) | |
| Trustees of the Metropolitan St. Louis Sewer ) | |
| District, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS JAMES FAUL, RUBY BONNER, REV. RONALD BOBO, MICHAEL YATES, AND JAMES I. SINGER'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ADDRESSING QUALIFIED IMMUNITY**

COME NOW Defendants, James Faul, Ruby Bonner, Rev. Ronald Bobo, Michael Yates, and James I. Singer, pursuant to Rule 7-4.01(D) of the Local Rules for the United States District Court for the Eastern District of Missouri, and for its Motion for Leave to Exceed the Page Limit states as follows:

1. This Court's scheduling order has required the filing of all qualified immunity motions by May 11, 2018.

2. This Court's Local Rule 7-4.01(D) states that "No party shall file any motion, memorandum or brief which exceeds fifteen (15) numbered pages, exclusive of the signature page and attachments, without leave of Court."

3.  Due to the number and complexity of the legal issues implicated by the qualified immunity analysis, these Defendants expect that their Memorandum in Support of Their Motion will need to exceed fifteen pages (15) but is unlikely to exceed twenty (20) pages in length.

4.  Defendants have made good faith efforts to contain the length of their briefing within the limitations set out in Rule 7-4.01(D) but have been unsuccessful in doing so.

5.  Moreover, exceeding the page limit was not done for any improper purpose or to burden the parties or this court.

6.  Rather, Defendants request leave to exceed the page limit for reasons stated herein.

7.  Plaintiff will not be prejudiced by allowing these Defendants to submit briefing in excess of the Rule's default fifteen (15) page limit.

WHEREFORE, Defendants Metropolitan St. Louis Sewer District Trustees James Faul, Ruby Bonner, Rev. Ronald Bobo, Michael Yates, and James I. Singer pray this Court grant them leave to file their Memorandum in Support of Their Motion for Summary Judgment in excess of this Court's fifteen page limit, and for such other and further relief as this Court deems just and proper under the circumstances.

**RYNEARSON SUESS SCHNURBUSCH CHAMPION, LLC**.

BY:  /s/ Victor H. Essen, II
Debbie S. Champion,      #38637
Victor H. Essen, II          #57629
500 North Broadway, Suite 1550
St. Louis, MO 63102
314-421-4430 / FAX: 314-421-4431
dchampion@rssclaw.com
vessen@rssclaw.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true copy of the foregoing was sent via the Court's electronic filing system on this 9th day of May, 2018 to:

C. John Pleban
Lynette M. Petruska
Steven R. Kratky
PLEBAN & PETRUSKA LAW, LLC
2010 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-6666 / FAX: 314-645-7376
cpleban@plebanlaw.com
lpetruska@plebanlaw.com
sktratky@plebanlaw.com
***Attorneys for Plaintiff***

                                                                   /s/ Victor H. Essen, II