# STANDARD CONSTRUCTION SPECIFICATIONS

### FOR
### SEWERS AND DRAINAGE FACILITIES



2009

## METROPOLITAN ST. LOUIS
## SEWER DISTRICT

**EXHIBIT**

tabbies®

N

## CUSTOMER SERVICE STATEMENT

Each contractor performing work by this document is advised that they may be working on private property for which the District has obtained easements or right-of-way from the owners.    Therefore, it is essential that during construction the Contractor and the District make every effort to cause minimal inconvenience to the public and minimal damage to their property.    The Contractor and the District shall restore the areas of construction as expeditiously as possible to a condition equal to or better than it was prior to construction.

Standard Construction Specifications
For
Sewers And Drainage Facilities
Metropolitan St. Louis Sewer District

TABLE OF CONTENTS

Customer Service Statement

PART 1 GENERAL CONDITIONS                                                      PAGE
Section
  A. Purpose and Application ------------------------------------------------------1
  B. Definitions ------------------------------------------------------------------1
  C. Scope of Work
    1. Meaning of Plans and Specifications ---------------------------------------5
    2. Decision of Director Conclusive -------------------------------------------5
    3. Or equal Clause ----------------------------------------------------------5
    4. Ambiguity of Plans and Specifications -------------------------------------5
    5. Right-of-Way and Easements ------------------------------------------------5
    6. Additions or Omissions of Work --------------------------------------------5
    7. Work Change Directive -----------------------------------------------------6
    8. Changes Requested by Contractor -------------------------------------------6
    9. Changed and Unforeseen Conditions -----------------------------------------6
    10. Submittal of Claims ------------------------------------------------------6
    11. Asbestos, PCB's, Petroleum, Hazardous Waste, or Radioactive Material -----7
  D. Control of Work
    1. Subcontract-------------------------------------------------------------7
    2. Contractor's Responsibilities for Work as a Whole -----------------------8
    3. Authority of District Representative-------------------------------------8
    4. District to Stake Out Work -----------------------------------------------8
    5. Approved Plans ----------------------------------------------------------8
    6. Supplemental Drawings ----------------------------------------------------8
    7. Methods and Appliances --------------------------------------------------9
    8. Inspection of Work -------------------------------------------------------9
    9. Rejected or Unauthorized Work --------------------------------------------10
  E. Prosecution, Progress and Acceptance of the Work
    1. Time of Commencement -----------------------------------------------------10
    2. Order of Work ------------------------------------------------------------10
    3. Work to Stop During Unsuitable Weather -----------------------------------11
    4. District Responsibility for Delays ---------------------------------------11
    5. Contractor's Delay or Abandonment ----------------------------------------11
    6. Contractor's Liability for Exceeding the Contact Period -----------------11
    7. District's Right to use Work Prior to Acceptance ------------------------12
    8. Contractor's Relief from Maintenance and Responsibility -----------------12
    9. Field approval of Work ---------------------------------------------------12
    10. Acceptance of Work ------------------------------------------------------13
    11. Time of Completion ------------------------------------------------------13
  F. Responsibilities of the Contractor
    1. Observance of Laws and Regulations----------------------------------------13
    2. Superintendence ----------------------------------------------------------15
    3. Labor Competency ---------------------------------------------------------15
    4. Project Site Maintenance -------------------------------------------------15
    5. Public Convenience and Safety --------------------------------------------15
    6. Overhead High Voltage Power lines ----------------------------------------16
    7. Indemnification ----------------------------------------------------------16
    8. Insurance ----------------------------------------------------------------17
    9. Public Officials Not Liable ----------------------------------------------17

10. Use of Explosives ------------------------------------------------------17
11. Disposition of Materials -----------------------------------------------17
12. Cooperation Between the Contractor, Utility Owners,
    and Other Contractors---------------------------------------------------17
13. Traffic -----------------------------------------------------------------18
14. Testing -----------------------------------------------------------------18
G. Measurement and Payment
   1. Measurement of Quantities --------------------------------------------18
   2. Limitation on Pay Quantities -----------------------------------------19
   3. Scope of Payment -----------------------------------------------------19
   4. Payment for Changes and Extra Work -----------------------------------19
   5. Material and Labor Bills ---------------------------------------------21
   6. Payment for Cash Contracts -------------------------------------------22
   7. Taxes ----------------------------------------------------------------22

Part 2 MATERIALS OF CONSTRUCTION
Section
   A. Introduction --------------------------------------------------------24
   B. Control of Materials
      1. Approval ---------------------------------------------------------24
      2. Sources of Supply ------------------------------------------------24
      3. Sampling, Inspection, and Testing --------------------------------24
      4. Materials and Equipment not Locally Produced ---------------------25
      5. Storage of Materials --------------------------------------------25
      6. Rejected Materials -----------------------------------------------25
   C. Concrete
      1. Portland Cement --------------------------------------------------25
      2. Air-Entrained Admixtures for Concrete ----------------------------25
      3. Aggregates for Concrete ------------------------------------------26
      4. Water -----------------------------------------------------------26
      5. Metal Reinforcement in Concrete ---------------------------------26
   D. Steel And Castings
      1. Structural Steel ------------------------------------------------26
      2. Steel Castings --------------------------------------------------26
      3. Gray Iron Castings ----------------------------------------------27
      4. Watertight Type Castings ----------------------------------------27
   E. Brick
      1. Sewer Brick -----------------------------------------------------28
      2. Building Brick --------------------------------------------------28
      3. Facing Brick ----------------------------------------------------28
   F. Precast Manholes
      1. Reinforced Concrete Manholes -------------------------------------28
      2. Manhole Cones ---------------------------------------------------28
      3. Manhole Steps ---------------------------------------------------29
      4. Connections -----------------------------------------------------29
      5. Riser Sections --------------------------------------------------29
      6. Grade Adjustment Rings ------------------------------------------29
      7. Overlay Adjustment Rings ----------------------------------------29
      8. Waterproofing ---------------------------------------------------29
   G. Pipe
      1. Sanitary and Combined Sewer Pipe --------------------------------29
      2. Stormwater Sewer Pipe -------------------------------------------30
      3. Clay Pipe and Fitting -------------------------------------------30
      4. Concrete Sewer Pipe ---------------------------------------------30
      5. Reinforced Concrete Pipe ----------------------------------------31
      6. Ductile Iron Pipe -----------------------------------------------31
      7. Corrugated Metal Pipe -------------------------------------------32

8.   Polyvinyl Chloride Pipe ---------------------------------------32
9.   Composite Sewer Pipe ------------------------------------------32
10.  Plastic Pipe for Force Mains ----------------------------------32
11.  High Density Polyethylene Pipe (HDPE) -------------------------33
12.  Cured-In Place Pipe (CIPP) ------------------------------------33
13.  Fiberglass Pipe -----------------------------------------------33
14.  Other Types of Pipe -------------------------------------------33

H. Joints
1.   Joint Selection (this is a table of type of joint to use for Sanitary &
Combined Sewers and for Stormwater Sewers) ------------------------------33
2.   Type A Joints -------------------------------------------------34
3.   Type B Joints -------------------------------------------------34
4.   Type C Joints -------------------------------------------------34
5.   Type D Joints -------------------------------------------------34
6.   Type E Joints -------------------------------------------------35
7.   Type F Joints -------------------------------------------------35
8.   Other Type Joints ---------------------------------------------35
9.   Lubricants for Prefabricated Pipe Gaskets ---------------------35
10.  Primers and Adhesives -----------------------------------------35
11.  Adapters and Couplings ----------------------------------------35

I. Precast Concrete Box Culverts
1.   Requirements --------------------------------------------------36

J. Inlet Stones, Sills, And Blocks
1.   Inlet Stones, Sills, and Blocks and Other Pre-Cast Units ------36
2.   Top Surface of Inlet Stones -----------------------------------36

K. Crushed Limestone and Screenings For Sewer Bedding, Backfill,
and Subgrade Replacement
1.   Requirements---------------------------------------------------36
2.   Designation: MSD 1-Bedding ------------------------------------36
3.   Designation: MSD 2-Bedding ------------------------------------37
4.   Designation: MSD 3-Bedding ------------------------------------37
5.   Designation: MSD 4-Subgrade Replacement -----------------------37
6.   Designation: MSD 5-Rock Blanket -------------------------------37
7.   Designation: MSD 6-Gabion Rock --------------------------------37
8.   Designation: MSD 7-Light Limestone Revetment ------------------37
9.   Designation: MSD 8-Heavy Limestone Revetment ------------------37

L. Gabion Baskets
1.   General -------------------------------------------------------38
2.   Dimensions ----------------------------------------------------38
3.   Basket Mesh ---------------------------------------------------38
4.   PVC Coated Baskets --------------------------------------------38
5.   Basket Proportions --------------------------------------------39
6.   Permanent Fasteners -------------------------------------------39
7.   Certificate of Compliance--------------------------------------40

M. Geotextile Fabric
1.   Designation: Type 1 -------------------------------------------40
2.   Designation: Type 2 -------------------------------------------40
3.   Designation: Type 3 -------------------------------------------41
4.   Designation: Type 4 -------------------------------------------41


PART 3 EXCAVATION
Section
A. General
1.   Type ----------------------------------------------------------43
2.   Protection ----------------------------------------------------43
B. Classification
1.   Excavation Classes --------------------------------------------43

    2.   Record of Excavation Materials ----------------------------------------44
C. Clearing --------------------------------------------------------------------44
D. Work Included in Excavation
    1.   General ---------------------------------------------------------------44
E. Unusual Excavation Conditions
    1.   Extra Payment Request
         a. Infiltration ---------------------------------------------------45
         b. Sheet Piling --------------------------------------------------45
         c. Other Unforeseeable, Special, or Unusual Construction ----------45
    2.   Written Request for Special Items ------------------------------------45
F. Open Cut Excavation
    1.   Alternate Methods of Excavation---------------------------------------45
    2.   Underground Structures, Pipe Lines, or Utilities --------------------45
    3.   Utilities -----------------------------------------------------------46
    4.   Limits of Excavation for Pipe Sewers --------------------------------47
    5.   Limits of Excavation for Channels -----------------------------------47
    6.   Change of Trench of Channel Location --------------------------------47
    7.   Length of Open Trench -----------------------------------------------48
    8.   Unauthorized Excavation ---------------------------------------------48
    9.   Removal of Unsuitable Subgrade --------------------------------------48
    10.  Excavation in Rock --------------------------------------------------48
    11.  Control of Water ----------------------------------------------------49
    12.  Disposition of Excavated Materials ----------------------------------49
    13.  Bracing and Shoring -------------------------------------------------50
    14.  Trench and Channels with Sloping Sides ------------------------------50
    15.  Stanking -----------------------------------------------------------51
G. Excavation for Manholes, Inlets Junction Chambers, and Other Appurtenant Structure
    1.   Limits of Excavation ------------------------------------------------51
H. Method of Measurement And Basis of Payment
    1.   Clearing ------------------------------------------------------------51
    2.   Trench Excavation ---------------------------------------------------51
    3.   Excavation for Structures -------------------------------------------52
    4.   Removal of Unsuitable Subgrade --------------------------------------53
    5.   Payment for Excavation ----------------------------------------------53
    6.   Payment for Shoring -------------------------------------------------53
    7.   Payment for Stanking ------------------------------------------------54
    8.   Payment for Sanitary House Laterals and Utility Removal and Relocation -----54
    9.   Payment for Private Underground Facilities --------------------------54
    10.  Payment for Removal of Structures and Manholes ---------------------54

PART 4 PIPE SEWER CONSTRUCTION
Section
A. General
    1.   Channel Construction ------------------------------------------------55
    2.   General Construction Conditions -------------------------------------55
B. Pipe Field Test
    1.   General-------------------------------------------------------------56
    2.   Reach Integrity Testing
         a.   Air Testing --------------------------------------------------56
         b.   Replacement of Existing Sewers/Test Method Modifications -----------57
         c.   Infiltration/Exfiltration Testing -----------------------------57
         d.   Joint Testing ------------------------------------------------57
    3.   Mandrel Testing -----------------------------------------------------58
    4.   Manhole Testing -----------------------------------------------------58
         a.   Vacuum Testing -----------------------------------------------58
         b.   Exfiltration Testing -----------------------------------------58
C. Bedding

    1. Bedding, Cradling, or Encasement Types ------------------------------59
    2. Use of Bell and Spigot Pipe ---------------------------------------59
    3. Class C Bedding --------------------------------------------------59
D. Pipe Laying
    1. Handling of Pipe ------------------------------------------------59
    2. Laying of Pipe --------------------------------------------------59
    3. Bedding, Cradling, or Encasement ---------------------------------60
    4. Water in Excavation ---------------------------------------------60
    5. Cleaning Interior of Pipe ---------------------------------------60
    6. Protection of Pipe ----------------------------------------------60
    7. Fittings and Special Pipes --------------------------------------60
    8. Future Connections ----------------------------------------------60
    9. Elliptical Pipe -------------------------------------------------61
    10. Force Main -----------------------------------------------------61
E. Concrete Cradle ---------------------------------------------------62
F. Concrete Encasement -----------------------------------------------62
G. Structures
    1. General --------------------------------------------------------62
    2. Vertical Alignment ----------------------------------------------62
    3. Concrete Structures ---------------------------------------------63
    4. Precast Manholes, Inlets, and Appurtenances ---------------------63
    5. Brick Masonry Construction --------------------------------------64
    6. Inlet and Outlet Pipes ------------------------------------------66
    7. Setting of Castings, Frames, Fittings, and Steps ----------------66
H. Trench Backfill
    1. Placing of Backfill ---------------------------------------------67
    2. Backfill-Granular or Other Compacted Materials ------------------68
    3. Backfill-Jetted -------------------------------------------------68
    4. Backfill-Flowable Fill ------------------------------------------68
    5. Backfill-Compaction Testing -------------------------------------69
I. Methods of Measurement and Payment
    1. General --------------------------------------------------------69
    2. Pipe Sewers ----------------------------------------------------69
    3. Curved or Radius Pipes ------------------------------------------69
    4. Tees, Wyes, Bends, Stubs, Etc. ----------------------------------70
    5. Concrete Encasement ---------------------------------------------70
    6. Manholes -------------------------------------------------------70
    7. Inlet Manholes -------------------------------------------------71
    8. Inlets ---------------------------------------------------------71
    9. Double Inlets --------------------------------------------------72
    10. Junction Chambers ----------------------------------------------72
    11. Trench Backfill ------------------------------------------------72
    12. Backfill Around Structures -------------------------------------73
    13. Granular Backfill ----------------------------------------------73

PART 5 CONCRETE CONSTRUCTION
Section
A. General -----------------------------------------------------------74
B. Materials ---------------------------------------------------------74
C. Classes
    1. General --------------------------------------------------------74
    2. Proportioning --------------------------------------------------75
    3. Admixtures -----------------------------------------------------75
    4. Air-Entrained Concrete -----------------------------------------75
    5. Consistency ----------------------------------------------------76
D. Batching And Mixing
    1. Plant-Mixed or Ready-Mixed Concrete ----------------------------76

    2.   Handmixing ------------------------------------------------77
E. Conveying and Placing
    1.   Standard Practice---------------------------------------77
F. Mortar and Grout
    1.   Mortar Mixture for Sewer Construction -------------------78
    2.   Mortar for Other Purposes ------------------------------79
    3.   Grout -------------------------------------------------79
G. Flowable Fill
    1.   Materials and Proportioning ----------------------------79
    2.   Placement --------------------------------------------80
H. Construction and Expansion Joints
    1.   Construction Joints ----------------------------------80
    2.   Expansion Joints ------------------------------------81
I. Finishing
    1.   General ---------------------------------------------81
    2.   Rubbed Surface Finish -------------------------------81
    3.   Paved Channel Bottom --------------------------------81
J. Curving and Protection
    1.   General ---------------------------------------------81
    2.   Cold Weather ----------------------------------------82
    3.   Hot Dry Weather -------------------------------------82
K. Concrete Forms
    1.   Forms ----------------------------------------------82
L. Reinforcing Steel
    1.   General Requirements --------------------------------83

PART 6 CHANNEL CONSTRUCTION
Section
  A. General
    1.   Channel Construction --------------------------------85
    2.   Construction Grades ---------------------------------85
    3.   Use of Cross Sections -------------------------------85
  B. Reinforced Concrete Channel Construction
    1.   Concrete Paving -------------------------------------85
  C. Rock Blanket
    1.   Construction Requirements ---------------------------86
  D. Gabion Basket Channels
    1.   Installation ----------------------------------------86
    2.   Gabion Rock -----------------------------------------88
  E. Rock Lined Channels
    1.   Location --------------------------------------------89
    2.   Bedding Material-Crushed Limestone ------------------89
    3.   Trimming and Shaping Channel and Geotextile Fabric --89
    4.   Placement of Rock Lining ----------------------------89
  F. Natural Channels
    1.   General ---------------------------------------------90
    2.   Unimproved Natural Channels -------------------------90
  G. Fill
    1.   General ---------------------------------------------90
    2.   Modified Proctor Density 90% ------------------------91
    3.   Final Fill Qualities --------------------------------91
  H. Connections to Channel
    1.   Connection to Structure Channels --------------------91
    2.   Connection to Natural Channels ----------------------92
    3.   Connection to Existing Channel ----------------------92
  I. Restoration
    1.   Ground Cover ----------------------------------------92

J. Methods of Measurement and Payment
    1.  General ------------------------------------------------------92
    2.  Paved Channel -----------------------------------------------92
    3.  Box Culverts ------------------------------------------------93
    4.  Rock Blanket ------------------------------------------------93
    5.  Gabion Basket Channels --------------------------------------93
    6.  Lined Channels ----------------------------------------------93
    7.  Crushed Limestone -------------------------------------------93
    8.  Pipe Connections to Existing or New Paved Channel -----------94
    9.  Compaction to Adjacent Ground Density -----------------------94
    10.  Compaction to 90% Modified Proctor Density -----------------94
    11.  Additional Fill -------------------------------------------94

PART 7 TRENCHLESS SEWER CONSTRUCTION
Section
  A. General
    1.  Type --------------------------------------------------------95
    2.  General Construction Condition -------------------------------95
    3.  Settlement Monitoring ---------------------------------------95
  B. Pipe Sewers in Earth Tunnel
    1.  Construction Alternatives -----------------------------------95
    2.  Tunneling ---------------------------------------------------96
    3.  Shafts ------------------------------------------------------97
    4.  Tunnel Plant ------------------------------------------------97
    5.  Tunnel Drainage ---------------------------------------------97
    6.  Spaced Between Tunnel Excavation and Liner ------------------98
    7.  Pipe Laying -------------------------------------------------98
    8.  Spaces Between Pipe and Tunnel Liner or Rock Surfaces -------98
    9.  Removal of Temporary Shafts ---------------------------------98
  C. Pipe Sewers Installed by Tunnel Bore Method
    1.  General -----------------------------------------------------98
    2.  Equipment and Methods ---------------------------------------99
    3.  Material ----------------------------------------------------99
    4.  Tunnel Machine ----------------------------------------------99
    5.  Tunnel Lining -----------------------------------------------99
  D. Pipe Sewers in Rock Tunnel ----------------------------------100
  E. Pipe Sewers in Bored Holes ----------------------------------100
    1.  Construction Requirements ----------------------------------100
    2.  Abandoned Bored Holes --------------------------------------101
    3.  Use of Ductile Iron Pipe -----------------------------------101
  F. Pipe Sewers in Jacked Liner ---------------------------------101
  G. Sewers Installed by Jacking ---------------------------------101
  H. Pipe Sewers Installed by Microtunneling
    1.  General ----------------------------------------------------102
    2.  Performance ------------------------------------------------102
  I. Pipe Sewers Installed by Directional Drilling ---------------103
  J. Pipe Sewers Installed by Pipe Bursting ----------------------103
  K. Pipe Sewers Rehabilitated Using Cured-In-Place-Pipe ---------103
  L. Pipe Sewers Rehabilitated by Trenchless Method -------------103
  M. Point Repairs ----------------------------------------------104
  N. Grouting --------------------------------------------------104
    1.  General ----------------------------------------------------104
    2.  Mixtures ---------------------------------------------------104
    3.  Grouting Requirements and Applications ---------------------104
  O. Method of Measurement and Basis For Payment
    1.  General ----------------------------------------------------105

2.    Pipe Sewers in Earth Tunnel ------------------------------------105
3.    Pipe Sewers in Installed by Tunnel Bore Method ------------------106
4.    Pipe Sewers in Bored Holes --------------------------------------106
5.    Pipe Sewers in Jacked Liners ------------------------------------106
6.    Pipe Sewers Installed by Jacking --------------------------------107
7.    Grouting --------------------------------------------------------107
8.    Pipe Sewers Installed by Microtunneling -------------------------107
9.    Pipe Sewers Installed by Directional Drill ----------------------107
10.   Pipe Sewers Installed by Pipe Bursting --------------------------108
11.   Pipe Sewers Rehabilitated Using Coned-In-Place-Pipe -------------108
12.   Pipe Sewers Installed by Trenchless Methods ---------------------108
13.   Point Repairs ---------------------------------------------------109
14.   Monitoring and Testing ------------------------------------------109

PART 8 PROTECTION AND RESORATION OF SITE
Section
A. Contractor Responsibility ----------------------------------------110
B. Land Disturbance (For MSD Contracted Projects Only) --------------110
C. Agreement With Property Owners -----------------------------------112
D. Cleanup ----------------------------------------------------------112
E. Fences -----------------------------------------------------------112
F. Sodding
1.    Grading ---------------------------------------------------------113
2.    Areas to be Sodded ----------------------------------------------113
3.    Fine Grading, Fertilizing, Sod Placement, and Watering ----------113
4.    Sodded Areas Outside Payline ------------------------------------114
5.    Seeding Sodded Areas Outside Payline ----------------------------114
6.    Acceptance of Sodding -------------------------------------------114
G. Seeding ----------------------------------------------------------114
H. Approval and Payment
1.    General ---------------------------------------------------------114
2.    Land Disturbance ------------------------------------------------115
3.    Fencing ---------------------------------------------------------115
4.    Sodding ---------------------------------------------------------115
5.    Seeding ---------------------------------------------------------115

PART 9 MISCELLANEOUS
Section
A. General ----------------------------------------------------------116
B. Connections
1.    General ---------------------------------------------------------116
2.    Existing Manholes -----------------------------------------------116
3.    Existing Sewers -------------------------------------------------117
4.    New Manholes ----------------------------------------------------117
C. Crossing of Railroads, Streets, and Pavements
1.    General ---------------------------------------------------------118
2.    Crossing In Streets ---------------------------------------------118
3.    Crossing Under Highways -----------------------------------------118
4.    Crossing Under Railroads ----------------------------------------118
5.    Crossing Under Streams/Channels ---------------------------------118
D. Removal and Replacement of Pavements and Roadway Wearing Surfaces
1.    General ---------------------------------------------------------119
2.    Partially Improved Roadway Wearing Surfaces ---------------------119
3.    Bituminous Wearing Surfaces -------------------------------------119
4.    Asphaltic Concrete Street Pavement ------------------------------120
5.    Rigid Base Pavements --------------------------------------------120
6.    Sidewalks and Driveways -----------------------------------------121

    7.   Curb and Gutter ------------------------------------------------122
    8.   ADA Access Ramps -----------------------------------------------123
    9.   Backfill Under Pavements and Roadway Wearing Surfaces ----------123
E. Headwalls, Intake and Outlet Structures
    1.   General --------------------------------------------------------123
    2.   Flared End Section --------------------------------------------123
    3.   Outlet Structures --------------------------------------------124
F. Abandonment
    1.   Sewers --------------------------------------------------------124
    2.   Manholes and Inlets ------------------------------------------124
    3.   Septic Tanks -------------------------------------------------124
    4.   Pump Station Abandonment
          a.   General -------------------------------------------125
          b.   Lift Station Abandonment -------------------------125
          c.   Equipment Removal and Disposal -------------------125
          d.   Force Main Abandonment ---------------------------125
          e.   Payment ------------------------------------------125
    5.   Payment for Abandonment --------------------------------------126
G. Signs ----------------------------------------------------------126

CONSTRUCTION SPECIFICATIONS

of

THE METROPOLITAN ST. LOUIS

SEWER DISTRICT

PART 1

GENERAL CONDITIONS

**SECTION A    PURPOSE AND APPLICATION.**

These specifications apply to all sewer and channel facility construction projects intended to be dedicated to the District for maintenance.    For District contracted projects, the project specifications shall take precedence over these standard specifications.

**SECTION B    DEFINITIONS.**

**Acceptance of the Work:**    That action by which the District acknowledges that all provisions of the contract have been fully performed.

**Award:**    Notice to the Contractor of acceptance of bid, subject to conditions of invitation for bids and applicable ordinances.

**Backfill:**  The material used to fill an excavation.

**Base:**   The foundation or substructure resting on the underlying earth and supporting a pavement or structure.

**Bedding:**  The material on which the pipe or conduit is supported and protected.

**Bidder:**  The Individual, Partnership, Joint Venture, Corporation, or other legal entity who submits an offer in accordance with the invitation for bids.

**Bio-Stabilization:**    The use of living plants and/or natural materials to prevent or stabilize erosion.

**Cash Contract:**  A contract providing for payment in money.

**Change Order:**  A document that authorizes an addition, deletion or revision in the work, or an adjustment in the contract price, or the contract time issued on or after the effective date of the agreement.

**Channel:**  A natural or artificial water course.

**Combined Sewer:**    A pipe or conduit designed and intended to receive and convey wastewater, stormwater including roof and street drainage, unpolluted water and cooling water.

1

**Concrete:**   A proportioned uniform mixture of graded fine and coarse aggregates and cementing material.   The cementing material will be Portland Cement and water for cement concrete and bituminous cements for asphalt concrete.

**Contract:**   The agreement by which the successful bidder obligates him/herself to do the work in accordance with the invitation for bids.

**Contract Bond:**   A performance bond for the full amount of the contract in the form provided by the District as directed by ordinance, and secured by a corporation engaged in the bonding business, duly licensed to do business in Missouri, and approved by the District.

**Contractor:**   The Individual, Partnership, Joint Venture, Corporation, or other legal entity who performs the work under the terms of the contract documents.

**Culvert:**   A closed conduit for the free passage of surface drainage water under a roadway, railroad, or other embankment.

**Developer:**   The Individual, Partnership, Joint Venture, Corporation, Governmental Agency, or other legal entity responsible for the construction and funding of a project.

**Direct Conflict:**   With regard to sanitary house lateral services, utility services, utility mains:   When the proposed structures or conduits intrude into the surface of an existing structure or conduit, or when an existing conduit is found to be within the payline limits of and parallel to the proposed conduit, or when an existing conduit crosses the proposed conduit at an angle of 45 degrees or less to parallel they will be considered to be in direct conflict.   With regard to utility surface conflicts (i.e. power poles, guy anchors, valve boxes, etc.), they must be within the excavation payline limits to be in direct conflict.

**Director:**   The Executive Director of the District or his/her duly authorized agents.

**District:**   The Metropolitan St. Louis Sewer District or its duly authorized agents.

**Easement:**   The right of the District to use real property of another for sewer, drainage, construction, and maintenance purposes.

**Engineer:**   An individual licensed by the State of Missouri as a Professional Engineer.

**Force Main:**   A pressurized sewer carrying waste water.

**Hazardous Waste:**   The term Hazardous Waste shall have the meaning provided in Section 1004 of the Solid Waste Disposal Act (42 USC Section 6903) as amended from time to time. Wastewater is not a "Hazardous Waste".

**House Connection:**   The point of connection between the house lateral and public sewer.

**House Lateral:**   Private sewer from building drain(s) to public sewer.

**Industrial Waste:**   The water-borne wastes, including contaminated cooling water, from industrial processes, as distinct from sanitary wastewater.

**May:** is permissive; **Shall:** is mandatory.

**Payline Limits:**   The dimensions that have been set forth in these specifications by which quantities will be determined for payment.

**Private Sewer:**   A sewer within the boundaries of the District but not owned or controlled by the District.

**Project Plans and Specifications:**   The plans, profiles, cross-sections, drawings, and project specifications, or reproductions thereof, which are approved by the District and which show and describe the details of the work to be done. Where either plans or specifications is used it means both.

**Proposal:**   An offer to do the work in accordance with the invitation for bids.

**Proposal Guaranty:**   The bid security of a certified check or cashier's check, or a bid bond security by a duly licensed surety company in an amount as set forth in the invitation to bidders, to become the property of the District if the offer of the bidder is accepted by the District and the bidder fails or refuses to enter into a contract pursuant to his offer.

**Public Right-of-Way:**   The real property used by a public utility, government entity, and/or sewer.

**Public Sewer:**   A sewer which has been accepted for public maintenance as determined by the District.

**Reach:**   The section of sewer line between two structures.

**Roadway:**   That portion of a street, road, highway (usually paved) which is used for vehicular traffic.

**Sanitary Sewer:**   A pipe or conduit designed and intended to receive and convey wastewater as defined herein.

**Sanitary Wastewater:**   Wastewater emanating from the sanitary conveniences, including toilet, bath, laundry, lavatory, and/or kitchen sink, of residential and non-residential sources, as distinct from industrial waste.

**Separate Storm Sewer:**   A pipe, conduit, conveyance, or system of conveyances (including roads with drainage systems, municipal streets, catch basins, curbs, gutters, ditches, manmade channels or storm drains) designed and intended to receive and convey stormwater, as defined herein and which discharges to waters of the State and which is not part of the combined sewer system. A separate storm sewer may also convey effluent discharged pursuant to an NPDES permit when such use is approved by the Director.

**Sewer:**   A pipe or conduit for conveying wastewater, stormwater, cooling water, or other disposed waste.

**Shall:**   is Mandatory; **May** is permissive.

**Shop Drawings:**   Detailed fabrication or construction drawings of specific items of a project provided by the contractor.

**Special Benefit Assessment (Special Tax Bill) Contract:**   A contract providing for payment in special tax bills.

**Specifications:**   The particular requirements of the work to be done.

**Standard Details of Sewer Construction:**   Plans of structures, devices or construction details commonly used on District work and referred to in these specifications as details or standard details.

**Stank:**   A section of earth left in place above a short-tunneled section between sections of open trench in a line of a trenching operation.

**Subcontractor:**   One who has, with District consent, entered into a contract to perform part of the work with the person who has already contracted with the District for its performance.

**Subgrade:**   The surface of the supporting earth or rock upon which a foundation base, pavement, walk, bedding, conduit, or a structure is to be placed.

**Surety:**   A corporation acceptable to the District that is duly authorized under Missouri laws to assume the responsibility of assuring the bonds of the Contractor to the District.

**Swale:**   A shallow, natural, or constructed water course.

**Temporary Construction License:**   Permission to use private property during construction for ingress/egress, removal of trees and vegetation, excavate, grade, fill and temporarily relocate utilities.

**Utilities:**   Public service facilities for supplying gas, electricity, water, power, steam, cable TV, telephone and telegraph communication, railway transportation, and the like.  Sewers are not considered utilities.

**Wastewater:**   The water-borne wastes, industrial waste and/or sanitary wastewater as defined herein, emanating from residential and non-residential sources together with such groundwater, surface water, or stormwater as cannot be avoided.

**Work:**   The construction of the public and private facilities contracted for completion.

**Work Day:**   All calendar days except weekends and District holidays.

SECTION C   SCOPE OF WORK.

1.   **Meaning of Plans and Specifications.**

All work contemplated and described in these specifications shall be done in accordance with the detailed drawings and all directives which will be given from time to time during the progress of the work.   The Project Plans and specifications form a part of the contract.   If any discrepancy appears between any of the drawings and the specifications, or between any of the drawings, such discrepancy shall be interpreted and adjusted in writing by the Director whose decision shall be final.   Any doubts as to the meaning of these specifications or any ambiguity in wording shall be explained and interpreted by the Director who shall have the right to correct any error or omission in them when such correction is, in his/her opinion, necessary for the proper fulfillment of their intention.   The District shall not be liable for any increase in price as a result of such interpretation. When reference is made to a particular specification, it shall be interpreted to be the latest current revision thereof.

2.   **Decision of Director Conclusive.**

To prevent all disputes and litigation, the Director shall in all cases decide all questions which may arise relative to interpretations of the plans and specifications, to the acceptability of work done by the Contractor, and to the estimates.   His/her decisions shall be final and conclusive.

3.   **Or Equal Clause.**

Whenever in these specifications or in any of the contract documents, any articles, appliance, device, or material is designated by a trade name and such words are not followed by the condition "or equal", it shall be deemed that the words "or equal" do follow such designation unless the text clearly requires a contrary interpretation.   Any article or material equaling the standards fixed may be used in place of that specifically mentioned by the specifications, provided the material proposed is first submitted to and approved by the Director.

4.   **Ambiguity of Plans or Specifications.**

If the Contractor does not clearly understand the plans and specifications or is not sure of their meaning, the Contractor shall make a written request to the Director. The Director's written explanation and interpretation shall be final.

5.   **Rights-of-Way and Easements.**

All public sewers, channels, and appurtenances shall be constructed in easements and/or public rights-of-way.

6.   **Additions or Omissions of Work.**

The District shall have the right to make changes in the plans or specifications or the character of the work or to increase or decrease the quantity of work provided the total value of such changes,

together with all previous changes, is not in excess of 25% of the original total monetary amount of the contract.  Should it become necessary or in the best interests of the District to make increases or decreases exceeding this limitation, they will be covered by a supplemental written agreement entered into by the Contractor and the District.

7.    **Work Directive Change.**

Should a change be required and it is not feasible to delay construction of that portion of the improvement affected by the change until such time as a regular change order can be issued, and the estimated increase or decrease in contract cost does not exceed $5,000 a written work directive change may be issued in the field by the Director's representative, and the Contractor shall then proceed with the work without delay.  Such work directive change will be confirmed by regular change orders at a later date.

8.    **Changes Requested by the Contractor.**

The Director may, at the Contractor's request, authorize in writing changes in the Project Plans or specifications to facilitate or expedite the work of the Contractor, provided such changes are not detrimental to the work or to the best interests of the District. Requests for such changes shall be submitted in writing to the Director.  Such changes, as are authorized under this provision, shall be made without additional cost to the District, and the District reserves the right to receive an equitable adjustment in the contract price or contract time as a consideration for authorizing any such change. The Contractor shall maintain sole responsibility for assuring these changes meet all of the requirements of Part 1, Section F, RESPONSIBILITIES OF THE CONTRACTOR.

9.    **Changed or Unforeseen Conditions.**

During the progress of the work, if the Contractor should encounter conditions materially different from those shown on the Project Plans or indicated in the Project Specifications, or unknown conditions of a nature differing materially from those ordinarily encountered and generally recognized as being inherent in work of the character being performed, the Contractor shall, before proceeding further with work affecting or affected by such conditions, immediately notify the District which will promptly make an investigation.  If the District determines conditions do materially differ and the Contractor could not reasonably have been expected to ascertain in advance the true nature of the existing conditions, a change order will be issued to provide for any increase or decrease in cost and difference in contract time resulting from any such condition.

10.   **Submittal of Claims.**

Notification of any and all claims for additional payment or time extensions must be submitted to the District in writing within 30 calendar days of the event causing the claim or no consideration will be given to such claim.  Additional calendar days to submit the value of a claim may be allowed upon written request by the Contractor and approval by the Director.

6

GENERAL

11.   Asbestos, PCBs, Petroleum, Hazardous Waste, or Radioactive Material.

    a.   When construction has been contracted directly by the District, the District shall be responsible for any asbestos, PCBs, petroleum, hazardous waste, or radioactive material uncovered or revealed at the site which was not shown or indicated in Drawings or Specifications or identified in the Contract Documents to be within the scope of the work and which may present a substantial danger to persons or property exposed thereto in connection with the work at the site.   The District shall not be responsible for any such materials brought to the site by the Contractor, Subcontractor, Suppliers, or anyone else for whom Contractor is responsible.

    b.   The Contractor shall immediately:   (i) stop all work in connection with such hazardous condition and in any area affected thereby (except in an emergency), and (ii) notify the District (and thereafter confirm such notice in writing).   The District shall promptly use a qualified expert to evaluate such hazardous condition or take any necessary corrective action.   The Contractor shall not be required to resume work in connection with such hazardous condition or in any such affected area until after the District has obtained any required permits related thereto and delivered to the Contractor special written notice:   (i) specifying that such condition and any affected area is or has been rendered safe for the resumption of work, or (ii) specifying any special conditions under which such work may be resumed safely.   Any claims for a change in the time of completion or payment for changes and extra work shall be submitted by the Contractor per the "Time of Completion" and the "Payment for Changes and Extra Work" provisions of these Specifications as found in Part 1, Section E, .11 and G.4.

    c.   If after receipt of such special written notice the Contractor does not agree to resume such work based on a reasonable belief it is unsafe, or does not agree to resume such work under such special conditions, then the District may order such portion of the work that is in connection with such hazardous condition or in such affected area to be deleted from the work.   The District may have such deleted portion of the work performed by the District's own forces or others.

SECTION D   CONTROL OF WORK.

1.   Subcontract.

The Contractor may not subcontract more than 50% of the work unless approved by the Director.   Requests for permission to subcontract any portion shall be submitted to the District in writing.   Such requests shall state the type of work to be subcontracted and the names of the proposed subcontractors.   No work shall be subcontracted without the written consent of the Director and approval of the subcontracting parties by the District.   Such consent to subcontract shall not be construed to relieve the Contractor of any responsibility under the contract.

7

2.   **Contractor's Responsibility for Work as a Whole.**

The Contractor shall be responsible for the entire work until its
final acceptance by the District.  The Contractor will not be released
from any responsibility for any part of the work until the entire work
embraced in the contract is finally accepted. The Contractor shall be
solely responsible for the safety of the public and those engaged or
employed during construction until completion of the work.

3.   **Authority of the District Representative.**

The Director, who is authorized by the Board of Trustees, may act in
the District's behalf in all matters affecting the work covered by
these specifications.  Within the scope of the contract, the Director
and his/her representatives are authorized to inspect the work for
compliance with Project Plans and specifications, to determine the
acceptability of materials and workmanship, and to prepare and process
progress and final payment estimates.  In the event of dispute between
the Contractor and the representative, the latter is authorized to
reject materials or to suspend work until questions at issue can be
referred to and decided by the Director.

4.   **District to Stake Out Work.**

For work contracted by the District, the District will stake out the
work and will furnish all survey party personnel, instruments, labor,
and stakes required.  The Contractor shall furnish all alignment and
grade controls, utilizing laser equipment, transit, or batter boards,
and the labor for setting them, and shall fully cooperate in any of
the survey work.  The Contractor shall be careful to preserve stakes
and survey marks from damage or dislocation, and shall pay for the
replacement of all stakes and survey marks destroyed, lost, or
displaced because of his/her negligence.

5.   **Approved Plans.**

No work shall begin until the plans have been approved by the
District.

6.   **Supplemental Drawings.**

a.   The Contractor shall furnish shop drawings for all steel
     reinforcement in reinforced concrete structures, and for all work
     as required by the Project Plans, the project specifications, or
     these standard specifications. Shop drawings shall be fully
     detailed fabrication plans and shall include any erection plans
     needed to determine the location of individual members in the
     proposed structure.For private development the drawings shall
     first be reviewed by the Developer's Design Engineer.

b.   The Contractor shall submit six prints of each drawing to the
     Director a minimum of two weeks prior to the date on which such
     work shall begin.   After being checked, two prints of the
     drawing will be returned to the Contractor who shall correct and
     resubmit the original drawings if required by the review
     comments.  Work to which any of these drawings is applicable
     shall not be performed prior to the review of such drawings by

the District.   No change shall be made on any supplemental drawing after it has been reviewed by the District, except on further review of the District.

c.   If a drawing, submitted by the Contractor as hereinbefore required, includes any modifications or changes of any specific requirements of the contract plans or specifications, the Contractor shall make a clearly legible note of such changes on the drawing and clearly identify it as a contract change.   Such drawings, when reviewed by the District, shall then supersede the requirements of the contract plans and specifications in these particulars.   When a modification causes a change in contract cost or other change, a change order will be issued.

d.   The District's review of drawings submitted by the Contractor will indicate agreement only insofar as the finished work may be affected. Such review will not indicate that these drawings have been completely checked for accuracy of dimensions and details and conformity with Project Plans and specifications.   The Contractor shall be responsible for any field measurements required, for accuracy of dimensions and of details, and for conformity with plans and specifications.  Full compensation for furnishing all drawings required to be furnished by the Contractor shall be considered as included in the prices bid.

7.   **Methods and Appliances.**

The methods, labor, equipment, and other facilities used by the Contractor must be such as will assure performance of the work in accordance with the plans and specifications, and within the time specified for completion.

8.   **Inspection of the Work.**

a.   The District and its authorized representatives shall be given free access to the work, storage sites, and all material-producing facilities.   Every reasonable aid shall be provided for ascertaining that the materials and workmanship are in accordance with the Project Plans and specifications.   The inspection of all work, unless otherwise specified, will be under the jurisdiction of the Director.

b.   Any activities that could affect the quality of workmanship of the finished work shall be done only in the presence of a District authorized representative unless otherwise specifically authorized, and any work that is performed during the absence of said inspector without such permission having been granted, will be subject to rejection.

c.   Any work not constructed in accordance with the plans and specifications, whether or not constructed in the presence of a District inspector, shall be subject to rejection at any time prior to acceptance of the work.

d.   At the beginning of the work or on resumption thereof after temporary suspension for any reason for more than one workday, the Contractor shall make application for an inspector prior to

9

noon of the working day before inspection service is required on the work.

e. Whenever the Contractor is permitted or directed to perform night work or to vary the period during which work is carried on by day, the Contractor shall give reasonably adequate notice to the District authorized representative so that inspection may be provided.

f. When the work has been completed and the job site has been restored as required, a final inspection of the work will be made under the supervision of the Director.

9. **Rejected or Unauthorized Work.**

a. Work which has been rejected shall be repaired, or removed and replaced by the Contractor as ordered by the District without extra compensation for such corrective work. If the Contractor fails to comply with such order, the District may cause such defective or rejected work to be removed and replaced and deduct the cost of such repair or removal and replacement from any moneys due or to become due to the Contractor. Furthermore, the Contractor may be permanently or temporarily removed from the District's list of eligible bidders for future District projects.

b. No additional payment will be made for any work done beyond the lines and grades shown on the plans or established by the Director, or any extra work done without prior written District authority and direction. The payment of any estimate or of any retained percentage shall not relieve the Contractor of any obligation to correct any defective work.

**SECTION E   PROSECUTION, PROGRESS AND ACCEPTANCE OF THE WORK.**

1. **Time of Commencement.**

The work embraced in these Project Plans and specifications shall start within ten calendar days after the date of written notice to proceed, and shall be carried on regularly thereafter with such force and equipment and in such manner as to insure its completion within the contract time. If the Contractor does not comply with the foregoing without a written, District approved explanation, the Contractor may be removed from the list of eligible bidders for future District projects.

2. **Order of Work.**

The work to be done under these specifications shall be begun and carried on at such locations and in such order of precedence as the Director may require, and shall be completed on or before such date as is specified in the contract. The Contractor shall employ such means and methods in doing its work as will not interrupt, delay, damage, or interfere with the work of any other contractor. All sewer and channel construction shall begin at the most downstream end of the project and proceed upstream, unless otherwise approved by the District in writing.

10

3.   **Work to Stop During Unsuitable Weather.**

   a.   During unsuitable weather which may adversely affect the quality or workmanship of the finished work, all work must stop when so ordered by the Director and all work must be protected from possible injury.

   b.   No cost claim shall be made by the Contractor for delay by extreme or unusual weather, but, an extension of completion time shall be given to the Contractor by the District equal to the time of delay as determined by the Director, provided the request is made in writing by the Contractor of such an extension in time promptly on termination of such delay in accordance with Part 1 Section C.10, and the Director has approved such request in writing.

4.   **District's Liability for Delays.**

   Delays caused by the District, and claimed in writing by the Contractor in accordance with Part 1 Section C.10, will be considered for reimbursement and/or an extension of the time of completion. Consideration will only be given to the actual time that no progress was made.

5.   **Contractor's Delays or Abandonment.**

   a.   If the Contractor should unnecessarily delay the work, the Director shall give notice in writing to the Contractor and to his/her surety that the work is being unnecessarily delayed; that all measures shall be taken to insure the completion of the work within the required time limit; and that, if adequate effective measures are not taken within five calendar days after the date of delivery by registered mail of such notice, to increase the rate of doing acceptable work so that the work may be completed within the contract time limit, the contract may be terminated or cancelled and the Contractor may be removed from the bidder's list.

   b.   If the Contractor should abandon the work to be done under this contract, or should neglect or refuse to comply with the instructions of the Director relative to delay or abandonment, or is found to have failed in any manner to comply with the specifications or stipulations herein contained, the District shall have the right to annul and cancel this contract on ten days prior notice by registered mail to the Contractor and to his/her surety, and to complete the contract at the expense of the Contractor and his/her surety.  In such event, the District shall have the right to use any and all tools, material, and equipment belonging to the Contractor for the completion of the work.

6.   **Contractor's Liability for Exceeding the Contract Period.**

   a.   The work embraced in the agreement shall be carried on regularly and uninterruptedly at a sufficient rate to secure its full completion within the time limit specified in the contract.

b.   The rate of progress and the time of completion are essential conditions of the contract. If the Contractor fails to complete work within the time contracted, payment shall be made to the District for liquidated damages as provided by the contract documents. Such payments to the District are regarded by both parties to the contract as liquidated damages for the actual costs to the District due to delay in completion of the work and shall not be considered as a penalty. Saturdays, Sundays, and legal holidays are excluded as working days unless work is done under special permission or emergency requiring the presence of the District.

7.   **District's Right to Use Work Prior to Acceptance.**

a.   The District shall have the right to use the whole or any part of the construction work which is in usable condition prior to the acceptance of all of the work, provided such parts have received prior field approval. Use of this work shall not be considered as acceptance either in whole or in part.

b.   Whenever a property owner desires to connect to a sewer before acceptance of all the work, the Director may approve the application for a connection permit only with the written consent of the Contractor.

8.   **Contractor's Relief from Maintenance and Responsibility**

On the request of the Contractor and with the approval of the Director, or on the order of the Director, the Contractor will be relieved of the duty of maintaining and protecting certain portions of contract improvements which are ready to be placed in service and which have been completed in accordance with the plans and specifications, including cleanup. In addition, such action by the Director will relieve the Contractor of responsibility for injury or damage to said completed portions of the improvements resulting from use or from other cause, excepting injury or damage resulting from the Contractor's own operations or from its negligence. The Contractor will not be required again to clean up such portions of the improvement prior to acceptance except for such items as result from his/her operations or negligence. Warranties on mechanical equipment shall begin on the day of acceptance by the District of such mechanical equipment.

9.   **Field Approval of the Work.**

a.   Field approval shall be limited to acknowledgment by the Director that the work has been performed in accordance with the plans and specifications.

b.   On completion of the work and after final clean-up, the Contractor shall request the Director to make a final inspection of the work. The Director will commence with such final inspection within two working days, if practicable, and proceed diligently with such inspection. If the work has been completed

12

in accordance with the Project Plans and specifications, the Director will proceed with preparing the final pay estimate and recommendations for District acceptance. However, the Contractor will be responsible for the work except as otherwise provided, until such acceptance.

10. **Acceptance of the Work.**

Acceptance indicates that all due performance of the contract has been completed.

11. **Time of Completion.**

a.   The Contractor shall complete the work within the time specified in the contract, modified by such extensions during the contract period as are granted in writing by the Director.

b.   In connection with any requests by the Contractor for extensions of time, the Director will give due consideration to delays in the commencement, prosecution, or completion of the work due to causes beyond the control and not the fault or negligence of the Contractor, including, but not restricted to, failure of the District to provide rights-of-way except as delineated on the plans or specifications, acts of God or of the public enemy, acts of the Federal Government or any State or political subdivisions thereof, acts of another Contractor in the performance of a contract with the District, fires, floods, explosions, earthquakes or other catastrophes, epidemics, quarantine restrictions, strikes, freight embargoes, unusually severe weather, changes in unit quantities which greatly effect the production rate of the Contractor as determined by the Director, or delays in the delivery of material when the District has specified the procurement of such material from a particular source; provided that the Contractor shall, in accordance with Part 1 Section C.10, notify the District in writing of the causes of the delay.

c.   In those instances or circumstances as set forth in the preceding subparagraphs, the Director will determine the extent of the delay and grant a commensurate extension of time. An extension of time granted by the District will not release the sureties on the Contractor's bonds. Such bonds shall remain in full force and effect according to their terms.

**SECTION F   RESPONSBILITIES OF THE CONTRACTOR.**

1.   **Observance of Laws and Regulations.**

a.   The Contractor shall keep him/herself fully informed of all federal, state and municipal laws, ordinances, and regulations which may affect the conduct of the work, the safety of the public and those engaged or employed, and the materials used; and of all orders and decrees of bodies having jurisdiction or authority over the work. The Contractor shall observe and comply therewith, and shall cause his/her agents and employees to observe and comply therewith. The Contractor shall be solely

responsible for the observance of Laws and Regulations and shall not rely on the District or its agents in fulfilling this requirement. The Contractor shall protect and indemnify the District and all its officers, agents, and employees against any claim or liability arising from or based on the violation thereof by him/herself or his/her employees or subcontractors.

b.    Prevailing rates of pay shall be paid to skilled and unskilled labor employees utilized in the performance of the contract and subcontract work.

c.    No discrimination shall occur in the selection or employment of labor on account of age, creed, race, color, sex, or disability unrelated to performance of the position.

d.    When plans, plats, detailed drawings, or specifications for any part of the work are required to be submitted to the District, they shall be signed, sealed and stamped in accordance with the provisions of the latest revision of the act providing for the registration of architects, professional engineers, land surveyors, geologists, and landscape architects in the State of Missouri.

e.    The Contractor shall procure all permits and licenses, pay all charges and fees, and give all notices necessary and incident to the due and lawful prosecution of the work and submit any such copies to the District prior to the first project payment.    The Contractor shall pay all taxes lawfully imposed by any taxing authority on the sale, purchase, and use of any materials or equipment in the work, except as provided in Part I Section G. Paragraph 7. Taxes.

f.    The Contractor shall keep the District free and harmless from payment of any and all damages, costs, expenses, royalties, patent fees, lawyers' fees, or sums of money whatsoever by reason of any patent or patented device, article, system, or arrangement that may be used by the Contractor in the execution of the work.

g.    The Contractor shall provide and maintain in a neat and sanitary condition such accommodations for the use of its employees as may be necessary to comply with the requirements and regulations of the public health authorities and ordinances, regulations, and requirements of bodies having jurisdiction.    The Contractor shall commit no public or private nuisance.

h.    The Contractor should be alert to the fact that workers may be exposed to sanitary and industrial wastes during the performance of this work.    Therefore, any workmen involved in the removal, renovation, or installation of equipment or materials within or near the sewers, may be exposed to residuals from such wastes. It is the Contractor's responsibility to urge its personnel to observe hygienic precautions, including tetanus and typhoid inoculations, as required. Applicable inoculations will be made available to all of the Contractor's personnel by the Contractor.    Because of the danger of noxious gases, solvents, gasoline, and other hazardous material entering the sewers with

14

the domestic sewage, various areas may be considered hazardous to open flame, sparks, or unventilated occupancy. The Contractor shall be aware of these dangers and shall take the necessary measures to assure that its personnel observe proper safety precautions when working in these areas.

## 2.   Superintendence.

The Contractor, or its authorized representative in charge of the work, shall be present at the site of the work at all times while work is in progress.  Any order or communication given to this authorized representative shall be considered to have been delivered to the Contractor. Where the Contractor is comprised of two or more persons, partnerships, or corporations functioning on a joint venture basis, such Contractor shall designate in writing to the Director the name of the authorized representative in charge of the work.

## 3.   Labor Competency.

The Contractor shall retain in his/her employment only competent superintendents, foremen, mechanics, and laborers. Any person employed on the work  who, in the opinion of the Director, is intemperate, incompetent, troublesome, or otherwise undesirable, or who fails or refuses to perform the work in the manner specified herein, shall be discharged immediately from employment on the work. Such person shall not again be employed on the work without the consent of the Director.

## 4.   Project Site Maintenance.

a.   The Contractor shall be fully responsible for maintaining completed work in an acceptable condition and protecting the completed work until relieved of such responsibility. The Contractor shall be solely responsible for the safety of the public and those engaged or employed during construction until completion of the work. During construction, the Contractor shall keep the work site free and clean from all rubbish and debris.   The Contractor shall also keep his/her haul routes outside the work site free and clean from all rubbish and debris resulting from its operations.

b.   On completion of the work and before acceptance and final payment are made, the Contractor shall remove all surplus and discarded material, rubbish, equipment, debris, and temporary structures from the site, and restore the working site as required.  The sewers and appurtenant structures shall be clean, free from debris or deposits, and ready for use as required by the plans and specifications.  All costs of such work shall be considered to be completely paid for under the various contract pay items.

## 5.   Public Convenience and Safety.

The Contractor shall have sole responsibility for public convenience and safety as described in this paragraph. The Contractor shall observe and adhere to the safety requirements of all federal, state, and local authorities having jurisdiction.  During the progress of the

15

work, the Contractor shall maintain suitable barricades and warning lights or employ such other devices and measures for the safety of the public as required by law and shall take all necessary precautions to prevent accidents. The contractor shall employ flagmen as required by the railroad or other jurisdictional authority. The Contractor shall make suitable and adequate provisions for the convenience and safety of the public and of the residents along the route of construction during working and non-working hours. The Contractor shall give adequate notice in writing to all owners or occupants of property, buildings, structures, or utilities which may be affected by this work and which may require protection or adjustment. The Contractor shall not hinder their protective measures, but shall exercise due care to protect all property. The Contractor shall not obstruct access to fire hydrants and service valves, nor to U.S. mailboxes. The Contractor shall repair and restore without delay to service any utility service facilities damaged by his/her operations, and shall cooperate with utility companies in the restoration of their service.

6.     **Overhead High Voltage Powerlines**

In accordance with Missouri's "Overhead Powerline Safety Act," the Contractor shall not operate any equipment within a 10 foot radius of any high voltage (600 volts or greater) electric line without first contacting the local electric utility and allowing them to provide temporary clearance or other safety precautions. The Contractor shall submit a written plan to the District prior to construction of how they will avoid coming within 10 foot of the power lines. All costs involved with providing temporary clearance or safety precautions by the electric utility will be at the Contractor's expense unless the Director authorizes payment. If the District's representative observes the Contractor operating any equipment within the required 10 foot safety radius without the electric cables having been properly protected by the electric utility he/she shall have the authority to order the Contractor to stop work until the electric cable is relocated or protected by the electric utility. The Contractor will not be allowed any additional compensation or time for being so ordered to stop work.

7.     **Indemnification.**

a.     The Contractor shall defend, indemnify and save harmless the District, its Trustees and employees, from and against any and all claims (including but not limited to attorneys' fees) suits, causes of action, judgment or damages on account of any personal injuries or bodily injury, including death or property damage, sustained by the District or sustained or claimed to be sustained by any person or persons, to the extent caused by, to the extent arising out of, or to the extent resulting from, any act or omission of the Contractor or any subcontractor, their agents or employees, related to the work, or due, in whole or part, to any negligent act or omission on the part of the Contractor or any subcontractor, their agents or employees.

b.     This indemnity shall continue not only during the time period in which the Contractor performs the work but shall continue thereafter for a period of five (5) years.

8.  **Insurance.**

    The Contractor shall carry and maintain adequate public liability and
    property damage insurance for the joint and several benefit of the
    Contractor and the District with a company satisfactory to the
    District.   The amounts of coverage required for public liability or
    property damage shall not be construed to limit the liability of the
    Contractor in protecting the District from damage or injury claims.
    If the Director determines that unusual or special risks revealed by
    the work so require, the District shall have the right to require the
    Contractor to increase any or all such insurance policy limits while
    the contract work is in progress, and in such amounts as the Director
    may determine to be adequate, and without thereby limiting the
    liability of the Contractor in protecting the District from damage or
    injury claims.

9.  **Public Officials Not Personally Liable.**

    There shall be no personal liability of the District's Trustees or its
    agents or employees for any act performed in the discharge of any duty
    imposed, or the exercise of any power or authority conferred on them
    by or within the scope of the contract.   It is understood that in all
    such matters they act solely as agents and representatives of the
    District.

10. **Use of Explosives.**

    The responsibility of the Contractor with respect to the use of
    explosives includes compliance with all laws, rules and regulations of
    federal, state, and local authorities and the insurer governing the
    keeping, storage, use, manufacture, sale, handling, transportation, or
    other disposition of explosives shall be conducted with every
    precaution by a few trained, reliable persons under satisfactory,
    experienced supervision.   Blasts shall not be fired until all persons
    in the vicinity have had ample notice and have reached positions out
    of danger.   The Contractor shall be responsible for any and all damage
    resulting from the use of explosives, and the Contractor shall notify
    the Director in advance when charges are to be set off.   The
    Contractor agrees to save the District, its officers and employees
    harmless from any claim growing out of the use of such explosives.

11. **Disposition of Materials.**

    When materials are to be disposed of outside the right-of-way, the
    Contractor shall obtain permission beforehand in writing from the
    property owner on whose property the disposal is to be made and shall
    file a copy of such permission with the Director.   Unless otherwise
    provided in the Project Plans and Specifications, the Contractor shall
    make arrangements for disposing of such materials outside the right-
    of-way in a manner consistent with the applicable laws governing such
    disposal.

12. **Cooperation Between the Contractor, Utility Owners, and Other
    Contractors.**

    a.   Ordinarily, utility owners and public agencies responsible for
         facilities located within the right-of-way will be required to

complete any installation, relocation, repair, or replacement prior to the commencement of work by the Contractor. However, when this is not feasible or practicable, or the need for such work was not foreseen, such utility owners or public agencies shall have the right to enter upon the right-of-way and upon any structure therein for the purpose of making new installations, changes, or repairs, and the Contractor shall so conduct his operations as to provide the time needed for such work to be accomplished during the progress of the improvement.

b.      Any difference or conflict which may arise between the Contractor and other contractors who may be performing work in behalf of the District, or between the Contractor and workmen of the District in regard to their work shall be adjusted as determined by the Director. If the work of the Contractor is delayed because of any acts or omissions of any other Contractor of the District, the Contractor shall on that account have no claim against the District other than for an extension of time.

13.     **Traffic.**

The Contractor shall notify the proper authorities at least two working days in advance of starting work on a traveled street. The Contractor shall comply with the directives of such authorities regarding traffic control.

14.     **Testing.**

The cost of all testing required by the Project Plans and Specifications shall be considered incidental to the various pay items involved and no additional compensation will be allowed unless specified otherwise. Copies of all required tests shall be forwarded to the District within seven days of completion.

**SECTION G   MEASUREMENT AND PAYMENT.**

1.     **Measurement of Quantities.**

a.      All materials and items of work to be paid for on the basis of measurement shall be measured and determined by the District in accordance with the Project Plans and specifications, or as authorized by the Director.

b.      Measurements shall be in accordance with United States Standard Measures.

c.      Work or materials involved in lump sum payments will not be measured, but will be paid for in accordance with the details described in the Project Plans and Specifications.

d.      Materials normally will be paid for on a volume, area, or unit basis. Factors for conversion from weight measurement to volume measurement will be determined by the Director and shall be agreed to by the Contractor before the weight basis of measurement of pay quantities will be used.

    e.    Material paid for by the ton shall be weighted on a certified public scale, and a certified copy of the weight ticket shall be furnished to the Director as evidence of the delivered weight of the material.

    f.    Trucks used to haul material being paid for by weight shall be weighed empty at such times as the Director directs.  Each truck shall bear a plainly legible identification mark.

    g.    Full compensation for all expense involved in conforming to the above requirements for measuring and weighing materials shall be considered as included in the unit price paid for the material being measured or weighed, and no additional allowance will be made therefore.

## 2.   Limitation on Pay Quantities.

Quantities of materials wasted or disposed of in a manner not called for under the contract, including rejected loads of material not unloaded from vehicles, material rejected after it has been placed, material placed outside the pay lines, and material remaining on hand after completion of the work, will not be paid for and will not be included in the final pay quantities.  Any variance in the number of actual bid units from the estimated number of units shall <u>not</u> constitute a changed or unforeseen condition although a time extension will be considered.  No compensation will be allowed for disposing of rejected or excess material.

## 3.   Scope of Payment.

The Contractor shall accept the compensation as herein provided as full payment for furnishing all materials, labor, profit, overhead, bonds, insurance, services, supervision, tools and equipment necessary to the complete work; and for performing all work contemplated and embraced under the contract; and for loss or damage arising from the nature of the work or from the action of the elements, except as hereinbefore provided; or from any unforeseen difficulties which may be encountered during the prosecution of the work until acceptance by the District; and for all risks of every description connected with the prosecution of the work; and for all expenses incurred in consequence of the suspension of discontinuance of the work as herein specified; and for completing the work according to the plans and specifications.   The payment of any estimate or any retained percentage shall not relieve the Contractor of any obligation to replace or to make good any defective work or materials.

## 4.   Payment for Changes and Extra Work.

    a.    When extra work for which no provision has been made under the contract is ordered by the District, payment will be made in accordance with bid prices for the given items of work.  In the absence of a bid price for a given item of work not provided for nor fairly included in bid prices for other items of work, a written agreement may be made between the District and the Contractor to be included in the written order for such extra work.  If the District and the Contractor are unable to reach an agreement, the Director may order the Contractor to proceed with

the work by force account in accordance with the following sections.

b.   Whenever the Contractor and the District are unable to agree on prices for the extra work, and the District orders the Contractor to proceed with the work by force account, the work will be paid for in the manner hereinafter described and the compensation thus provided shall constitute full payment for said work. Payment will be determined as follows:

c.   For all materials purchased by the Contractor and used in this specific work, the Contractor will be paid the actual cost of such materials and freight and delivery charges as shown by original receipted bills; to which will be added an amount equal to 15% of the sum thereof. The total amount so paid will be full compensation for all costs of materials, whether direct or indirect. If necessary to facilitate the progress of the work, the District reserves the right to furnish and deliver the materials to the Contractor at the site. No percentage will be paid to the Contractor on any material furnished by the District.

d.   Wage rates used in determining the amount of the payment will be the actual wage rates paid by the Contractor, except that no rate used shall exceed the rate of comparable labor currently employed on the project.

e.   The Contractor will be paid the cost of wages for all labor required in the specific operation plus the actual cost chargeable to the force account work for workmen's compensation insurance, social security taxes, unemployment compensation insurance, and such additional amounts as are paid by the Contractor by reason of an employment contract generally applicable to his/her employees, to which total sum will be added an amount equal to 35% of the wages and other costs listed above. To the cost of any work subcontracted by the Contractor will be added an amount not to exceed 10% of the cost as submitted by the subcontractor.

f.   Payment will be made for the services of foremen in direct charge of the specific operation. Payment for the services of superintendents, timekeepers, or other overhead personnel will not be made nor will payment for the services of watchmen be made unless required specifically for the force account work. The actual function performed by an employee rather than his payroll title will be the criterion used in determining the eligibility of an employee's services for payment under this provision.

g.   The types and amount of equipment and machinery used by the Contractor in carrying out the work under the force account order shall be in keeping with normal practice for work of a similar nature, except that the District may, at its discretion, limit by specific instruction the types and amounts of equipment to be used. For the cost of such equipment, the Contractor will be paid reasonable rental prices to which shall be added the

20

cost of fuel and lubricant to which no percentages will be added.

h.    In computing the hourly rental of such equipment, less than 30 minutes shall be considered one-half hour, except that the minimum rental time to be paid shall be one hour.   Rental time will not be allowed while equipment is inoperative due to breakdowns.   The rental time of equipment to be paid for shall be of the time the equipment is in operation on the force account work being performed, and in addition, shall include the time required to move the equipment to the work and return it to its original location.   When approved in advance by the Director, towing or transporting costs will be allowed when the equipment is moved by means other than its own power.   No payment will be allowed for the use of small tools and minor items of equipment which, as used herein, are defined as individual tools or pieces of equipment having a replacement value of $500.00 each or less.   Equipment rental may be based on Rental Rate Blue Book monthly rates pro-rated to the applicable hour, day, or week.   In lieu thereof, equipment rental may be based on the Contractor's actual equipment costs as verified by a certified public accountant.

i.    The Contractor will be reimbursed for all additional bond and insurance premiums which are required and expended because of the force account work.   No percentage will be added to this reimbursement.

j.    The Contractor and District Representative shall compare records of the work performed on a force account basis at the end of each day.   These records shall be prepared in triplicate by the Contractor and shall be signed by both the Inspector and the Contractor's representative, one copy being retained by the Contractor and one copy forwarded to the Director.

k.    In evidence of the costs of labor, equipment, and materials for which payment is to be made under the force account order, the Contractor shall provide a certified statement of wages actually paid together with copies of supporting payrolls, of equipment rental charges, and of bills for materials.

l.    Payment for force account work will be included in monthly progress payments.   District emergency projects that are to be paid for entirely by the force account method will be constructed and paid for under provisions set forth in the District's "The Method and Procedure of Payment for Major Force Account Work."   The project will then be constructed and paid for in accordance to said directive in lieu of Section G, 4c and 4e of this Part 1.

5.    **Materials and Labor Bills.**

Before final payment is made to the Contractor, the Contractor shall certify in writing to the District that all bills, for materials, services, labor and equipment have been paid, and shall submit waivers from subcontractors and suppliers for unpaid amounts due them.

6.    **Payment on Cash Contracts.**

    a.    During the progress of the work, the Contractor shall submit within ten days after the first of each month an invoice for the estimated cost of the work satisfactorily completed to the first day of that month.   It shall be in such form and detail as required by the Director, and shall be based on the District's estimated quantity of completed work in place and the unit bid prices.   The cost of critical materials and equipment received by the Contractor with approval of the Director, of materials procured in substantial quantities and major items of equipment received and not scheduled to be incorporated in the construction within thirty days from the date of the invoice, and of all other materials and equipment actually incorporated in the construction shall be considered as work done or accomplished for the purpose of invoicing or making monthly payments.   The Contractor is responsible for all equipment and materials so paid for in advance before their incorporation in the work.   From the amount so determined shall be deducted five percent of such amount and all sums previously paid or properly retained under this contract, and the remainder certified for payment on account to the Contractor.   If the Director finds that satisfactory progress is being made in the work, the Director may, at his/her discretion, reduce the amount to be retained to conform with the following schedule of retention rates:

| RANGE OF CONTRACT | RETENTION RATE |
|---|---|
| For first $1,000,000 of Contract amount | 5% |
| For all amounts in excess of $1,000,000 | 2½% |

    b.    The total amount retained equals the sum of the amounts retained within each range.

    c.    When all the work provided for under this contract is completed in conformance with the Project Plans and Specifications and the project has been accepted, a final cost estimate based on a final measurement survey shall be made.   The remainder shall be certified as any appropriate charges, and deductions will be made and the amount due to the Contractor, and on approval by the Director and on certification by the Contractor that all bills for materials, services, labor, equipment, and other items due or chargeable under the contract have been paid or waivers obtained, payments shall be made to the Contractor who shall give a release from all claims arising from the contract.

7.    **Taxes.**

In accordance to Section 144.030 of the Missouri State Statutes, the District will not pay Missouri State Sales Tax on material, machinery, equipment, appliances, and devises used solely for the purpose of preventing, abating, or monitoring water pollution.   Missouri State Statutes, Section 144.062, allows for a Sales Tax Exemption to Contractors constructing, repairing, or remodeling facilities or purchasing personal property and materials to be incorporated into and

consumed in the construction of projects for a tax exempt entity, such as the District.

23

PART 2

MATERIALS OF CONSTRUCTION

SECTION A   INTRODUCTION.

1.    This article sets forth requirements governing the quality of the various materials specified for use in the construction.

2.    Whenever in these specifications reference is made to the requirement of the ASTM (American Society for Testing and Materials), AWWA (American Water Works Association), ANSI (American National Standards Institute), AASHTO (American Association of State Highway and Transportation Officials), or other specified standard specifications, the current revision thereof shall be used.

SECTION B   CONTROL OF MATERIALS.

1.    **Approval.**

All materials shall be the best of their respective kinds, subject to sampling, testing, and approval or rejection by the District.   Unless otherwise specified, all materials incorporated into the work shall be new and unused in previous construction.   Used materials in acceptable condition may be used for trenching, bracing, forms, falsework, and similar uses.

2.    **Sources of Supply.**

The Contractor shall furnish to the Director prior to starting work a complete list of the sources from which the Contractor proposed to obtain materials, and shall notify the Director prior to any change in the source of such materials.

3.    **Sampling, Inspection, and Testing.**

a.    All materials to be used in the work shall be sampled, inspected, and tested in accordance with current Standard methods of testing of the ASTM, AWWA, ANSI, AASHTO, or other Specified Standard Specifications.   The cost of all testing is the responsibility of the Contractor.   The Contractor shall furnish the District with three copies of certified reports from a reputable testing laboratory showing the results of the test carried out on representative samples of materials delivered and to be used in this project.   The Contractor shall notify the District in advance of any deliveries of the materials and shall make whatever provisions are necessary, including the furnishing of such labor as may be required to aid the Director in the examination, inspection, and culling of the materials on the site prior to installation in the work.   All rejected materials shall be immediately and permanently removed from the site.

a.    The Contractor shall cooperate fully with all representatives of the District in the inspection of materials to be furnished for

24

the purpose of verifying that they correspond strictly with the Project Plans and specifications.

4.    **Materials and Equipment Not Locally Produced.**

When the Contractor intends to purchase materials or mechanical, electrical, or manufactured equipment to be permanently installed in accordance with the Project Plans and specifications from sources located more than 100 miles from the District's main office, the District may require the Contractor to furnish certification by a testing laboratory approved by the District that the materials or such equipment meet all applicable specifications. The representative of the testing laboratory shall be governed in its judgment of the materials or equipment by the requirements of the specifications, and shall forward to the Director whatever reports are required by the District. No such materials shall be shipped nor shall any processing, fabrication, or treatment of such materials be done without proper inspection by the approved agent. These materials shall be subject to reinspection at the job site.

5.    **Storage of Materials.**

The Contractor shall provide such storage facilities and exercise such measures as will insure the preservation of the specified quality and fitness of materials and equipment to be incorporated in the work.

6.    **Rejected Materials.**

Materials and equipment not conforming to the specifications, whether in place or not, may be rejected. Rejected materials shall be removed immediately and permanently from the site of the work, unless otherwise permitted by the Director. No rejected material, the defects of which have been subsequently corrected, shall be used unless approved in writing by the Director. On failure of the Contractor to remove and replace rejected material, the Director shall have authority to do so and to deduct the cost thereof from any moneys due or to become due to the Contractor. The payment of any estimate or of any retained percentage shall not relieve the Contractor of any obligation to replace and make good any rejected material.

**SECTION C   CONCRETE.**

1.    **Portland Cement.**

It shall conform to the requirements of Specifications for Portland Cement, ASTM C150. Type I cement shall be used unless otherwise specified.

2.    **Air-Entraining Admixtures for Concrete.**

They shall conform to the requirements of the Specifications for Air-Entraining Admixtures for Concrete, ASTM C260.

3.    **Aggregates for Concrete.**

   a.    They shall conform to the requirements of Specifications for Concrete Aggregates, ASTM C33, except as further specified herein.

   b.    Natural sand shall consist of clean, hard, durable, uncoated grains. Mississippi and Missouri River sands or other sands containing lignite are not acceptable for exposed concrete. Gravel shall be washed, hard, strong, durable pieces free from thin, porous, elongated, or laminated particles. Crushed limestone for coarse aggregate shall consist of uncoated particles of sound, durable rock of uniform quality, without an excess of flat, elongated, or laminated pieces. No surface, yellow, or soft stone shall be permitted. The specific gravity of the stone shall be not less than 2.56.

4.    **Water.**

   When used with cement in mortar or concrete or for curing of concrete or for testing of structures for water-tightness, the water shall be potable.

5.    **Metal Reinforcement in Concrete.**

   a.    Reinforcing bars shall conform to the requirements of the Specifications for Rail-Steel and Axle-Steel Bars for Concrete Reinforcement, ASTM A615, A616, or A996.

   b.    Welded wire fabric or cold-drawn wire for concrete reinforcement shall conform to the requirements of the Specifications for Steel Wire, Plain for Concrete Reinforcement, ASTM A82, or the Specifications for Steel Welded Wire—Reinforcement plain for Concrete, ASTM A185.

   c.    Certified mill tests shall be furnished for all reinforcing steel, if required by the Project Specifications or by the Director.

**SECTION D   STEEL AND CASTINGS.**

1.    **Structural Steel.**

   It shall conform to the requirements of the Specifications for General Requirements for Rolled Structural Steel bars, plates, shapes, and sheet piling, ASTM AG. The grades to be used will be specified in the Project Specifications.

2.    **Steel Castings.**

   They shall conform to the requirements of the Specifications for Steel Castings, Carbon, for General Application, ASTM A27. The grades to be used will be specified in the Project Specifications.

3.    **Gray Iron Castings.**

a.    They shall conform to the requirements of the Specifications for Gray Iron Castings, ASTM A48.  All castings shall be clean and free of scale, adhesions, or inclusions.

b.    Gray Iron Castings for manhole or inlet frames and covers or gratings shall be fabricated of Class 30B cast iron.  Bearing surfaces between manhole or inlet frames and covers or gratings shall be such that the cover or grating shall seat in any position onto the frame without rocking.  Bearing surfaces for standard manhole frames and covers shall be machined.

4.    **Watertight Type Castings**

a.    Manhole Cover Seals

   1)   Material- The cover gaskets furnished shall be molded from a high quality rubber compound such as Nitrile, EPDM or a blend thereof.  The rubber product shall have a minimum tensile strength of 2000 psi with a hardness (durometer) of 60 + 5.

   2)   Gasket- It shall have a minimum thickness of 3.32 inches and a splice used in fabrication shall have the strength such that it will withstand a 180-degree bend without visible separation.

b.    Manhole Frame Seals

   1)   Material - Internal - The sleeves and extensions shall have a minimum thickness of 3/16 inches and shall be extruded or molded from a high grade rubber compound conforming to the applicable requirements of ASTM C923, with a minimum 1500 psi tensile strength, maximum 18% compression set and a hardness (durometer) of 48 + 5. The bands for compressing the sleeve against the manhole shall be fabricated from 16 gauge stainless steel conforming to ASTM A420 Type 304, any screws, bolts, or nuts used o this band shall be stainless steel conforming to ASTM F593 and 594, Type 304. The sleeve shall be either double or triple pleated with a minimum unexpanded vertical height of 8-inches or 10-inches respectively and be capable of vertical expansion of not less than 2-inches when installed.

   2)   Material - External - The sleeves and extensions shall have a minimum thickness of 2.5mm with a length sufficient to envelope the frame, adjustment rings and manhole cone. The material shall be a cross linked high density polyethylene membrane complete with mastic; peel strength shall be a minimum of 11 lbs per inch per ASTM D-1000. Tensile strength shall be 3,300 PSI per ASTM D-638.  If heat shrink system, the sleeve shall incorporate permanent heat indicators to assure proper heating. External systems shall have an approved marker inside the manhole to indicate the presence of an external seal.

MATERIALS

## SECTION E   BRICK.

### 1.   Sewer Brick.

a.   All brick shall conform to the Specifications for Sewer Brick, ASTM C32 for Grade SM.  Bricks shall conform to the following dimensions, unless otherwise approved by the Director.

| SEWER BRICK | DEPTH (Inches) | WIDTH (Inches) | LENGTH (Inches) |
|---|---|---|---|
| Standard Size | 2¼ | 3¾ | 8 |
| Allowable Variation | ±¼ | ±⅜ | ±½ |

b.   All brick shall be new and whole, of uniform standard size and with substantially straight and parallel edges and square corners.  Bricks shall be of compact textures, burned hard entirely through, tough and strong, free from injurious cracks and flaws, and shall have a clear ring when struck together.  No soft or salmon brick shall be used in any part of the work.  Brick shall be culled after delivery, if required, and no culls shall be used except at such places, to such extent, and under such conditions as may be approved by the Director.

c.   The Contractor may be required to furnish the Director with at least five bricks of the character and make the Contractor proposes to use, at least one week before any bricks are delivered for use.  All brick shall be of the same quality as the accepted samples.

### 2.   Building Brick.

It shall conform to the requirements of the Specifications for Building Brick (Solid Masonry Units Made from Clay or Shale), ASTM C62, Grade MW, with dimensions as required in the Project Specifications.

### 3.   Facing Brick.

It shall conform to the requirements of the Specifications for Facing Brick (Solid Masonry Units Made from Clay or Shale), ASTM C216, Grade MW, Type FBS, with dimensions as required in the Project Specifications.

## SECTION F   PRECAST MANHOLES.

### 1.   Reinforced Concrete Manholes.

Precast reinforced concrete manholes shall conform to the standard specifications for precast reinforced concrete manhole sections, ASTM C478 and the approved Standard Details of Sewer Construction.  The Portland cement used shall be Type II.

### 2.   Manhole Cones.

Manhole cones shall be concentric and base sections shall have the base riser section integral with the floor.

28

3.   **Manhole Steps.**

Manhole steps shall be cast into the full depth of the wall section or installed by an approved alternate method.

4.   **Connections.**

Connections for inlet and outlet pipes shall be of an approved patented compression type connection.

5.   **Riser Sections.**

The minimum inside diameter for the base and riser sections shall be 42″ for 8″ diameter sanitary sewers and all storm sewers. The minimum inside diameter for inside drop manholes and sanitary sewers larger than 8″ diameter is 48″.

6.   **Grade Adjustment Rings.**

The use of precast reinforced concrete grade rings in lieu of brick for manhole adjustments is allowable provided the rings have minimum dimensions of 26.5″ opening, 3″ height, and 8″ width. No more than one grade ring shall be used per adjustment unless the total height of adjustment is (6″) or greater; then a maximum of two will be allowed as long as the total adjustment doesn't exceed a maximum dimension of 18″ from top of cone to top of frame. No metal adjustment rings are allowed, for new construction.

7.   **Overlay Adjustment Rings.**

The use of metal adjusting rings will be allowed to adjust existing structures under pavement to grade or to the overlay grade. The rings shall be two piece. A maximum of one ring will be allowed. The maximum adjustment is 4 inches. Rings must be approved prior to use.

8.   **Waterproofing.**

Sanitary and combined manholes shall be waterproofed on the external surface of the manholes.

**SECTION G   PIPE.**

1.   **Sanitary and Combined Sewer Pipe.**

For projects where it is intended to dedicate the sewers to the District for maintenance, or unless otherwise indicated on the Project Plans or specifications, the following types of pipe may be used for sanitary and combined sewers:

a.   Vitrified clay pipe.  (VCP)

b.   Reinforced concrete pipe with type "B" joint for sewers larger than 27″ in diameter.  (RCP)

c.   Polyvinyl chloride pipe (PVC)

    d.    Composite sewer pipe (ABS and PVC)

    e.    Fiberglass pipe (RPM)

2.    **Stormwater Sewer Pipe.**

For projects where it is intended to dedicate the sewers to the District for maintenance, or unless otherwise indicated on the Project Plans or specifications, the following types of pipe may be used for stormwater sewers:

    a.    Vitrified clay pipe – 12 inch and larger

    b.    Concrete pipe – 12 inch and larger

    c.    Reinforced concrete pipe – 12 inch and larger

    d.    Polyvinyl chloride pipe – 12 inch and larger

    e.    Fiberglass pipe (RPM) – 12 inch and larger

    f.    High density polyethylene – 12 inch-24 inch

3.    **Clay Pipe and Fittings.**

They shall be of the best quality of hard-burned vitrified clay pipe, meeting the latest requirements of the Standard Specifications for Clay Pipe, Extra-Strength ASTM C700.  Extra strength pipe shall be used.

4.    **Concrete Sewer Pipe.**

    a.    It shall be precast and shall conform to the requirements of the Specifications for Concrete Sewer Pipe, ASTM C14 or C985.  The interior surface of the pipe shall be a smooth true cylindrical surface free from undulations or corrugations.  Cement shall meet all requirements of the Specifications for Portland Cement, ASTM C150, Type II.  Cut fabricated pipe for curved alignments shall be of uniform length along the same curve, and otherwise meet the requirements for straight pipe.

    b.    The shape, dimensions and tolerance of the bell and spigot or tongue and groove ends of the pipe shall meet all requirements of the Specifications for joints for concrete pipe, ASTM C443 or C361, and be subject to the approval of the Director.

    c.    The ends of rubber-gasketed pipe shall be formed by machined metal rings and be accurately manufactured so that, when the adjacent pipe sections are drawn together, the rubber gaskets will be uniformly compressed around the periphery of the pipe to provide a watertight seal.  No lifting holes will be allowed on sanitary and combined sewers.  Lifting holes, when allowed on storm sewers, shall be cast in the wall of the pipe to receive a pre-cast truncated conical concrete plug of such sizes and will allow 1/8 inch cementius jointing compound on the sides of the joining surfaces of the plug and will fill at least 50% of the lifting hole depth.

5. **Reinforced Concrete Pipe.**

   a.   It shall be precast and shall conform to the requirements of the Specifications for Reinforced Concrete Culvert, Storm Drain and Sewer Pipe, ASTM C76 or C655, with shell thickness designated "Wall B" and with Circular Reinforcement in Circular Pipe or to the requirements of Reinforced Concrete Elliptical Culvert Storm Drain and Sewer Pipe ASTM C507. Strength class or classes shall be Class III or as required by the Project Plans and Specifications. The interior surfaces of the pipe shall be a smooth true cylindrical surface free from undulations or corrugations. No lifting holes will be allowed for sanitary and combined sewers. Lifting holes when allowed for storm pipe, shall be cast in the wall of the pipe to receive a pre-cast truncated conical concrete plug of such sizes as will allow 1/8 inch cementing material on the sides of the joining surfaces of the plug and will fill at least 50% of the lifting hole depth. Coal and lignite shall have a maximum of 0.25 percent by weight of the fine aggregates. Cement shall meet all the requirements of the Specifications for Portland Cement, ASTM C150, Type II. Cut lengths for curved alignments shall be of uniform cut and length along the same curve, and otherwise meet the same requirements as for straight pipe.

   b.   The ends of rubber-gasketed pipe shall be formed by machined metal rings and be accurately manufactured so that, when the adjacent pipe sections are drawn together, the rubber gasket will be uniformly compressed around the periphery of the pipe to provide a watertight seal.

6. **Ductile Iron Pipe.**

   a.   Ductile iron pipe shall conform to the requirements of American National Standard Specifications for Ductile Iron Pipe Centrifugally Cast In Metal Molds or Sandlined Molds for Water and Other Liquids, ANSI A21.51 (AWWA C151) with the thickness class given by the Project Plans and Specifications.

   b.   Approved, restrained gasketed slip-type joints shall be used on the ductile iron pipe unless otherwise noted in the Project Plans and specifications.

   c.   Fitting shall conform to the Specifications for Cast Iron Fittings, 2 inch through 48 inch, for water or other liquid, ANSI A21.10 (AWWA C 110).

   d.   The minimum thickness class shall be class 52 unless otherwise designated on the Project Plans or specifications.

   e.   The pipe shall be encased in black polyethylene meeting the requirements specified in ANSI/AWWA A21.5/C105, "Polyethylene Encasement For Ductile Iron Piping For Water and Other Liquids."

   f.   The pipe shall be lined with cement mortar or as specified on the Project Plans or specifications.

7.  **Corrugated Metal Pipe.**

    It shall conform to the requirements of AASHTO M36 Standard Specification for Zinc Coated (Galvanized) Corrugated Iron or Steel Culvert and Underdrains or the Standard Specifications for AASHTO M196 Corrugated Aluminum Culvert Pipe. The minimum gauge shall be 16 unless otherwise specified.

8.  **Polyvinyl Chloride Pipe.**

    It shall conform to the requirements of ASTM D3034 Standard Specifications for the PSM Polyvinyl Chloride (PVC) Sewer Pipe and Fittings, SDR35 and Polyvinyl Chloride (PVC) Large Diameter Plastic Gravity Sewer Pipe and Fittings, ASTM F679. PVC pipe conforming to ASTM F794 "Poly (Vinyl Chloride) (PVC) Profile Gravity Sewer Pipe and Fittings Based on Controlled Inside Diameter" open profile (OP) only and to ASTM F1803 "Closed Profile Gravity Pipe and Fittings Based on Controlled Inside Diameter" also ASTM F-949 "Standard Specification for poly (vinyl chloride) (PVC) corrugated sewer pipes with smooth interior and fittings" will be allowed. All pipes shall be Series 46 with a minimum waterway wall of 0.095". Fittings for PVC pipe shall be of the same material and strength requirements as the sewer, as well as monolithic in construction, unless approved otherwise in writing. Care shall be taken to assure that no PVC pipe be installed to remain exposed to sunlight or any other conditions that may allow it to deteriorate.

9.  **Composite Sewer Pipe.**

    It shall conform to the requirements of ASTM D2680 Standard Specification for Acrylonitrile-Butadiene-Styrene (ABS) and Polyvinyl Chloride (PVC) Composite Sewer Piping.

10. **Plastic Pipe For Force Mains.**

    a.  For Polyvinyl Chloride (PVC)

        It shall conform to the requirements of AWWA C900 for Polyvinyl Chloride (PVC) Pressure Pipe, or AWWA C909 for Molecularly Oriented Polyvinyl Chloride (PVCO) Pressure Pipe 4-inch through 12-inch, or AWWA C905 for 14-inch through 48-inch, with approved joint. Pipe sizes 3-inch or less shall conform to ASTM D2241 (SDR21) with integral bell and gasket joint design meeting the requirements of ASTM D3139 and F477. The minimum pressure class shall be PC 150 unless otherwise designated on the plans or specifications.

    b.  For High Density Polyethylene (HDPE)

        It shall conform to AWWA C-906 for pipe and fittings 4 inch - 63 inch, or for less than 3 inches in diameter AWWA C-901. Unless otherwise designated on the Project Plans or specifications the minimum working pressure rating shall be 150 psi.

11.   **High Density Polyethylene (HDPE)**

It shall conform to the requirements of AASHTO M-294 Types or ASTM F2306 "Standard Specification for 12 to 60 inch Annular Corrugated Profile-Wall Polyethylene (PE) Pipe and Fittings for Gravity-Flow Storm Sewer and Subsurface Drainage Applications."

12.   **Cured-In-Place Pipe (CIPP).**

It shall conform to the requirements of ASTM F1216 "Standard Practice for Rehabilitation of Existing Pipelines and Conduits by the Inversion and Curing of a Resin Impregnated Tube" or F1743 "Rehabilitation of Existing Pipelines and Conduits by Pulled in Place Installation of Cured-In-Place Thermosetting Resin Pipe (CIPP)." The design thickness shall be as approved by the District.

13.   **Fiberglass Pipe.**

It shall conform to the requirements of ASTM D3262 Standard Specification for "Fiberglass" (Glass-Fiber-Reinforced Thermosetting-Resin) Sewer Pipe, PS46.

14.   **Other Types of Pipe.**

The Director may consider for approval, a written request by the Contractor to use other types of pipe. Special bedding requirements may be required if other types of pipe are approved.

**SECTION H   JOINTS.**

1.   **Joint Selection.**

a.   The type of joint or jointing material to be used shall be compatible with the specified pipe material as follows:

| SANITARY AND COMBINED SEWERS | Type Joint |
|---|---|
| Vitrified Clay Pipe (VCP) | C |
| Reinforced Concrete (RCP) – Larger than 27 inch | B |
| Polyvinyl Chloride (PVC) | D |
| Composite Sewer Pipe (ABS and PVC) | E and D |
| Fiberglass Pipe (RPM) | F |

| STORMWATER SEWERS | Type Joint |
|---|---|
| Vitrified Clay Pipe (VCP) – 12 inch and larger | C |
| Concrete Pipe – 12 inch and larger | A or B |
| Reinforced Concrete (RCP) – 12 inch and larger | A or B |
| High Density Polyethylene (HDPE) | D |
| Polyvinyl Chloride (PVC) | D |
| Composite Sewer Pipe (ABS and PVC) | E and D |
| Fiberglass Pipe (RPM) | F |

b.  When compression joints Type A, B, C or D are specified, a sample joint of a specific type, design material, resiliency, and manufacturer must be submitted for approval by the Director before it may be used.  No pipes shall be delivered to the work site without previous approval by the Director.

c.  All pipes shall be so handled and stored that the jointing parts and the jointing materials will not deteriorate or be damaged. No joint shall be made under water.  The bell, socket, or groove, and the spigot or tongue shall be clean and dry before preparing the joint for laying, and the prepared joint shall be kept clean and dry before and during laying and jointing the pipe.  In cold weather, suitable measures must be taken to attain proper adhesion and workability of the jointing material and to insure a satisfactory joint.  All work shall be done in an approved manner by skilled workmen so that the completed sewer shall have a continuous smooth uniform invert and interior surface.  Care shall be used during laying and jointing of a pipe to avoid disturbing or damaging previously laid pipes and joints.

2.  **Type A Joints.**

When used with concrete pipes, they shall be approved compression-type joints and shall conform to the requirements of the Specifications for joints for Circular Concrete Sewer and Culvert Pipe, using Flexible, Watertight, Rubber-type Gaskets ASTM C443.  Band-type gaskets depending entirely on cement for adhesion and resistance to displacement during jointing shall not be used.

3.  **Type B Joints.**

When used with concrete pipes, they shall be approved compression-type joints and shall conform to the requirements of the Specifications for joints for Circular Concrete Sewer and Culvert Pipe, using Flexible, Watertight, Rubber-type Gaskets ASTM C361 with a 25-foot head.  Band-type gaskets depending entirely on cement for adhesion and resistance to displacement during jointing shall not be used.

4.  **Type C Joints.**

When used with vitrified clay pipes, they shall be approved factory-molded compression type joints using resilient materials.  They shall conform to the requirements of the Specification for Vitrified Clay Pipe joints using materials having Resilient Properties, ASTM C425.

5.  **Type D Joints.**

When used with PVC and HDPE pipes and they shall be elastomeric gasket joints providing a watertight seal.  They shall conform to the requirements of the Specification for joints for Drain and Sewer Plastic Pipes and Fittings Using Flexible Elastomeric Seals, ASTM D3212.

6.   **Type E Joints.**

When used with composite ABS pipes, they shall be solvent cemented providing a watertight seal. They shall conform to the requirements of the Specification for joints under ASTM D2680, Standard Specification for Acrylonitrile-Butadiene-Styrene (ABS) Composite Sewer Piping.

7.   **Type F Joints.**

When used with fiberglass pipes, they shall be elastomeric gasket joints providing a watertight seal. They shall conform to the requirements of ASTM D4161.

8.   **Other Type Joints.**

The Director may consider for approval, a written request by the Contractor to use other types, materials, methods, or kinds of joints.

9.   **Lubricants for Prefabricated Pipe Gaskets.**
The material to be used as a lubricant in jointing pipes or fittings fitted with flexible, watertight, rubber-type gaskets, either factory

or job-applied shall be compatible with the material of the gaskets and as recommended by the manufacturer.

10.   **Primers and Adhesives.**

The material to be used as a primer or adhesive for jointing materials or for prefabricated gaskets shall be compatible with the material of the gasket or jointing materials. Adhesives used to fasten flexible rubber or rubber-type gaskets shall conform to the requirements of the manufacturer of the gaskets. All primers and solvents used with (ABS) Composite Sewer Pipe shall conform to the Standard Specification ASTM D2235 for Solvent Cement for ABS Plastic Pipe and Fittings and shall be applied as recommended by the manufacturer.

11.   **Adapters and couplings.**

a.   At the direction of the District, a connection of sanitary sewer pipe (4-inch through 15-inch) of dissimilar material or of different sizes or for the repair of sanitary sewer pipes of similar materials may be made by means of an approved connector or adapter of the compression or mechanical seal type.

b.   The connector or adapter shall be manufactured of an approved pre-formed elastomeric material conforming to applicable sections of ASTM Standards C425, C443, C564, and D3212. Couplings of the mechanical seal type shall have tightening clamps or devices made of 300 series stainless steel with a stainless steel shear ring and stainless steel hardware, as specified in ASTM A167.

c.   The compression joint connector or adapter and flexible coupling shall be installed as recommended and specified by the manufacturer. Each connector and adapter shall bear the manufacturer's name and required markings.

35

SECTION I    PRECAST CONCRETE BOX CULVERTS.

    1.    **Requirements.**

        Precast concrete box sections will be considered and may be approved as an alternate by the District for designed box culverts.  As a minimum, they shall meet the requirements of ASTM C1433 Standard Specifications for "Precast Reinforced Concrete Box Sections for Culverts, Storm Drains, and Sewers" The specific box section and type of joint shall be as approved by the District.

SECTION J    INLET STONES, SILLS, AND BLOCKS.

    1.    Inlet stones, sills, and blocks and other pre-cast units shall be made to the dimensions and with the reinforcement as shown in the Standard Details of Sewer Construction, and in accordance with these specifications.   They shall be made of 5,000 psi air-entrained concrete, and cast in one operation.  Immediately after casting, the concrete next to the forms shall be thoroughly spaded and the whole thoroughly compacted by tamping or vibrating in order to provide dense concrete with uniform surfaces free from honeycombing.   All inlet stones, sills, blocks, and covers shall have a minimum of a six sack mix to include an additional admixture of EMSAC F-100T Micro Silicas or an approved equivalent.  The admixture shall have a minimum weight of 10% of the total weight of cement.  Care shall be taken not to disturb the reinforcement.  All efforts shall be made to insure the highest degree of density in an effort to obtain maximum durability of the finished concrete units against weathering and attack from sodium chloride.  Acceptable additives may be required.

    2.    The top surface of inlet stones shall be cast against patterned steel forms to achieve an approved non-skid surface and the upper surfaces of inlet sills shall be steel-trowelled or cast against steel forms. All concrete inlet covers, for inlet stones, shall have a minimum of 3 lbs. of "Fibermesh" (synthetic fibers), per cubic yard, for reinforcement.  Each inlet stone, sill, and block shall be lifted, moved, and set into place on the finished concrete or brickwork on a solid bed of mortar, and in such manner as not to injure the stone or brick masonry.  Concrete castings which are damaged in moving will be rejected and shall be removed from the site of the work.

SECTION K    CRUSHED LIMESTONE AND SCREENINGS FOR SEWER BEDDING, BACKFILL, AND SUBGRADE REPLACEMENT.

    1.    **Requirements.**

        All stone or crushed limestone shall be sound, durable, and free from cracks and other structural defects that would cause it to deteriorate.   It shall not contain any soapstone, shale, or other material easily disintegrated.

    2.    **Designation:  MSD 1 – Bedding.**

        For Pipes 27 inches in diameter and smaller, and all flexible pipe 18 inches and under bedding shall meet the following gradation except as noted in the details:

MATERIALS

| MSD 1 — BEDDING (% by Weight Passing) | | |
|---|---|---|
| Sieve | Maximum | Minimum |
| 1 inch | 100 | 100 |
| ¾ inch | 100 | 90 |
| ½ inch | 60 | 35 |
| # 100 | 10 | 0 |

3.    **Designation:  MSD 2 – Bedding.**

For rigid Pipes 30 inches in diameter and larger, bedding shall meet the following gradation:

| MSD 2 — BEDDING (% by Weight Passing) | | |
|---|---|---|
| Sieve | Maximum | Minimum |
| 2 inch | 100 | 100 |
| 1 ½ inch | 100 | 75 |
| 1 inch | 90 | 50 |
| ¾ inch | 80 | 35 |
| ½ inch | 55 | 15 |
| # 100 | 10 | 0 |

4.    **Designation:  MSD 3 – Backfill and Bedding.**

Crushed limestone and screenings to be used for backfill and bedding for flexible pipe over 18 inches shall be ¾ inch minus.

5.    **Designation:  MSD 4 – Subgrade Replacement.**

Crushed limestone and screenings to be used for subgrade replacement shall be crusher-run, 2½ inch maximum size (95% to 100% passing a 2½ inch screen) graded to allow satisfactory compaction.

6.    **Designation:  MSD 5 – Rock Blanket.**

| MSD 5 — ROCK BLANKET (% by Weight Passing) | | |
|---|---|---|
| Sieve | Maximum | Minimum |
| 12 inch | 90 | 70 |
| 6 inch | 30 | 10 |
| ½ inch | 5 | 0 |

7.    **Designation:  MSD 6 – Gabion Rock.**

Well-graded hard durable limestone shall be 10 inch maximum size (95% to 100% passing a 10 inch screen) and a 4 inch minimum size.

8.    **Designation:  MSD 7 – Light Limestone Revetment.**

Light limestone revetment rock shall be at least 7 inches in size and all stones shall weigh not less than 25 pounds, and at least 75 percent shall weigh not less than 50 pounds.

9.    **Designation:  MSD 8 – Heavy Limestone Revetment.**

37

MATERIALS

Heavy limestone revetment rock shall be at least 12 inches in size and all stones shall weigh not less than 50 pounds, and at least 60 percent shall weigh not less than 100 pounds.

**SECTION L   GABION BASKETS.**

**1.   General.**

Gabions shall consist of rectangular wire mesh formed containers filled with rock.  Gabions should conform to the following type, ASTM A975:  Woven Mesh – Non-raveling double twisted hexagonal wire mesh, consisting of two wires twisted together in two 180 degree turns.

**2.   Dimensions.**

The maximum linear dimension of the mesh opening shall not exceed 4¾ inches.  The area of the mesh opening shall be less than 11 square inches and a size less than the gabion or revet mattress rock to be used with the mesh.  Gabions shall be supplied, as specified, in various lengths and heights.  The lengths shall be 6', 9', or 12' as required.  The horizontal width shall be 36".  Dimensions for heights, lengths, and widths are subject to a tolerance limit of plus or minus 5% of manufacturer's stated sizes.

**3.   Basket Mesh.**

All steel wire used in either galvanized or polyvinyl chloride gabions shall be heavily galvanized with zinc or aluminized coating a minimum of 0.80 ounces per square foot.  The mesh steel wire diameter for the galvanized gabions shall not be less than 3mm (0.1181" approximately U.S. Gauge No. 11), the mesh edge wire and selvedge wire shall not be less than 3.9 mm (0.1535" approximately U.S.Gauge No. 9).  Twist the mesh from galvanized steel wire conforming to ASTM A641 Class 3 or aluminized steel wire conforming to ASTM A809.  Use wire with a minimum tensile strength of 60,000 pounds per square inch when tested according to ASTM A370.  Form the mesh in a uniform hexagonal pattern with nonraveling double twists.  For galvanized or aluminized coated baskets, tie the perimeter edges of the mesh for each panel to a 3.8 millimeter or greater diameter selvedge wire.  For polyvinyl chloride coated baskets, tie the perimeter edges of the mesh for each panel to a 3.4 millimeter or greater diameter selvedge wire.  Make the selvedge at least the same strength as the body of the mesh.  Furnish selvedge wire from the same type of material used for the wire mesh.  Fabricate gabion baskets in the dimensions required with a dimension tolerance of ±5 percent.  Where the length of the basket exceeds 1.5 times its width, equally divide the basket into cells less than or equal to the basket width using diaphragms of the same type and size mesh as the basket panels.  Prefabricate each basket with the necessary panels and diaphragms secured so they rotate into place.

**4.   PVC Coated Baskets.**

The mesh steel wire diameter for PVC coated gabions shall not be less than 2.7 mm (0.1063" approximately U.S. Gauge No. 12).  The mesh edge wire and selvedge wire shall not be less than 3.4 mm (0.1338" approximately U.S. Gauge No. 10), and the lacing wire not less than 2.2mm (0.0866: approximately U.S. Gauge No. 13½).  The PVC coating

38

shall be not less than 0.4 mm (0.015"). Care shall be exercised during installation to avoid damage to the PVC coating. Use fusion bonded, extruded, or extruded and bonded PVC material. The wire coating shall be colored black, gray, green, or silvery; and the initial properties of the PVC coating shall meet the following requirements:

a.   Specific Gravity:  In the range of 1.30 to 1.40, ASTM D792.

b.   Abrasion Resistance:  The percentage of weight loss shall be less than 12%, when tested according to ASTM D1242, Method B at 200 cycles, CSI-A Abrader Tape, 80 Grit.

c.   Brittleness Temperature:  Not higher than 15 F, ASTM D746.

d.   Tensile Strength:  Extruded Coating – Not less than 2,980 psi, ASTM D412.  Fusion Bonded Coating – Not less than 2,275 psi, ASTM D638.

e.   Modulus of Elasticity:  Extruded Coating – Not less than 2,700 psi at 100 percent strain, ASTM D412.  Fusion Bonded Coating – Not less than 1,980 psi at 100 percent strain, ASTM D638.

f.   Ultraviolet Light Exposure:  A test period of not less than 3,000 hours, using apparatus type B at 63° C, ASTM G152 or G153.

g.   Salt Spray Test:  A test period of not less than 3,000 hours, ASTM B117.

After the exposure to ultraviolet light and the salt spray test as specified above, the PVC coating shall not show cracks, blisters, splits, nor noticeable change of coloring (surface chalk).  In addition, the specific gravity, resistance to abrasion, tensile strength, and modulus of elasticity shall not change more than 6 percent, 10 percent, 25 percent, and 25 percent respectively, from their initial values.

5.   **Basket Proportions.**

Where the length of the gabion exceeds four feet then the gabion shall be divided by diaphragms, of the same mesh and gauge as the body of the gabions, into cells of equal length and width.  The gabion shall be furnished with the necessary diaphragms secured in proper position on the base in such a manner that no additional tying at this juncture will be necessary.

6.   **Permanent Fasteners.**

a.   Lacing Wire. Furnish nominal-sized 2.2 millimeter diameter wire of the same type, strength, and coating as the basket mesh.

b.   Alternate Fasteners.  Alternate stainless steel (ASTM A313) fasteners may be used to assemble individual baskets but will not be permitted for connecting adjoining gabion units. The proposed fastener system shall consistently produce a joint with a strength of at least 1400 pounds per linear foot while encompassing a minimum of four (4) woven selvedge wires.  When

PVC coated wire is used, the joint strength shall be at least 1200 pounds per linear foot. The Contractor shall provide a complete description of the fastener system, including the number of fasteners and spacing required, the number and size wires the fastener is capable of properly joining, and a description of a properly installed fastener, including drawings or photographs. Each interlocking fastener shall be securely locked and closed. Each overlapping ring fastener shall be closed and the free ends shall overlap a minimum of one (1) inch. Wire fasteners shall not be used to join more wires, or larger wire, than for which they were tested and approved. Fastener clips when closed and locked shall have a minimum tensile pull strength of 700 pounds.

7.   **Certificates of Compliance.**

Each shipment of gabions to a job site shall be accompanied by a certification which states that the material conforms to the requirement of these specifications. A shipment shall consist of all material arriving at the job site at substantially the same time. The certification shall be on company letterhead and shall be signed by an officer of the company having legal authority to bind the company. The certification shall be submitted to the Director prior to installation.

**SECTION M   GEOTEXTILE FABRIC.**

1.   **Designation:  Type 1.**

Fabric for use under rock blanket, dumped rock, rip rap, articulated concrete revetment. Geotextile shall be needlepunched nonwoven polypropylene fibers.

Minimum Average Roll Values (MARV)
Mechanical Properties

| | |
|---|---|
| Grab Tensile Strength ASTM D4632 | 300 Lbs. |
| Grab Tensile Elongation ASTM D4632 | 50% |
| Trapezoid Tear Strength ASTM D4533 | 115 Lbs. |
| Mullen Burst Strength ASTM D3786 | 580 psi |
| Puncture Strength ASTM D4833 | 175 Lbs. |
| UV Resistance After 500 Hrs. ASTM D4355 | 70% Strength |

(MARV)
Hydraulic Properties

| | |
|---|---|
| Apparent Opening Size ASTM D4751 | 100 U.S.Sieve |
| Permittivity ASTM D4491 | 0.8/SEC |

2.   **Designation:  Type 2.**

Fabric for use under and behind gabions and around the sides and top of precast reinforced concrete box joints shall be needlepunched nonwoven polypropylene fibers.

(MARV)
Mechanical Properties

| | |
|---|---|
| Grab Tensile Strength ASTM D4632 | 200 Lbs. |
| Grab Tensile Elongation ASTM D4632 | 50% |
| Trapezoid Tear Strength ASTM D4533 | 80 Lbs. |
| Mullen Burst Strength ASTM D3786 | 350 psi |
| Puncture Strength ASTM D4833 | 105 Lbs. |
| UV Resistance After 500 Hrs. ASTM D4355 | 70% Strength |

(MARV)
Hydraulic Properties

| | |
|---|---|
| Apparent Opening Size ASTM D4751 | 100 U.S.Sieve |
| Permittivity ASTM D4491 | 1.2/SEC |

3.    **Designation:  Type 3.**

Fabric for pipe bedding stabilization shall be woven polypropylene yarns.  Geotextile shall be wrapped around aggregate subgrade below pipe.

(MARV)
Mechanical Properties

| | |
|---|---|
| Wide Width Tensile Strength (Ultimate) ASTM D4632 | 400 Lb./In. |
| Grab Tensile Elongation ASTM D4632 | 12% |
| Trapezoid Tear Strength ASTM D4533 | 180 Lbs. |
| Mullen Burst Strength ASTM D3786 | 1200 psi |
| Puncture Strength ASTM D4833 | 160 Lbs. |
| UV Resistance After 500 Hrs. ASTM D4355 | 70% Strength |

(MARV)
Hydraulic Properties

| | |
|---|---|
| Apparent Opening Size ASTM D4751 | 30 U.S. Sieve |
| Permittivity ASTM D4491 | 0.40/SEC |

4.    **Designation:  Type 4.**

Fabric for around combination of aggregate and perforated pipe, or for behind modular concrete block walls shall be needlepunched nonwoven polypropylene fibers.

(MARV)
Mechanical Properties

| | |
|---|---|
| Grab Tensile Strength ASTM D4632 | 120 Lbs. |
| Grab Tensile Elongation ASTM D4632 | 50% |
| Trapezoid Tear Strength ASTM D4533 | 50 Lbs. |
| Mullen Burst Strength ASTM D3786 | 230 psi |
| Puncture Strength ASTM D4833 | 65 Lbs. |
| UV Resistance After 500 Hrs. ASTM D4355 | 70% Strength |

MATERIALS

(MARV)
(Hydraulic Properties

      Apparent Opening Size ASTM D4751     70 U.S. Sieve
      Permittivitiy ASTM D4491          1.5/SEC

PART 3

EXCAVATION

SECTION A   GENERAL.

    1.   **Type.**

The Contractor shall make all excavations required for constructing all sewers, channels, and appurtenant structures as required by the Project Plans and Specifications. Except where otherwise required by the Project Plans and Specifications, or as ordered in writing by the Director, all excavations shall be in open cut to the specified widths and depths.

    2.   **Protection.**

The Contractor shall be responsible for the conditions of all excavations made by the Contractor and shall properly and adequately protect the excavation from caving or sliding. All slides and cave-ins shall be handled, removed, or corrected by the Contractor without extra compensation at whatever time and under whatever circumstances they may occur. To confirm the existence or change in classified excavation, groundwater, or the location of underground obstructions and conditions, the District may require a reasonable number of test pits to be dug by the Contractor along the lines of the sewer or channel, as shown on the drawings, in advance of the excavation. No additional payment will be made for this work unless the test pits are in a paved area or the number of test pits should exceed one (1) test pit per reach of new sewer.

SECTION B   CLASSIFICATION.

    1.   **Excavation Classes.**

There shall be three classes of excavation:

Class A:  Any material in original beds, or well-defined ledges such as solid limestone, hard sandstone, or hard shales. Also, any material where each piece is more than one cubic yard in volume such as large boulders, detached pieces of limestone, hard sandstone, or mass concrete.

Class B:   Densely packed materials such as most shales, soft sandstone, or rubble. Also, detached pieces of material each being more than one cubic foot in volume such as broken concrete or rock. If the Contractor chooses and is permitted to use drilling, blasting, or wedging for the removal of Class B material, such material will be measured and classified as Class B and not Class A.

Class C:   All materials not included in Class A and Class B excavation.

43

2.    **Record of Excavation Materials.**

The class of excavation, with its location and dimensions, shall be recorded in the Director's record of the work. The results of borings are shown on the plans for design purpose only, and without any expressed or implied agreement or guarantee that depths or character of materials are correctly shown, or that conditions affecting the work will not differ from those shown on the plans. If the Contractor desires to make his own investigations and borings, and so requests in due time, the District will provide the necessary access to the site.

**SECTION C    CLEARING.**

This work shall consist of removal, grubbing, and disposing of all vegetation such as trees, bushes, shrubs, plants, vines, brush, weeds, and sod necessary for the construction of the project, as well as, removing and properly disposing of all trash and railroad ties. At the District's direction, specific trees, shrubs, or plants may be required to be removed and properly disposed of or left in place and protected. If trimming of trees is required to accommodate equipment, it shall be done prior to starting excavation. Upon the direction of the Director, railroad ties shall be removed and stacked on the property and not removed from the site, remaining the property of the original owner.

**SECTION D    WORK INCLUDED IN EXCAVATION.**

1.    **General.**

All of the following items are included in excavation unless otherwise directed or provided by the Project Plans and Specifications.

a.    The removing of all surface obstructions in streets, alleys, rights-of-way easements, temporary construction licenses, and public places

b.    The making of all necessary excavations

c.    The providing of all necessary clearing

d.    The furnishing and installing of all shoring and bracing as necessary or directed

e.    The pumping and bailing to keep trenches free of water during pipe laying and jointing, and thereafter until each joint, mortar, or concrete is set

f.    The providing for uninterrupted surface water flow during work progress

g.    The providing for by-pass pumping and properly disposing of flows from sewers, storm drains, creeks, or other sources

h.    The protecting of all pipes, conduits, culverts, tracks, utility poles, wires, fences, buildings, trees shown to be protected and other public and private property adjacent to or in the line of work

    i.    The removing of all shoring and bracing not ordered or required to be left in place

    j.    The hauling away and disposing of all excavated or disturbed materials within the "working room" limits not necessary or else unsuitable for backfilling purposes

    k.    Backfilling and jetting, except where granular fill, compacted backfill, or flowable fill is required by the Project Plans and Specifications.

**SECTION E UNUSUAL EXCAVATION CONDITIONS.**

    **1.**    **Extra Payment Requests.**

The Contractor may make detailed requests of the District in writing for extra payment to the Contractor by the District for additional costs involved in fulfilling the Contract because of the following unusual conditions if these are not covered by pay items in the Contract:

    a.    Unusual infiltration of ground water into the trench requiring the use of well-points or other special dewatering methods, if considered necessary and ordered by the Director.

    b.    Necessity for using sheet piling, if considered necessary and ordered by the Director.

    c.    Other unforeseeable, special, or unusual construction required to protect life and property when ordered by the Director.

    **2.**    **Written Request for Special Items.**

Before the Contractor incorporates any of the above special items of work for which the Contractor expects reimbursement, the Contractor shall make a written request to the Director and receive his written approval of the use of such special methods, which are defined above. Such request to the Director shall include a detailed statement of the additional costs involved.

**SECTION F OPEN CUT EXCAVATION.**

    **1.**    **Alternative Methods of Excavation.**

Unless otherwise shown on the Project Plans and specifications, all excavation for construction of sewers, channels, and their appurtenant structures, shall be in open cut from the surface. Unless otherwise shown on the plans, tunneling, stanking, boring, or jacking, will be allowed only on permission of the Director, with the requirement that a complete record thereof shall be kept in the project records.

    **2.**    **Underground Structures, Pipe Lines, or Utilities.**

    a.    The Contractor shall proceed with caution in any excavation and shall use every means to determine the exact location of underground structures, pipe lines, conduits, etc., prior to excavation in the immediate vicinity thereof. When there is

reason to believe that a utility conflict may exist, the Contractor shall determine the plan and elevation location of the suspected utility in conflict prior to commencing work on reaches adjacent to the reach in which the utility conflict may occur. This will enable the District to evaluate field adjusting lines or grade to avoid potential conflicts.  This field verification of utility locations shall be accomplished at no additional cost to the District.

b.   If a gas main is cast iron, and is located within an area that is a horizontal distance of three feet from either side of the bottom of a standard trench payline width and an extension up at a 1:1 slope to the ground surface, it shall be relined or replaced by others at the District's expense. The contractor shall verify the location and material composition of existing gas mains located within these limits. Laclede Gas Company shall be contacted by the Contractor to determine the requirements for the gas main relining or replacement, if necessary.

c.   If the Contractor excavates beyond the area defined above and causes the need to replace or reline an existing cast iron gas main, all cost for such work shall be the responsibility of the Contractor and no additional compensation will be allowed.

3.   **Utilities.**

a.   Whenever it becomes necessary to perform any work on any public or private utility, the Contractor shall make satisfactory arrangements for such work with the Owner.

b.   The District has shown on the plans the readily available record of location of existing structures and facilities, both above and below the ground, but assumes no responsibility for the accuracy or completeness of this information. Utility service connections will not be shown on the plans, but reasonably can be expected in built-up areas, and if it is necessary to relocate them, it shall be the Contractor's responsibility.  If the method of operation for the construction of the sewers or channel requires the removal and replacement or protection of any overhead wires or poles, the Contractor shall make satisfactory arrangements for such work with the Owner or Owners of such wires and poles and no additional payment will be made.It shall be the Contractor's responsibility to protect any sewer or utility within the limits of the construction.  The District will not be responsible for the cost of protection or repair or replacement of any structure, pipe line, conduit, service connection, etc., above and below ground which may be broken or otherwise damaged by his/her operations.   All water and gas pipes and other conduits adjacentto or crossing the trench must be properly supported and protected by the Contractor.  Sewer and utility services between mains and buildings shall be maintained by the Contractor in as nearly a continuous operation as reasonably can be expected. This shall be accomplished in any way that the Contractor may desire, provided that the individual service must not be inoperative more than six consecutive hours.  When a break occurs, the Contractor shall notify the affected occupant of the probable length of time that the service will be cut off.

4.    **Limits of Excavation for Pipe Sewers.**

   a.    Except where otherwise shown in the Project Plans and
         Specifications, or where ordered by the Director, trenches shall
         be excavated to the depths shown on the plans and to the payline
         widths shown in Table No. 1 of the Standard Details.  Excavated
         materials will be classified for measurement and payment as
         specified.

   b.    The sides of the trench shall be vertical, and the width of the
         trench below a level one foot above the outside top of pipe
         shall not exceed the payline widths for pipe sewers set forth in
         Table No. 1 of the Details, unless specifically so provided in
         the Project Plans and Specifications.  If the trench width at or
         below that level exceeds the payline width in Table No. 1,
         provision shall be made for the additional load upon the pipe as
         required by the Director and the Standard Details.

5.    **Limits of Excavation for Channels.**

   Channels shall be excavated to agree with cross sections as shown on
   the Project Plans.  Any alleged errors or discrepancies in the plans
   shall be brought to the attention of the District prior to disturbing
   the ground.  Payment will be made at the unit bid price per cubic yard
   of excavation.   Quantities will be based on cross section areas.
   Refer to Standard Details for excavation paylines.

6.    **Change of Trench or Channel Location.**

   If the Director orders that the location of an excavation be moved a
   reasonable distance from that shown on the drawings, due to an
   obstruction or other cause, or if a changed location is authorized at
   the Contractor's request, the Contractor shall not be entitled to
   extra compensation or to a claim for damage, if the change is made
   before the excavation is begun.  If such a change is made at the order
   of the Director, and involves the abandonment of excavation already
   made, such abandoned excavation together with the necessary backfill
   will be measured, classified, and paid for in the same manner as other
   trench and channel excavation and backfill of the same character.   If
   the excavation is abandoned in favor of a new location at the
   Contractor's request, abandoned excavation and backfill shall be at
   the Contractor's expense.   If an obstruction should lie within the
   excavation in such manner that the trench or channel has to be
   excavated to extra depth or width in order that sheeting or bracing
   may be properly placed, or in order that the structure to be placed in
   the excavation may be properly built, such extra depth and width of
   the excavation shall be measured, classified, and paid for in the same
   manner as other trench or channel excavation and backfill of the same
   character.

7.    **Length of Open Trench.**

   The length of trench which may be opened in advance of the completed
   sewer shall be limited to 200 feet in earth, except with permission of
   the District. In rock, the length shall be sufficient to protect the
   completed sewer.

8.   **Unauthorized Excavation.**

   a.   All unauthorized excavation carried beyond or below the lines and grades given by the Project Plans or Specifications, together with the removal of such excess excavated materials, and the cost of refilling the space of such overdig or unauthorized excavation, shall be at the Contractor's expense.

   b.   The excess space between the undisturbed bottom and sides of the excavation and pipe bedding shall be refilled and compacted with crushed limestone as directed by the District.

9.   **Removal of Unsuitable Subgrade.**

   Soft or spongy earth, muck, mud, unconsolidated earth fill, unsuitable fill such as decayed vegetable or organic matter, or soft, friable, unconsolidated materials such as ashes or rusted cans, or any other materials unsuitable as a firm base for the pipe or sewer or structure shall be removed, as ordered by the Director, and shall be replaced with compacted crushed limestone, in accordance with detail sheet 7. The Contractor will be paid for the additional excavation as specified, except where the unsuitable base is caused by the activity of the Contractor or by its failure to control water in the trench or the channel.

10.   **Unsuitable Subgrade Beneath Wall Foootings.**

   Where unsuitable subgrade is encountered these materials shall be removed as ordered by the Director. Footings shall be stepped down to bear on suitable subgrade, and stepped back up once the area of unsuitable subgrade has been crossed. Forms shall be set as required to maintain uniform footing width. The contractor will be paid for the additional excavation as specified, except where the unsuitable base is caused by the activity of the contractor or by his/her failure to control water in the trench or the channel. Additional wall required will be paid for under the appropriate pay item.

11.   **Excavation in Rock.**

   a.   Trench bottoms in rock shall be excavated to a depth below the outer pipe bottom as shown on the Standard Details, and to the maximum payline width at and below the outside top of the pipe with no point or rock being closer than four inches from the pipe barrel. Unless otherwise directed, channels in rock shall be excavated to payline limits as shown on the Standard Details. See Part 1, F.10 for the responsibility of the Contractor with respect to the use of explosives in blasting

   b.   After a blast is fired, the Contractor shall cause the excavation to be thoroughly scaled. All loose, shattered rock or other loose material shall be removed before proceeding with the work. The fact that the removal of loose or shattered rock or other loose material may enlarge the excavation beyond the required limits shall not relieve the Contractor from the necessity for making such removal and filling the extra space. The Contractor shall not be entitled to extra compensation therefore.

12. **Control of Water.**

    a.    While sewers and appurtenances are under construction, the Contractor shall keep all excavations free of water at his/her own expense.  The Contractor shall provide all dams, flumes, channels, sumps, or other works necessary to keep the excavation entirely clear of water and shall provide and operate pumps or other suitable equipment of adequate capacity for dewatering the excavations.  The Contractor shall avoid producing mud in the trench or channel bottom by its operations, and if necessary or so ordered, shall place crushed limestone at its own expense to maintain a firm dry excavation bottom and base.  Pipe bedding, laying, jointing, and the placing of concrete or masonry shall be done in a water-free trench or excavation, which shall be kept clear of water until pipe joints, concrete and masonry have set and are resistant to water damage.  The water shall be disposed of in a manner approved by the Director.

    a.    All gutters, pipes, drains, conduits, culverts, catch basins, stormwater inlets, ditches, creeks, and other stormwater facilities shall be kept in operation, or their flows be satisfactorily diverted and provided for during construction. Any facilities disturbed during construction shall be restored to the satisfaction of the Director.  All costs of handling water and providing a stable subbase during construction shall be included in the prices bid for the various classes of excavation.

13. **Disposition of Excavated Materials.**

    a.    Excavated materials suitable for backfill shall be stored no closer than two feet from the edge of the excavation or from areas designated as "to be protected" on the plans or in the contract document. They shall not obstruct crosswalks, sidewalks, street intersections, nor interfere unreasonably with travel on the street by occupants of adjoining property.  Gutters or other surface drainage facilities must not be obstructed.  When clear access to fire hydrants, mail boxes, sewer and conduit manholes, gas stops, and similar utility or municipal service facilities is required, the Contractor must provide such access.  Handling and storage of excavated materials must meet the requirements of local government agencies having jurisdiction.

    b.    All materials, excavated, or disturbed, or damaged, or removed by the Contractor and not to be used for refilling trenches, channels, or structure excavations, nor to be used in restoration of subsurface or surface facilities or conditions, shall be removed from the site and disposed of by the Contractor at his expense, unless otherwise directed.  If the Contractor proposes to store or place such excess excavated material upon any property, written consent of the property owner or owners must be secured in advance and a certified copy or copies thereof be filed with the Director.  No surplus or excess materials shall be deposited in any stream channel nor in any place where pre-construction surface drainage would be changed, without written permission of the Director.

14.   **Bracing and Shoring.**

a.   The Contractor shall furnish, place, and maintain such sheeting, bracing, shoring, etc. as necessary or may be required to support the sides of the excavation to protect workmen in the trench or channel and to prevent any earth movement which might in any way injure or delay the work, change the required width of the excavation, or endanger adjacent pavement, utilities, sewers, buildings, or other structures above or below the ground surface. The sheeted trench width, as measured between those faces of the sheeting in contract with the earth trench wall, shall not exceed the payline width of trench below an elevation one foot above the top of the pipe. Walers and other bracing shall be so designed and installed as to present no obstructions to proper placement of the pipe, bedding, cradle or encasement, nor shall they interfere with the satisfactory laying and jointing of the pipe.

b.   Sheeting, bracing, and shoring shall be withdrawn and removed as the backfilling is being done, except where and to such extent as the Director shall order that such sheeting, bracing, and shoring be left in place, or where the Director will permit the same to be left in place at the Contractor's request. In any case, the Contractor shall cut off any such sheeting at least two feet below the surface and shall remove the cutoff material from the excavation.

c.   If shoring is left in place the trench width shall be backfilled with granular backfill. If in grass area two feet of earth shall be backfilled to existing grades above the granular backfill. Granular backfill shall be compacted by tamping in 6 inch lifts. No water jetting is allowed for compaction in areas where shoring is left in place. Adjacent to buildings the shoring shall be resistant to decay and insect attack, such as termites.

d.   All sheeting, bracing, and shoring which is not left in place under the foregoing provisions shall be removed in a manner as not to endanger the completed work or other structures, utilities, sewers, or property, whether public or private.

15.   **Trench and Channels with Sloping Sides.**

Where working conditions permit and where the necessary agreements have been made with the affected property owners, and the Director has given approval, the Contractor may excavate the upper part of sewer trenches with sloping sides above a level one foot above the top of the pipe. Trench excavation below this level shall be carried out with vertical sides having a width between vertical earth sides not greater than the payline width shown in the Table No. 1 of the Details. Bedding, concrete cradling, or encasement shall be specified for vertical side trenching. In a channel, sides shall be sloped as shown on the plans or as otherwise approved by the District. All trenches in highways, streets, or alleys shall be excavated with vertical sides.

16.  **Stanking.**

    a.  Where required by the plans or specifications, a line of open trench excavation will be interrupted by a stank or short section of unexcavated earth with an excavated opening beneath for constructing the pipe sewer, in order to avoid disturbing existing improvements or the necessity of removing surface or subsurface structures.

    b.  The excavated opening shall be sufficiently large to provide adequate working room for proper bedding, installing the pipe sewer, and compacting the backfill. The top of the opening shall be sloped sufficiently to permit solid backfilling without voids.

    c.  Class "C" bedding shall be used and after placing the bedding, the remaining space above the top of the pipe shall be packed solidly with tamped earth free from debris, rocks, lumps, or organic matter or at the election if the Contractor with tamped limestone and screenings. The Contractor shall carry out the work of stanking in a safe prudent manner to avoid endangering human life or property.

**SECTION G   EXCAVATION FOR MANHOLES, INLETS, JUNCTION CHAMBERS, AND OTHER APPURTENANT STRUCTURES.**

1.  **Limits of Excavation.**

The Contractor shall excavate as required for all structures with foundations carried to firm, undisturbed earth at the elevation of the underside of the structure. In rock, the Contractor shall excavate all rock at least to the minimum limits shown on the Standard Details for trenches and to the grade of the bottom of the manholes, inlet-manholes, inlets, junction chambers, or other structures as required by the plans. Where the bottom of the excavation for structures is in rock, no rock shall project above the lower surface of the concrete or brick masonry base in such a manner as to reduce the required thickness of such base. All spaces between the bottom of such base and the solid rock surface shall be completely filled with the same materials used for the foundation or base, placed simultaneously as an integral part of the foundation or base.

**SECTION H   METHODS OF MEASUREMENT AND BASIS OF PAYMENT.**

1.  **Clearing.**

Payment for "Clearing" shall include all costs incurred due to "Clearing", protecting trees, shrubs, and plants, as well as properly disposing of all trash and railroad ties. Payment will be made for "Clearing" at the Lump Sum price as bid per the Project Specifications. If there is no specific pay item, all costs for "Clearing" shall be included in excavation.

2.  **Trench Excavation.**

    a.  The volume of excavation for which payment will be made will be determined for each size of pipe and for each class of

51

excavation as computed from actual final measurements and from measurements made during construction.   The total volume of excavation for each size of pipe sewer laid shall be computed as a square-bottomed trench with vertical sides separated a distance equal to the payline trench width given in Table No. 1 of the Standard details, a length equal to the actual horizontal distance between the payline limits for excavation of the connected structures; and a depth equal to the average vertical distance, measured at twenty-five foot intervals from a point directly below the pipe flow line, a distance equal to the pipe wall thickness plus four inches or six inches, as applicable, to the bottom of pavement base, as described in Part 9, the original surface of the ground, or the unimproved roadway surface.   No additional measurement, computation, or payment will be made for excavation for pipe bells.

b.    In case that either or both Class B or Class A excavation is encountered, the volume of each class of excavation will be computed from its limits and location in the trench, similarly measured as described for Class C excavation.

c.    In the event that any Class B or Class A excavation is authorized by the Director to be removed, less than a full payline width across the trench, to facilitate the proper installation and bedding of the new pipe, the volumes of Class B or Class A excavations will be computed as if the full payline width entirely contained these same appropriate classifications of excavations from their limits in the trench.

d.    When construction of a new sewer requires excavation of existing sewer pipe or structures, the removal of the existing pipe and structures shall be paid for as Class "C" Excavation.   The pay volume for this excavation shall be the full payline volume as previously defined with no deduction for the void within the existing pipe or structure.

3.    **Excavation for Structures.**

Unless the Project Plans and Specifications stipulate that a lump sum or unit price for any specific structure shall include the entire cost of excavation and backfill related to that structure, the volume of excavation shall be measured and computed as follows:

a.    For structures other than manholes, inlet-manholes, inlets, or catch basins, the volume of excavation for which payment will be made will be computed as a prism with vertical walls, with a base extending 12 inches from the outermost lines of the structure base, and with a height equal to the average vertical distance between the bottom of the structure base and the bottom of the pavement base or the original surface of the ground, or the unimproved roadway surface.

b.    For manholes, inlet-manholes, inlets, or catch basins, the volume of excavation for which payments will be made will be computed as a prism with vertical walls, with a base extending six inches from the outermost lines of the structure base, and with a height equal to the average vertical distance between the

52

bottom of the structure base and the bottom of the concrete pavement base or the original surface of the ground, or the unimproved roadway surface.

c.   In case that either or both Class B or Class A excavation is encountered, the volume of each class of excavation will be computed from its limits and location in the trench, similarly as described for Class C excavation.

4.   **Removal and Replacement of Unsuitable Subgrade.**

When the Contractor is ordered to remove unsuitable subgrade beyond the paylines, the volume of such removal as directed will be computed from actual measurements.   Payment for removal will be made for the computed volume at the unit bid price per cubic yard for Class C excavation, payment for replacement will be for an equal volume of compacted crushed limestone.   If the unsuitable material is mud or muck caused by the activity of the Contractor or by his failure to provide adequate drainage for the excavation, no payment shall be made for the removal or replacement of such material.

5.   **Payment for Excavation.**

The payment for Class A, B, or C excavation will be made for the computed volumes of each at the respective bid unit price.   Such payment shall cover the whole cost of providing all the labor, tools, equipment, materials, and any other requirements for the removal, storage, and rehandling of any surface materials, unless covered by other prices bid in accordance with the Project Plans and specifications; for the excavation of all materials encountered, for necessary or required sheeting and bracing and for the backfilling of the excavation around the completed structure, except where granular backfill or mechanical compaction is required, specified, or ordered.

6.   **Payment for Shoring Ordered Left in Place.**

The cost of furnishing, placing and removing all bracing, sheeting, etc., of any kind, shall be included in the bid prices for the various classes of excavation.   For lumber that has been ordered left in place by the Director, the Contractor will be paid for the computed amount at the price specified per thousand feet board measure for "Lumber Ordered Left in Place", which shall be considered to be the salvage value of the lumber.   No payment will be made for any lumber left in place at the election of the Contractor with permission of the Director.

7.   **Payment for Stanking.**

No additional payment will be made for stanking where required in the Project Plans and Specifications but payment will be made under appropriate pay items as if that portion of the trench were made in open cut.

8.  **Payment for Sanitary House Laterals and Utility Removal and Relocation.**

    a.  When it becomes necessary to remove or relocate an existing sanitary house lateral service, utility service, utility main or utility pole or to cover electric overhead lines, the cost of which is to be paid by the District, the service must be in direct conflict with the new sewer or channel and the work must be authorized by the Director prior to any such removal or relocation.

    b.  For sanitary house laterals, all cost involved for reconnecting the service, but excluding the cost for granular fill, paving replacement, and curb replacement will be paid for under the unit bid price per lineal foot of in place 6 inch pipe. For sanitary house laterals which are not in direct conflict with the new pipe or channel but are removed or replaced or relocated, no separate payment will be made.

    c.  The removal and relocation of water service connections will be paid for under the unit bid price, per place, for "Relocation of Water Service."

    d.  Any protection removal or relocation of cable T.V., gas services, utility mains, or poles shall be paid for at the exact amount for the cost of such removal or relocation as billed by the utility company. The amount under the extended price for pay item "Utility Relocation" shall be included in the total bid price.

9.  **Payment for Private Underground Facilities.**

    a.  When private underground facilities, such as sprinkler systems, electric dog fences, or other facilities are indicated on the Construction Plans in close proximity to actual location, and removal or interruption cannot be avoided, payment for the repair or replacement of those facilities shall be included in the amount bid for pay item "Protection and Restoration of Site."

    b.  When private underground facilities are not indicated on the Construction Plans or the approximate location of same is unknown, and the Contractor has made a reasonable effort to locate the facilities, payment for the repair or replacement of those facilities shall be made in accordance with provisions of Section E Unusual Excavation Conditions of PART 3 EXCAVATION.

10. **Payment for Removal of Structures and Manholes.**

    a.  All costs for removal of the existing manholes and pipe which, are not within the standard payline limits for excavation, shall be included in the pay item "Protection and Restoration of Site."

PART 4

PIPE SEWER CONSTRUCTION

SECTION A   GENERAL.

1.   Channel Construction.

Additional specifications for pipe sewer construction have been included in Part 6 "CHANNEL CONSTRUCTION."

2.   General Construction Conditions.

a.   Pipe sewers shall be constructed of the sizes, classes, materials, and to the alignments and grades given by the Project Plans and Specifications. All pipe shall be inspected on delivery and such pipe as does not conform to the requirements of these specifications and which are not suitable for use shall be rejected and immediately removed from the site of the work or destroyed.

b.   All materials shall conform to the requirements of the pertinent current specifications of ASTM and Part 2, except as otherwise specified in the Project Plans and Specifications.

c.   The grade shown on the profiles to which the work must conform is that of the pipe flowline or the low point of the pipe invert. Construction stakes are the responsibility of the Developer and will be set at 25-foot intervals for control of alignment, grades, and excavation quantity computations. For curved pipe, double stake the easement along the length of the curves. If a laser system is utilized, the construction stakes will be set at each structure, 25 feet upstream, and continuing at 100-foot intervals. Cut sheets are required and must be prepared by a Licensed Land Surveyor or Professional Engineer of the State of Missouri.

d.   For sewer pipe (storm, sanitary, and combined) with a design grade less than one percent (1%), verification of the pipe grade will be required for each installed reach of sewer, prior to any surface restoration or installation of any surface improvements. The Contractor's field supervisor will be required to provide daily documentation verifying that the as-built pipe grade meets the design grade through the submittal of signed cut sheets to the District Inspector upon request. The Contractor will be required to remove and replace any sewer reach having an as-built grade which is flatter than the design grade by more than 0.1%. Sewers with grades greater than the design slope may be left in place, provided no other sewer grade is reduced by this variance in the as-built grade. The District also reserves the right to require the Contractor to remove and replace any sewer (at any time prior to construction approval) for which the as-built grade does not comply with the grade tolerance stated in the above paragraph. Field surveyed verification must be made under the direction of the licensed land surveyor or registered

55

engineer.   The Contractor shall be responsible for any cost associated with the field verification of the sewer grade, or removal and replacement of the sewer pipe or associated appurtenances.

**SECTION B   PIPE FIELD TESTS.**

1.   **General.**

The Contractor shall be responsible for the following:

a.   Performing and recording all tests on sanitary and combined sewer systems.

b.   Furnishing all equipment, mandrels, hoses, water, piping connections, test pumping equipment, pressure gauges, pumps, bulkheads, regulators, and any other miscellaneous items as required.   Certification of gauges will be required from the gauge manufacturer.   Certification and calibration data shall be available to the District whenever air tests are performed.

c.   Any by-pass pumping as required.

d.   Making any corrections required as a result of tests.   Having corrections inspected and approved and completing re-testing of any part of the system that failed during any initial tests.

e.   Payment of all costs associated with field tests or re-testing unless otherwise indicated in the project specifications.

2.   **Reach Integrity Testing.**

All sanitary and combined sewers shall sustain a maximum leakage limit of 200 gallons/inch of pipe diameter/mile of line/day, as required by the Missouri Department of Natural Resources Specifications.   To ensure compliance, leakage tests are required and shall be performed for sanitary and combined sewers and by low pressure "Air Testing", "Infiltration/Exfiltration Testing", or "Joint Testing" as indicated in the following paragraphs, and approved by the District.   If the groundwater level requires a test pressure greater than 6 psi gage, or if groundwater level is two (2) feet or more above top of pipe at the upstream end, an "Infiltration Test" shall be used.   All visible leaks shall be repaired from the exterior of the pipe or structure.

a.   **Air Testing.**

Air testing shall be performed after completion of the backfill operation.   As applicable, for pipe diameters eight-inch (8″) through twenty-seven-inch (27″), the air test for leakage shall conform to ASTM C-828 "Standard Test Method for Low-Pressure Air Test of Vitrified Clay Pipe Lines" or ASTM F1417 "Installation Acceptance of Plastic Gravity Sewer Lines Using Low Pressure Air."   The air tests shall not be conducted unless the pipe is secured so that the application of air pressure will not separate the pipe joints.   Air testing shall start with a stabilized test pressure of 3.5 psi.   If the pressure drops more

than 1.0 psi during the test time, the line is presumed to have failed the test.  The test time for each type of pipe shall be as indicated in the appropriate ASTM specification.  For example, the testing times for 400 feet of plastic pipe sewer lines shall be as follows: eight-inch (8") diameter 10:08 (min:s); ten-inch (10") diameter 15:49 (min:s); twelve-inch (12") diameter 22:47 (min:s).

b.   **Replacement of Existing Sewers/Test Method Modifications**

Where existing 8 inch through 18 inch diameter sewers with live laterals are being replaced with new sewers in the same location as the existing sewers, modifications to the methods of testing will be considered and tests will be performed as approved and directed by the District.  On District contracted projects, a testing allowance will be provided to pay for reach integrity joint testing.

c.   **Infiltration/Exfiltration Testing.**

After completion of the backfill operation, if infiltration /exfiltration testing is used, it shall follow the procedures as outlined in ASTM C-969 "Standard Practice for Infiltration and Exfiltration Acceptance Testing of Installed Precast Concrete Pipe Sewer Lines."  This procedure shall be used for all types of pipe materials as applicable.  The maximum length of reaches tested per test shall not exceed 700 feet.  For infiltration testing, the ground water must be at least two feet above the crown of the pipe for the entire length of the test section as determined by the use of a piezometer.  If the ground water level is less than two feet (2') above the crown of the pipe from the highest elevation of the sewer, the exfiltration test shall be used.  In either case, measurement of leakage shall not exceed 200 gallons/inch of pipe diameter/mile of line/day.  For exfiltration testing, the leakage loss shall be measured over a timed test period as directed by the District.  In any case, the testing time period for the exfiltration test shall be no less than one hour.

d.   **Joint Testing.**

Joint tests for sanitary and combined sewers using air or water shall be performed on all types of pipe materials larger than 27 inches in diameter following the procedure of ASTM C-1103 "Standard Practice for Joint Acceptance Testing of Installed Precast Concrete Pipe Sewer Lines."  Each joint will be tested at the time of installation prior to complete backfilling of the trench.  The sewer shall be kept clean prior to testing so that equipment used in conducting the test can properly seal against the pipe.  The test shall not be conducted unless the pipe is secured so that the application of air or water pressure will not separate the pipe joint.  The equipment used for conducting the test shall span the joint and be securely placed.  Air or water pressure shall be applied into the joint test area at a

minimum pressure of 3.5 psi greater than the pressure exerted by ground water above the pipe.  Maintain the pressure for at least ten (10) seconds after the established pressure has been reached and stabilized.  A maximum pressure drop of one psi is allowable.  In addition, after backfilling and prior to acceptance, any visible leaks are to be repaired as approved by the District.

3.   **Mandrel Testing.**

Prior to construction approval, after completion of the backfill operation and the jetting or compaction processes, all flexible sanitary, combined, and storm pipe shall be tested, by the use of an approved nine arm mandrel to insure that no pipe deflection has occurred greater than 5% of the inside diameter of the pipe.  These tests shall be performed without mechanical pulling devices and without additional cost to the District.  Ductile iron pipe will not require a mandrel test unless required by the Project Plans or Specifications.

4.   **Manhole Testing.**

For the purpose of leakage tests, all precast concrete and poured-in-place concrete sanitary and combined sewer manholes shall be considered pipe of equivalent diameter and shall be tested by an appropriate test method such as exfiltration or vacuum testing after the complete installation.

a.   **Vacuum Testing.**

A vacuum test shall be in accordance with ASTM C-1244 "Standard Test Method for Concrete Sewer Manholes by the Negative Air Pressure (Vacuum) Test."  The required test period is one minute (minimum) for all sizes and manhole depths.  After the complete installation of the manhole, including the frame installation, a vacuum test shall be performed at ten-inch (10") Hg (mercury). After the pressure has stabilized, a maximum of one-inch (1") Hg drop in a minimum of one (1) minute will be allowed for manholes up to 48" in diameter.  For larger manholes, the time for a maximum of one-inch (1") Hg drop shall be a minimum of two (2) minutes.   If the vacuum test fails to meet the above requirements, repeat test after all leaks and defects have been repaired.

b.   **Exfiltration Testing.**

If exfiltration testing is used, it shall follow the procedures as outlined in ASTM C-969 "Standard Practice For Infiltration And Exfiltration Acceptance Testing Of Installed Precast Concrete Pipe Sewer Lines".  For exfiltration testing, the allowable leakage limit is 200 gallons/inch of pipe diameter/mile of line/day when the average head on the test section is three feet (3') or less.  After plugging all inlet and outlet pipes, the structure shall be filled with water to the top of the manhole frame.  After allowance for water absorption and refilling, if required, the leakage loss shall be measured over a timed test period as directed by the District.

In any case, the testing time period for the exfiltration test shall be no less than one hour.

**SECTION C   BEDDING.**

1.   **Bedding, Cradling, or Encasement Types.**

The Project Plans and Specifications will indicate the specific type of bedding, cradling, or encasement required in the various sections of the pipe sewer construction.   The types and detailed requirements of bedding, concrete cradling, and concrete encasement are shown in the drawings of the Standard Details of Sewer Construction.

2.   **Use of Bell and Spigot Pipe.**

Where bell and spigot pipe is to be used, provision must be made for suitable bell holes to avoid pipe support on the bells, and to insure continuous uniform bearing and support at the specified grade for the pipe barrel between pipe bells.   No blocks, wedges, or other devices shall be used to support the pipe or to prevent uniform bearing of the pipe on its bedding.

3.   **Class "C" Bedding.**

a.   The standard bedding is Class "C".   It is to be used when the trench width below one foot (1') above the top of the pipe does not exceed the payline width as shown in Table 1 of the Standard Details.   The bedding shall be placed as shown in the Standard Details of Sewer Construction.

b.   Where jetting is not allowed or required, the bedding must be compacted to 90% modified proctor density.

**SECTION D   PIPE LAYING**

1.   **Handling of Pipe.**

Equipment used to handle, lay, and joint pipe shall be so equipped and used as to prevent damage to the pipe and its jointing materials.   All pipe and fittings shall be carefully handled and lowered into the trench.   Damaged pipe or jointing material shall not be installed.

2.   **Laying of Pipe.**

a.   Pipe shall be laid true to lines and grades given on the plans. The bell or groove end shall be laid upstream with the ends abutting to form a concentric joint without shoulders or unevenness of any kind along the invert of the pipe.   Bell holes shall be dug to relieve the bell of all load and to be no larger than necessary.   For all pipe required to be laid to a curved alignment, three (3) copies of a proposed laying diagram must be submitted to the District for review and approved prior to manufacture and construction.

b.   Suitable means shall be used to force the spigot end of the pipe into the bell end without damage to the pipe and its jointing

materials, and without disturbing the previously laid pipes and joints

3.   **Bedding, Cradling, or Encasement.**

   a.   Special care shall be taken to insure that the pipes are solidly and uniformly bedded, cradled, or encased in accordance with the type of bedding, cradle, or encasement required by the Project Plans and Specifications, and as shown in the Standard Details of Sewer Construction.  No pipes shall be brought into position until the preceding length has been bedded and secured in place.

   b.   Where concrete encasement is required, the pipe shall be supported at not more than two places with masonry supports or selected cut hardwood as approved by the District of minimum size sufficient to provide the required clearance and to prevent displacement during placing of concrete.

4.   **Water in Excavation.**

   Water shall not be allowed to rise in the excavation until the joint materials and any concrete cradle or encasement is hardened and cannot be damaged by the water.  Particular care shall be used to prevent disturbance or damage to the pipe and the joints during backfilling, or at any other time.

5.   **Cleaning of Pipe Interior.**

   As the work progresses, the interior of the sewer shall be cleaned of all dirt, cement, extruded joint materials, debris, and other extraneous materials.

6.   **Protection of Pipe.**

   Whenever pipe laying is stopped for any significant length of time, such as at the end of a workday, the unfinished end shall be protected from displacement, flotation, cave-in, in-wash of soil or debris, or other injuries.  A suitable temporary tight-fitting plug, stopper, or bulkhead shall be placed in the exposed bell, groove, or socket end.

7.   **Fittings and Special Pipes.**

   Tees (T-Junction), wyes (Y-Junction), slants, stubs, reducers, bends, elbows, curves, radius-pipe, curved pipe, fittings, or other special pipes shall be installed at the places shown on the Project Plans, or where ordered by the Director.  The fittings and special pipes shall be made of a compatible material, type, and class or strength designation as the pipe required by the Project Plans and Specifications, and shall be installed in accordance with the pertinent Standard Details of Sewer Construction and these specifications.

8.   **Future Connections.**

   Wye and Tee-branches, slants, stubs, or other fittings installed in the pipe or built into manholes, junction chambers, or appurtenant

structures for future connections shall be closed at the outer end. For pipes twenty-seven inches (27") in diameter or smaller, an approved stopper or cap shall be installed in the bell or socket using the same type joint or jointing material as required for the sewer. For pipes thirty inches (30") in diameter and larger, an approved stopper, cap, or temporary approved masonry bulkhead to close the outer end shall be constructed of the thickness as required by the Project Plans and Specifications. Care in backfilling shall be used so that such closure and its seal will not be disturbed.

9.    **Elliptical Pipe.**

   a.    When elliptical pipe is required by the Project Plans and Specifications, it shall meet the requirement of Part 2, "Materials of Construction".

   b.    The standard bedding for elliptical pipe is Class "C" (Modified).

   c.    The horizontal inside dimension shall be used to determine the size and type appurtenances to be built on the line.

   d.    The joint will be made with sufficient approved rubber mastic sealant to fill the joint and a two-foot (2') width of Type 2 filter fabric placed around the outside of the joint.

10.   **Force Main.**

   a.    Where a force main is required by the Project Plans and Specifications, it shall meet the requirements of Part 2, "Materials of Construction".

   b.    The force main shall be provided with appropriate appurtenances where necessary, such as automatic air relief valves, thrust blocks, cleanouts, cleanout manholes at low points in force main, and tuned locator disks as specified.

   c.    The Standard Details of Sewer Construction show a cleanout detail.

   d.    The force main shall be bedded in carefully placed selected earth backfill unless otherwise shown on the Project Plans and Specifications.

   e.    The force main shall be laid on a continuous rising grade from the lift station or cleanout manhole to the manhole on the gravity sewer.

   f.    After backfilling has been completed, the force main shall be tested to a pressure of 50 P.S.I. above the normal operating pressure of the system, unless otherwise specified. The leakage shall be measured by pumping into the line with a pump capable of maintaining the required pressure and metering the amount of water necessary to sustain the pressure for a period of four (4) hours. The test when so conducted, shall indicate a leakage of not more than fifty (50) gallons per inch of pipe diameter per mile per day, and no leaks shall become apparent on the surface

61

of the ground.  Should surface leaks become apparent, or should the leakage exceed that specified, the leaks shall be located and repaired, and the line re-tested until it fulfills the above requirements.

**SECTION E    CONCRETE CRADLE.**

When a concrete cradle is required by the Project Plans and Specifications, it shall be of low slump Class "A" concrete.  It shall be constructed according to the details in the Standard Details of Sewer Construction. Backfill materials may not be placed above the concrete until it attains its initial set.

**SECTION F    CONCRETE ENCASEMENT.**

When an encasement is required by the Project Plans and Specifications, it shall be a low slump Class "A" concrete.  It shall be constructed according to the details in the Standard Details of Sewer Construction.   Backfill materials shall not be placed until the concrete attains its initial set.

**SECTION G    STRUCTURES.**

1.    **General.**

The Contractor shall build manholes, inlet-manholes, inlets, junction chambers, headwalls, culverts, and such other miscellaneous structures as are required at the locations shown on the Project Plans; and of the forms, dimensions, and materials as shown in the Standard Details of Sewer Construction or Project Plans and Specifications, or as otherwise directed.  The structures will be of concrete, plain, or reinforced as required.  Brick masonry will be considered when requested and approved in writing.  Where the top elevation is not shown on the plans, the structure or appurtenance shall be built to conform to the elevation ordered by the Director.  Manholes for sanitary or combined sewers shall be of the precast concrete or poured-in-place concrete type unless otherwise approved by the District.  These manholes shall be waterproofed on the exterior as approved by the District.

a.    For new structures installed on finished slopes greater than 10% a six foot diameter area around the access manhole must be level.  This can be accomplished by installing a wall on the up-slope or down-slope side of the manhole.

2.    **Vertical Alignment.**

a.    The various structures shall be built as the pipe laying or sewer construction progresses.  The Director, at his discretion, may stop the laying of pipe, or the building of other structures until the structure just passed has been completed.  Completion of the structure shall include the installation of fittings and connections to pipes and other construction as shown on the plans.

b.    Structures shall not be out of plumb more than one foot (1') in thirty feet (30') of depth.

3.    **Concrete Structures.**

    a.    Concrete structures shall be built of Class "A" concrete as shown in the Standard Details of Construction or on the Project Plans.   The structure shall be built on prepared foundations, conforming to the dimensions and shapes shown on the plans.   The construction shall conform to the methods, forms, mixture, placement, and curing for concrete as specified in Part 5 of these specifications, the Standard Details for Construction, and the Project Plans and Specifications.

    b.    Any required reinforcement shall be of the kind, type, and size; and shall be located, spaced, bent, and fastened as shown in the Standard   Details   of   Construction,   or   the   Project   Plans. Concrete reinforcing in place shall be approved by the Director before any concrete is placed.

    c.    All invert channels shall be accurately constructed and shaped so as to be smooth, uniform, give minimum resistance to flow and shall slope downward toward the outlet.

4.    **Precast Manholes, Inlets, and Appurtenances.**

    a.    Where precast concrete structures are permitted or required by the Project Plans, they will be manufactured in accordance to Part 2 of this specification and to the sizes and shapes detailed in the drawings for this specification.

    b.    Precast manholes will require concentric cones in all cases. Flat slabs and eccentric cones will only be allowed with special permission.

    c.    Joints for the precast manhole structures shall be formed with male and female ends so that when the manhole base, riser, and top section are assembled, they will make a continuous, uniform manhole.   The sealant between manhole sections shall be an elastomeric O-ring joint conforming with ASTM C443, or it may be of   a   flexible   rubber   mastic   sealant   conforming   to   the requirements of AASHTO M-198B.

    d.    The Project Plans shall indicate the required orientation of the precast concrete unit.

    e.    When the precast units are delivered to the project site, damaged, cracked, or imperfect sections will not be allowed to be installed unless approved by the District.

    f.    No field modification will be allowed to the structure unless it is determined that such modifications will not adversely effect the strength of the structure.

    g.    After   the   excavation   has   been   completed   to   the   required dimensions specified on the detailed plan, the base shall be leveled off to receive the bottom section.   If necessary, to provide a more level and solid foundation, a crushed limestone

base may be required.  The base must be set level so all water in the structure will drain toward the designed outlet.

h.  Assemble the multi-section structure by lowering each section into the excavation, and firmly position one section on top of the other before backfilling.

i.  The jointing material required shall be installed at the job site.

j.  To insure joint integrity, give particular attention to removing all foreign materials such as dirt, mud, and stones from the joint surfaces and see that all sealing materials are placed in accordance to the manufacturer's recommendation.

k.  If a misalignment of sections occurs during installation, remove the upper section.  If the sealing material is damaged, clean the joint surfaces before replacing new sealing material.

l.  The allowable variance in vertical plumb is one foot (1') in thirty (30) vertical feet.

m.  Backfill the precast structure as soon as practical.

n.  The precast base of all structures will require that the inlet and outlet openings be installed prior to delivery to the project site, except when installation has been approved on existing pipes.

o.  All connections shall be by an approved patented compression type, and will not be allowed through joints; therefore, the height of riser sections should be designed accordingly.  The maximum percent grade and/or horizontal deflection for the use of "A-Lock" or "Z-Lock" connections are 12% (7°) and 46% (25°), respectively.

5.  **Brick Masonry Construction.**

a.  All materials used in brick masonry construction shall conform to the requirements of Part 2.

b.  Mortar for sewer construction shall consist of a uniform mixture of Portland Cement and masonry sand with the minimum amount of water necessary to produce the required consistency for the particular required use.  No ad-mixtures shall be used without the permission of the Director.  Mortar for brick masonry and plastering shall consist of one (1) volume of cement and three (3) volumes of sand.  One (1) sack or ninety-four pounds (94 lb) of Portland Cement shall be considered to have a volume of one (1) cubic foot.  Mortar shall be prepared in suitable mixing equipment or for small amounts, on a hard impervious surface.  It shall be kept free at all times from earth, debris, and contamination of other deleterious substances.  Retempered or partially set mortar shall not be used.

c.   Mortar required for patching or jointing areas in the vicinity of sanitary sewage shall be of an approved rapid setting variety.

d.   A prepared foundation shall be placed for all brick structures after the foundation excavation is completed. This shall be of the materials and dimensions shown in the Standard Details of Sewer Construction, or on the Project Plans and Specifications.

e.   All brick shall be thoroughly clean. The bed which is to receive the bricks shall be thoroughly cleaned and damp, but should be free of water before placing mortar thereon. All bricks shall be laid in courses in freshly-made mortar, using the shoved-joint method so as to thoroughly bond them into the mortar and always with the joints completely filled with mortar. The bricks shall be laid in a workmanlike manner, and true to the lines and grades indicated on the plans. The arrangement of headers and stretchers shall be such as will thoroughly bond the masonry. Unless otherwise indicated, brick masonry shall be of alternate headers and stretchers with consecutive courses breaking joints. In manholes, all bricks in each course shall be headers. The course shall be laid continuously with joints broken or alternating evenly with the joints in the preceding courses. Horizontal joints shall average three-eights inch (3/8"), but shall be not less than one-fourth inch (1/4") nor more than one-half inch (1/2") in thickness. Face joints shall be flush and neatly struck, and all joints on unexposed faces shall be solidly filled. No spalls or bats shall be used except in shaping around irregular openings or connections, or when unavoidable to finish out a course. In this case, a full brick shall be used at the corner with the bat in the interior of the course. If any brick is moved or a joint broken during laying, the brick shall be removed, the mortar thoroughly cleaned from the brick, bed and joints, and the brick re-laid in fresh mortar. Where required by the Standard Details of Sewer Construction, or by the Project Plans and Specifications, the inside and outside surfaces of brick masonry shall be neatly plastered with mortar to a thickness not less than one-half inch (1/2"), and be finished to a true, uniform, continuous, smooth surface. All plastering shall be applied as the manhole or brick structure is constructed, as opposed to plastering upon completion. On completion of each brick structure, all waste mortar and debris shall be immediately removed from the structure, and any necessary repairs or required pointing shall be completed.

f.   Brick masonry, plastering, and mortar shall be protected against damage from freezing or lack of moisture. Brick masonry shall not be constructed when the temperature is 40 degrees Fahrenheit or lower without permission of the Director nor without adequate approved means for protection against freezing. Brick masonry shall have sufficient moisture for proper curing and be protected from drying. Requirements for protection of brick masonry and masonry materials are the same as required for concrete structures.

6.   **Inlet and Outlet Pipes.**

Inlet and outlet pipes shall extend through the walls of structures only a sufficient distance beyond the outside surface to allow for connections as shown in the Standard Details of Construction, on the Project Plans, or otherwise directed.   For plastic pipe, the section of the pipe above springline shall be trimmed flush with the inside face of the structure.   Concrete or brick masonry or mortar shall be placed around the pipes as to provide full continuous contact between masonry and outside of pipe, to prevent leakage, and to form a neat connection.   Adequate water stops, approved by the Director, shall be used with all plastic pipe on all inlet and outlet pipes.   In brick manholes and inlets, a rowlock arch shall be placed over all incoming and outgoing pipes

7.   **Setting of Castings, Frames, Fittings, and Steps.**

a.   All castings, frames, and fittings shall be placed in the positions shown in the Standard Details of Construction or Project Plans or as directed, and shall be set true to line and to correct elevation upon an approved flexible rubber mastic sealant.   If frames or fittings are to be bolted or anchored in concrete or brick masonry, all anchors or bolts shall be set and held in place before the sealant is placed.

b.   When frames or fittings are to be placed upon previously constructed masonry, the bearing surface of masonry shall be brought true to line and grade to present an even bearing surface clean and free of debris particles.   The unit shall be set with an approved rubber mastic sealant as shown in the Standard Details of Construction or the Project Plans.   All units shall be firmly and securely seated.

c.   Frames and cover, frames and grates, or other similar pairs of items shall have true common bearing surfaces such that the covers or grates will seat firmly without rocking or shifting. The grates or covers shall be placed after the frames or fittings have been installed.

d.   Sanitary manholes in pavements, flood plains, and swales shall have manhole cover and frame seals installed.

   1.)   Manhole covers shall be sealed with manhole cover gaskets and be locking covers.

   2.)   Manhole frames shall be sealed to the manhole structure with an internal rubber seal. The seal shall cover the frame and manhole structure, including adjustment rings and be capable of vertical expansion of not less than two (2) inches when installed. For new construction external seals may be used if the interior of the manhole is marked indicating their use.

e.   Steps shall be installed as shown in the Standard Details of Construction.   When the steps are set in concrete, they shall be placed and secured in position before the concrete is placed. When the steps are installed in brick masonry, they shall be

66

placed as the masonry is being built.  the steps shall not be disturbed or used until the concrete or mortar has set and cured for at least seven (7) days.

**SECTION H   TRENCH BACKFILL.**

1. **Placing of Backfill.**

    a.  After the pipe or conduit has been properly bedded, jointed, and inspected, all measurements to record location of Y-Junctions, tees, etc. have been made by the District, and sufficient time has elapsed for the joint materials or for any concrete or mortar to set and harden, upon permission of the Director, the backfill may be placed.  All requirements of the agency of jurisdiction must be adhered to.

    b.  If the trench is flooded before or during backfilling, or subjected to conditions which might cause flotation of the pipe before sufficient backfill has been placed, the Contractor shall take the necessary precautions to prevent flotation of the pipe, conduit, or structure.

    c.  Before final acceptance of the work, additional tamped earth shall be added to restore settled trench surfaces to the required level of the adjacent earth surfaces, or the base or crushed rock wearing surfaces, or to the finished earth base for sodding or for seeding.  Where seeding or sodding is not required, the excess earth shall be uniformly and neatly mounded above the trench.

    d.  Backfill in trenches which are not within or immediately adjacent to pavements of concrete or pavements on stone or concrete base, but are located where prevention of backfill settlement is essential, and where required on the Project Plans or by the Director, and where granular fill is not desired, shall consist of selected job-excavated earth thoroughly compacted with suitable mechanical tampers to the density of the adjacent undisturbed earth.  Relative density testing to confirm compaction has been achieved will be required from the contractor.

    e.  Non-granular job-excavated material shall be free from debris, organic matter, perishable compressible materials, and shall contain no stones or lumps of rock fragments larger than six inches (6") in dimension, nor be in such amount that will interfere with the consolidating properties of the fill material.  Care shall be taken that stones and lumps are kept separated and well distributed, and that all voids are completely filled with fine materials.  The upper two (2') feet of backfill in sodded or planted areas shall be free of such rocks or lumps larger than one inch (1") in diameter.  The approved backfill materials shall be placed in layers not exceeding nine inches (9") before compaction.

2.    **Backfill – Granular or Other Compacted Materials.**

    a.    Backfill in trenches through pavements of concrete, or wearing surface on concrete or stone base, or brick, or macadam in highways, streets, rights-of-way, or wherever prevention of backfill settlement is considered essential, and where the Project Plans or Specifications require or the Director orders, shall be made with water jetted granular fill from the level six inches (6") above the top of the pipe to the subgrade elevation of the pavement.

    b.    Granular backfill shall consist of three-fourths inch (3/4") minus crusher-run limestone. Where allowed by the specifications, the following backfill may be used: Spent molder's sand with less than 5% free iron content and a pH of 7 or greater, pit run sand and gravel, or unwashed river sand all of which shall be free from excessive amounts of consolidated masses, which shall not exceed two inches (2") in diameter. Granular fill material shall be free from wood, paper, cans, ashes, and other weak, unstable, perishable, or compressible materials; and from such quantities of any material, clay or loam, either finely divided or in lumps, as will interfere with the free-flowing and compacting properties of the composite fill.

    c.    "Pea gravel" or similar granular materials approximately uniform in size and without bonding properties shall not be used.

    d.    All granular backfill materials shall be compacted by water jetting.

3.    **Backfill – Jetted.**

    a.    Unless ordered to be mechanically compacted by the Director, the trench backfill shall be uniformly flooded and poled or jetted with water by a method to be approved by the Director, and with care to avoid damage to the newly laid sewer. After the backfill in the trench has substantially dried and completed its settlement, and permission has been given by the Director, any settlement below the finished grade shall be refilled with additional earth.

    b.    No separate payment will be made for jetted backfill, all costs of which are included in the bid prices for excavation.

4.    **Backfill – Flowable Fill**

When required by the project specifications or jurisdictional agency this work shall consist of placing flowable fill to fill trenches for pipe, structures, culverts, utility cuts, and other work under pavement or as designated in the project specifications. In pipe trenches the flowable fill will be used in the top five (5) feet of the pipe trench.

5.   **Backfill – Compaction Testing**

    a.   The contractor shall obtain and furnish to the District a Moisture – Density curve developed by a soil engineer or competent test laboratory, approved by the District, for the material that is to used as backfill. During construction density tests shall be run as required by the District. A minimum of two tests per reach of pipe or one test per 100 feet of trench, whichever is greater will be required. The testing company shall submit test results directly to the District. Density tests will not be paid for separately.

**SECTION I   METHODS OF MEASUREMENT AND BASIS OF PAYMENT.**

1.   **General.**

    a.   Payment will be made for the materials furnished and completed work done under the contract as stated herein in accordance with actual measurements.   The Contractor shall not be entitled to receive additional compensation for anything furnished or work done, except for extra work authorized by written order of the Director, or for which provision has been made in the Project Plans and Specifications, which will state the method of measurement and basis of payment for any item of construction not covered by this section of the Standard Construction Specifications.

    a.   It is the intent of these specifications to pay only once for any given item of work or material to be furnished, except where it is clearly specified as an addition to the bid price for the unit quantity.   Duplication of quantities, units, or bid items will not be permitted, even though the Project Plans or Specifications may, through an error or oversight, allow such duplication.

2.   **Pipe Sewers.**

Payment will be made for completed pipe sewers, round or elliptical, for each size, kind, and class of pipe laid at the respective bid price per lineal foot.  The length for which payment will be made will be the measured horizontal distance for each along the centerline of the pipe exclusive of the distance between the inside faces of each connected structure, sewer, manhole, inlet-manhole, inlet, junction chamber, transition section, or other similar structures.   The payments made shall include all costs of labor, materials, tools, and equipment; and shall be full payment for furnishing, installing pipe, testing, jointing materials, crushed limestone in replacement of overdig; and furnishing, placing, and compacting the bedding.   In addition, unless otherwise specified for force mains, the payments made shall include all costs for appurtenances such as air relief valves, thrust blocks, cleanouts, cleanout manholes at low points in force main, and tuned locator disks as specified.

3.   **Curved or Radius Pipe.**

Unless otherwise provided in the Project Specifications, no additional payment will be made for curved or radius pipe which shall be measured

and paid for in the same manner as described for straight pipe. Any additional costs for curved or radius pipe shall be included in the bid price per lineal foot for pipe of the size, kind, and class involved.

4.   **Tees, Wyes, Bends, Stubs, Etc.**

Payment will be made for tees, wyes, bends, stubs, slants, and other specials where required by the Project Plans and Specifications, or where ordered by the Director, at the bid price for each, and as an addition to the amount paid for the completed pipe sewer containing such special, except where the cost of a special is included in the lump sum bid price for a given bid item. The payment for the special shall include furnishing and installing of an approved stopper, cap, or cover.

5.   **Concrete for Encasement.**

a.   Payment will be made for concrete encasements at the bid price per cubic yard. The quantity for which payment will be made will be the respective quantity per lineal foot for each size pipe as tabulated in the Standard Details of Construction and for the actual length of sewer so encased.

b.   Such payment shall include the entire cost of furnishing and placing the concrete cradle or encasement as shown in the Standard Details of Construction. It also shall include the costs of the necessary excavation beyond paylines, and also the cost of supporting and securing the jointed pipe against movement during the placing of the concrete.

6.   **Manholes.**

a.   Payment will be made for each manhole on pipe sewers twenty-four inches (24") in diameter and smaller at the bid price per lineal foot for completed standard manhole construction for the vertical distance between the elevation of the top of the cast iron frame, and the elevation of the flowline at the manhole center. Such payment shall include all costs of the manhole base, invert, walls, plastering where required, making pipe connections, and steps, frames and covers and seals where required.

b.   Payment will be made for each manhole on pipe sewers twenty-seven inches (27") in diameter and larger at the bid price per lineal foot for completed standard manhole construction for the vertical distance between the elevation of the top of the cast iron frame and the elevation for the top of the bottom section of the manhole. Such payment shall include all costs of such manhole construction including plastering where required, steps, frame and cover, seal where required, and making pipe connections.

c.   Payment for the bottom section of manhole shall include all costs of such construction, including the base, invert, walls, plastering where required, manhole steps, and making pipe connections. The bottom section of the manhole shall include all

70

construction below that elevation determined by the sum of the average elevation of the flowline at the manhole center and one of the following:

1.  Inside vertical dimension of outlet pipe plus twelve inches (12″) for pipes with vertical dimensions twenty-seven inches (27″) through fifty-one inches (51″).

2.  Inside vertical dimension of outlet pipe plus eighteen inches (18″) for pipes with vertical dimensions fifty-four inches (54″) through seventy-two inches (72″).

3.  Inside vertical dimension of outlet pipe plus twenty-four inches (24″) for pipes with vertical dimensions seventy-five inches (75″) through ninety-six inches (96″).

d.  Payment will be made for completed foulwater drop construction as an addition to the payment made for the completed manhole. Such payment will be made at the lump sum bid price of each location, or for the designated location; and shall include all costs of excavation, lumber left in trench, concrete, drop pipe, pipe elbow, jointing, and the additional cost of the pipe junction on the sewer and its concrete encasement.

7.  **Inlet-Manholes.**

a.  Inlet-manholes are inlets with an incoming pipe and built with standard manhole diameter. Payment will be made for each inlet-manhole as described for manholes, except that the vertical distance for payment as a manhole shall exclude the top three feet (3′) of each inlet-manhole.

b.  Payment for the top three feet (3′) of each inlet-manhole will be made at the lump sum bid price for inlet-manhole top section, of the type required by the Project Plans and Specifications and shown in the Standard Details of Construction. Such payment shall include all costs of the completed top section, excluding payment for excavation. Such payment shall also include any costs for the transition from a manhole to inlet section, and all costs for the construction of the required gutter sump, including the removal and replacement of pavement and curbing required for construction of the inlet-manholes.

8.  **Inlets.**

Payment will be made for each inlet of standard depth at the bid price for the type of inlet required by the Project Plans and Specifications and shown in the Standard Details of Construction. Such payment shall include all costs of the base, walls, top, sill, blocks, angle seats, cement mortar, plaster, pipe specials for the trap when a trapped inlet is required, steps, grates and covers; all costs for the construction of the required gutter sump, including the removal and replacement of pavement and curbing required for construction of the inlets. Unless otherwise indicated in the Specifications or Standard Details of Construction, the standard depth of an "inlet" shall be four feet (4′). When the depth of an inlet as built exceeds the standard depth, additional payment shall be made for the excess depth,

at the bid price per lineal foot for Standard Manhole Construction. The excess depth shall be the difference between the standard depth shown in the Standard Details of Construction, and the vertical distance between the low point of the inlet floor and the top of the inlet stone.

9.    **Double Inlets.**

Payment will be made for double inlets as required by the Project Plans and Specifications, and as shown in the Standard Details of Construction similarly as described for inlets at the bid price for each type of multiple-unit inlets except that excess depth will be paid at twice (2 times) the bid price per lineal foot for Standard Manhole Construction for Double Inlets.

10.   **Junction Chambers.**

Payment will be made for each junction chamber completed as required by the Project Plans and Specifications at the lump sum bid price for constructing the junction chamber.  Such payment shall include all costs of masonry, forms, concrete, reinforcing steel, steps, manhole construction above the top of the chamber, and making pipe connections, but exclude payments for lumber ordered left in trench, excavation, and granular fill.

11.   **Trench Backfill.**

a.    Payment will be made for compacted backfill at the bid price per cubic yard for compacted backfill.  Such payment shall include all costs of furnishing and compacting the backfill as specified.   The quantity for which payment will be made is computed volume based on a trench width equal to the payline width for the given size of pipe, a length equal to the measured horizontal distance between vertical planes representing the average ends of the tamped backfill as placed in the trench, or to the payline of an intermediate structure, as shown on the Project Plans or as required; and a depth equal to the average vertical distance measured along the centerline of the sewer at twenty-five foot (25') intervals between the elevation, either six inches (6") above the top of the pipe, or at the top of the concrete encasement, and either the bottom of the pavement base, or the surface of the ground or the elevation given on the Project Plans or ordered by the Director.

b.    Payment will be made for flowable backfill at the bid price per cubic yard for flowable fill. Such payments shall include all costs for materials, labor, and testing required to place the flowable fill. The quantity for which payments will be made is described in a. above less any volume occupied by granular fill or pavement.

c.    No separate payment will be made for the placing of backfill either uncompacted or consolidated by jetting, or supplemented due to settlement below the required elevation.  Its costs shall be included in the bid prices for excavation.

12.   **Backfill Around Structures.**

a.   Payment will be made for the computed quantity of backfill for manholes, inlet-manholes, inlets, junction chambers, or other structures, at the respective bid price per cubic yard for the class or classes of backfill involved. For manholes, inlet-manholes and inlets, the volume for which payment will be made for compacted backfill or for granular fill shall be that of a prism bounded by vertical planes or surfaces six inches (6") from and parallel with the outermost lines of the structure, and a height equal to the average distance between the original ground surface, subgrade of replacement pavement base, or the elevation shown on the Project Plans or ordered by the Director, and the subgrade for the structure, less the computed gross volume of the structure. For junction chambers or other special structures requiring form work, the volume for which payment will be made for backfill shall be that of a prism bounded by vertical planes or surfaces twelve inches (12") from and parallel with the outermost lines of the structure, and an average height computed as described immediately above for manholes, etc., less the computed gross volume of the structure.

b.   No separate payment will be made for backfill around manholes, inlet-manholes, catch basins, inlets, junction chambers, and other structures unless granular backfill, flowable fill or mechanically compacted backfill is required or ordered by the Director.

13.   **Granular Backfill.**

a.   Payment will be made for granular backfill at the bid price per cubic yard for "Granular Backfill" for the computed volume measured in place after final compacting.

b.   The volume of compacted granular fill for each sewer will be based on a square-bottomed trench with vertical sides, a distance apart equal to the payline trench width; a length equal to the measured horizontal distance between vertical planes representing the average ends of the granular fill as placed in the trench, or to the payline limits of an intermediate structure as shown on the Project Plans or as required; and a depth to the average vertical distance measured along the centerline of the sewer at twenty-five foot (25') intervals between the elevation, either six inches (6") above the top of the pipe or at the top of concrete encasement, and either the bottom of the payment base or the elevation to which granular fill is required on the Project Plans or ordered by the Director. The volume of compacted granular fill surrounding manholes, inlet-manholes, inlets, and catch basins of junction chambers and special structures requiring form work, will be computed separately.

c.   The cost of any additional granular fill required beyond payline limits due to unauthorized excavation beyond payline limits is to be borne by the Contractor.

PART 5

CONCRETE CONSTRUCTION

SECTION A    GENERAL.

Concrete shall be composed of Portland cement, fine and coarse aggregates and water, all properly proportioned by weight, thoroughly mixed, and of proper consistency. An air-entraining agent or an admixture, uniformly dispersed through the concrete during mixing, shall be added to all Class A Concrete, or for appropriate special construction as approved by the District.

SECTION B    MATERIALS.

Materials for concrete shall conform to the pertinent paragraphs in Part 2 of these specifications. In general, only one source and kind of material conforming to these specifications shall be used throughout the work of constructing each complete unit of the particular contract. Previous to beginning the work, the Director shall be informed of the kind and source of materials to be used. When reference is made to a material, it is intended to relate only to the kind and source of material, washed gravel, crushed limestone, washed Mississippi or Missouri River sand, or Meramec River sand, and not to its grading requirements. All fine and coarse aggregate must be stored separately and shall be kept clean and free from contamination. The mixing of materials from different sources will not be permitted. In no case shall frozen lumps or partially cemented materials be used.

SECTION C    CLASSES.

1.    General.

a.    Concrete will be designated by classes. These specifications and the Standard Details will state which class and type of cement is to be used for each structure, except where otherwise required in the Project Plans and Specifications Class "A" concrete is required. Type I cement normally will be used, except for sanitary or combined sewers for which Type II cement will be used. The following table shows the classes of concrete, the minimum cement content per cubic yard, and the maximum water content per sack of cement, including free moisture in the aggregates. Class "A" concrete is required.

| C O N C R E T E | | |
|---|---|---|
| Class | PORTLAND CEMENT (Sacks) Per Cubic Yard | MAXIMUM WATER (including Free Moisture in Aggregates) Gallons Per Sack |
| A | 6 | 6 ½ |
| B | 4 | 8 ½ |
| C | 2 | 9 ½ |

b.  If the Contractor desires to add more water to a given class of concrete than is permitted by the table in order to facilitate placing, and the Contractor is given permission to do so, the Contractor must maintain the same water-cement ratio as shown in the table by adding proportionally additional cement.    The minimum compression strength for Class "A" Concrete shall be 3500 psi at 28 days.

2.   **Proportioning.**

a.  The proportions of materials shall be such as to produce a concrete of the required strength that can be placed easily into the corners and angles of forms and around reinforcements with the method of placing used in the work, and without separation or segregation of the materials or collection of free water on the concrete surface.

b.  All materials shall be proportioned by weight.   The quantities of fine and coarse aggregates for each batch shall be exactly sufficient for one or more sacks of cement.   No batching requiring fractional sacks of cement will be permitted. Proportioning by volume will be allowed only with permission during emergencies and for a total volume less than one cubic yard.

c.  Prior to the start of a construction project, the concrete mix design intended to be used shall be submitted to the District for approval.

3.   **Admixtures.**

No admixture except air entrainment shall be used without the permission of the Director.   Whether specified or permitted by request, prior written approval from the District shall be obtained for the admixture to be used.   The proposed mix design supported with independent test results shall be submitted with all admixture approval requests.    Air-entraining admixtures shall conform to the requirements of Part 2.   When an admixture is to be used, a dispenser capable of accurately measuring and adding the required amount of admixtures to the batch at the beginning of the mixing period shall be provided at the mixer. The minimum required compression strength and durability shall not be reduced or compromised by any admixture.

4.   **Air-entrained Concrete.**

a.  All Class "A" concrete shall be air-entrained.

b.  Freshly mixed air-entrained concrete shall contain the following amounts of entrained air when measured by the volumetric method ASTM C173, or by the pressure method ASTM C231.

CONCRETE

| AIR CONTENT BY VOLUME | | |
|---|---|---|
| MAXIMUM SIZE OF COARSE AGGREGATE | MAXIMUM % | MINIMUM % |
| 1 ½", 2", or 2 ½" | 6 | 4 |
| ¾" or 1" | 7 | 5 |
| 3/8" or ½" | 8 ½ | 6 ½ |

    c.    Mixes should be designed for the recommended air content and adequate control provided to keep air content within required limits. The Contractor shall maintain close control over the uniformity of the concrete, and over the cement, aggregates, water content, consistency, operation and accuracy of proportioning, mixing time, and operating equipment, until finally placed in the forms.

    d.    Air entrainment shall be obtained by the use of an approved air-entraining agent added in the quantity required to obtain an air content within the specified limits. All air-entraining agents shall be added to the concrete during the process of mixing. The agent shall be accurately measured and dispensed by means of an approved mechanical dispenser, which will automatically and gradually discharge the required amount of material into the stream of mixing water before all of the mixing water has entered the mixer drum.

**5.    Consistency.**

    a.    The consistency of the concrete shall be such that the slump, when measured according to ASTM C143 is the least compatible with workability and ease of placing. In general, the slump tested at the placement site shall meet the following requirements:

| REQUIRED SLUMP | |
|---|---|
| KIND OF WORK | INCHES |
| Paving | 4 |
| Reinforced Concrete Structure | 4 ± ½ |
| Unreinforced Concrete | 3 ± ½ |
| Tremie-placed Concrete | 7 ± 1 |

    b.    Additional water shall not be added at the site except with permission and under strict supervision of the Director, and then only in an emergency. Such additional water shall be added only in small increments and then only in the smallest amount necessary within the required limits of consistency for the particular work, and shall be uniformly mixed and incorporated into the unplaced concrete before deposition in the forms.

**SECTION D    BATCHING AND MIXING.**

**1.    Plant-mixed or Ready-mixed Concrete.**

    a.    Along with its preparation, it shall conform to the requirements of Standard Specifications for Ready-mixed Concrete ASTM C94 and these specifications. All scales and measuring equipment shall be regularly tested and approved by the Inspector of Weights and

Measures of the City of St. Louis, or the municipal agency of jurisdiction, or the State of Missouri, and as often thereafter as may be required by the Director. Concrete plants shall be open to inspection by the Director and his duly authorized agents at any reasonable time that may be necessary and also during the time while furnishing concrete to any District project. All batching, mixing, and approved delivery equipment shall be maintained in good condition, adjustment, and operation. Batching of aggregate from bins where the aggregates come directly from the screening plant or washer, or in which the aggregate may segregate, shall not be permitted. Any batch of concrete which does not meet the requirements of these specifications shall be rejected and replaced with acceptable concrete at the expense of the Contractor whether at the plant or delivered at the site of work.

b.  The concrete shall be mixed until all materials are uniformly distributed within the mixture, and for a period not less than one minute after all materials are in the mixer drum, when the drum is revolving at the speed for which it was designed. No materials for a batch of concrete shall be placed in the drum until all of the previous batch has been discharged therefrom. The water shall be added at the time the materials are being run into the mixer.

c.  During construction, test cylinders shall be taken at the discretion of the District. On channel construction and reinforced concrete structures at least four cylinders shall be taken each day that concrete is poured. The Contractor will be responsible for the work involved and any cost of the protection of cylinders, prompt pick up from jobsite and local testing.

2.  **Handmixing.**

a.  Handmixing of concrete will not be permitted except in case of an emergency.

b.  If handmixing is permitted, it shall be done on an impervious surface, such as a concrete pavement, using the same proportions with the addition of one extra sack of cement for each cubic yard of concrete mixed. The sand and cement shall be mixed dry until the mixture shows an even color throughout. The mixture shall be spread to a depth of eight inches on the mixing board, and the coarse aggregate then be spread to an even depth over it. The combined mixture shall then be cut through, turned and mixed with square-end shovels. Water shall be added from time to time and mixing continued until all materials are uniformly distributed throughout the mixture. Excess water shall be avoided in order to meet the requirements of the slump test. Aggregates and water shall be accurately measured.

**SECTION E   CONVEYING AND PLACING.**

1.  **Standard Practice.**

a.  The standard practice for conveying and placing concrete as outlined by the American Concrete Institute shall be followed.

Concrete shall be conveyed from the mixer to the place of final deposit by methods which will prevent separation or loss of materials and contamination due to debris, dirt, or any foreign material.  The maximum height of an unconfined drop of concrete shall be six feet.  Equipment used shall be suitable and in good clean mechanical condition.   Approved equipment for placing concrete by pumping shall be used when gravity methods become impractical or difficult.  Before placing concrete in the forms or in the place of deposit, all debris and foreign materials, soft earth, mud, and water shall be removed.  No concrete shall be placed in water unless entirely unavoidable, and then only with permission and approval of such method of placing that will prevent washing and dilution of the concrete.   Steel or wood forms shall be oiled and treated to prevent adhesion of concrete and damage to the concrete surface upon removal of the forms. Concrete shall be placed as nearly as practicable in its final position to avoid segregation due to rehandling or flowing. Concreting shall be carried on at such a rate that the concrete is at all times plastic and flows readily into the forms and around reinforcing.  No concrete shall be used that has partially hardened or has been contaminated by foreign material or that has been retempered.

b.     When concreting has once started, it shall be carried on as a continuous operation until the section or structural unit is completed.    The top surface shall be leveled or screeded or finished to the shape, level, and type of finish required by the Project Plans or Specifications and Standard Details.    When construction joints are required, they shall be made in conformance with Part 5 Section H.  Care must be used to avoid displacing or disturbing the reinforcing steel.

c.     All concrete shall be thoroughly compacted by vibrators, spading, or other suitable means during the operation of placing to insure that concrete will flow around all reinforcement, embedded fixtures and into the corners and against the surfaces of the forms to give a dense finished product with true surfaces free from honeycombing and other imperfections.

d.     Concrete, when delivered to the project, shall be subjected to reinspection and acceptance or rejection after its arrival.

e.     No more concrete shall be delivered to the project than can be readily placed.  All delivery tickets from the concrete shall be machine stamped with time of batch.  All concrete not in place 90 minutes from batch time shall be subject to rejection.

**SECTION F    MORTAR AND GROUT.**

1.    **Mortar Mixture For Sewer Construction.**

a.     Mortar for sewer construction shall consist of a uniform mixture of Portland cement and sand with the minimum amount of water to produce the required consistency for the particular required use. No admixtures shall be used without the permission of the Director.    All materials shall conform to the requirements specified in Part 2.

78

b.     Mortar shall be prepared in suitable mixing equipment or, for small amounts, on a hard impervious surface. It shall be kept free from contamination, debris, or other deleterious substances until incorporated in the construction. Retempered mortar or partially set mortar shall not be used.

## 2.   Mortar For Other Purposes.

Mortar for brick masonry is described in Part 4. Mortar for building or architectural purposes, or for special uses, will be described in the Project Specifications or on the Project Plans for such work.

## 3.   Grout.

a.     Grout will be described in the Project Specifications or on the Project Plans or in the Standard Details with the item for which it is used. Retempered grout shall not be used. Grout shall be kept in a uniformly mixed condition during placing.

b.     Grout for filling the voids in grouted rip-rap, revetment, or rock surfacing shall consist of an eight sack mix of Portland cement per cubic yard with the minimum amount of water required to permit the grout to flow into the spaces. An approved air-entrainment agent shall be added to the grout. No separate payment will be made for mortar or for grout. Its costs are included in the various bid items requiring its use.

c.     Special grout mixes will be considered for use by the District at the time of construction.

## SECTION G   FLOWABLE FILL.

## 1.   MATERIALS & PROPORTIONING

a.     The contractor shall use the mix design as designated below. The mix design shall include a list of all ingredients, the source of all materials, the gradation of all aggregates, the names of all admixtures and dosage rates, and the batch weights.

| | Ingredients | Design Amounts Per Cubic Yard |
|---|---|---|
| (1) | | |
| (2) | Cement | 75 lbs |
| (3) | Fly Ash Type C | 250 lbs |
| (4) | Fine Aggregate | 2800 lbs |
| (5) | Water | 48.5 gallons (or as needed) |
| (6) | Air Entrainment | 10 – 15%, by volume |
| (7) | Slump | 8" minimum |

b.     Only the materials and proportions listed above may be used in the flowable fill mix design and the materials must be in accordance with the materials as listed per section in the current edition of the St. Louis County Standard Specifications for Highway Construction.

2.   **PLACEMENT**

    a.    The mixture shall be discharged from the mixing equipment by a reasonable means into the space to be filled, or other methods approved by the District. The flowable fill shall be brought up uniformly to the fill line as shown on the construction plans or as directed by the District. Placing of material over the flowable fill may commence as specified or as directed by the District. A vibrator shall not be used in placement of the flowable fill. The materials shall be mixed, delivered, and discharged within two (2) hours. During the filling operation, plugs may be required. Plugs shall be installed to confine the flowable fill as directed by the District.

    b.    Flowable fill shall not be placed on frozen ground. Mixing and placing shall begin only if the air temperature is 35 F minimum and rising. At the time of placement, the material temperature shall be 40 F minimum. Mixing and placing shall stop when the air temperature is 40 F and falling.

    b.    The flowable fill shall not be placed in standing water or wet weather conditions. Flowable fill shall be protected from freezing and wet weather conditions until the material has stiffened and bleed water subsided during the first 24 hours after placement.

    d.    The flowable fill shall not be subject to load nor disturbed by construction activities until a minimum compressive strength of 30 psi for Portland cement concrete pavement or 50 psi for bituminous concrete pavement has been attained or as approved by the District.

**SECTION H   CONSTRUCTION AND EXPANSION JOINTS.**

1.   **Construction Joints.**

    a.    The placing of concrete shall be so planned that construction joints may be made where shown on the Standard Details or on the Project Plans, or where approved by the Director, and be so located and constructed as to impair the structure as little as possible. Additional reinforcement shall be provided at construction joints as required by the Project Plans and Specifications, and as directed. A structural key shall be provided as shown on the drawings or as directed. For a horizontal key, concrete shall be left with a roughened surface. Before concrete is to be placed against any keyed joint, its surface shall be cleaned and all laitance removed. Immediately before placing the new concrete, the surface of the joint shall be thoroughly coated with neat cement grout. Concrete in walls and columns shall be placed continuously from the base to the bottom of the slab or slab and beam construction.

    b.    Column caps, haunches, and corner fillets shall be considered as a part of the slab or floor construction and shall be placed integrally therewith. Joints in slabs shall be parallel and midway between the main reinforcing. Joints in slab and beam construction shall be located near the middle of the span of

CONCRETE

slab, beams, or grinders.  If a beam intersects a girder, the joint in the girder shall be offset a distance twice the width of the beam.

2.    **Expansion Joints.**

Expansion joints shall be placed on 20-foot centers on trapezoidal channels, 50-foot centers on vertical wall channels, and 50 feet from each end of box culverts.  Expansion joints shall be doweled with No. 4 bars, 12 inches long, placed on 18-inch centers and allowed to slip on one end.  The joint shall be a minimum of ½" thick and contain a premolded asphalt filler (ASTM D994) to the exposed surface or bottom of the chamfer.

**SECTION I    FINISHING.**

1.    **General.**

Immediately after removing the forms, all fins or irregular projections shall be removed from all surfaces except those in contact with backfill and which are not to be exposed.  All construction or special joints in the completed work shall be carefully tooled and be free of all mortar and concrete.  Expansion joint fillers shall be left exposed for their full length with clean true edges.  On all surfaces, cavities produced by form ties, holes, honeycomb areas, broken edges or corners, and other surface defects shall be cleaned, and carefully filled, pointed and troweled to a true uniform smooth surface with sand-cement mortar mixed in the proportions used in the grade of concrete being finished.  Such repaired surfaces shall be kept moist for a period of twenty-four hours.

2.    **Rubbed Surface Finish.**

Rubbed surface finish will not be required unless specifically required by the Project Plans and Specifications, except in the case of repaired surfaces where the uniform finished appearance of the exposed surface is important.  Rubbing will not be permitted until the repaired surface has set for at least twenty-four hours.  The final finish shall be attained by rubbing the repaired area and adjacent surface with a carborundum stone and water until the entire surface is of smooth uniform texture and color matching the adjoining surface. After rubbing is completed, any remaining paste, powder, or objectionable evidence of repair shall be completely removed.

3.    **Paved Channel Bottoms.**

All bottoms in paved channels shall be sloped ¼ inch per foot from the face of the walls to the center of the paved channel bottom.  Concrete surfaces that are not formed shall have a light broom finish.

**SECTION J    CURING AND PROTECTION.**

1.    **General.**

Provisions shall be made for protecting concrete, brick masonry, and cement plastering against damage from freezing or from lack of moisture.  All concrete placed into the forms shall have a temperature

81

between 50 and 90 degrees F.  The Contractor will be responsible for all damage to the concrete surface due to the flow of water over uncured concrete, vandalism, etc.  Unless otherwise provided in the Project Specifications, the cost of curing and protection are included in the payments made for the bid items of construction requiring the use of curing and protection for cement and concrete work.

2.   **Cold Weather.**

All job-stored materials shall be covered and protected from ice and snow.  The temperature of mixing water shall not be less than 55 degrees F nor more than 165 degrees F.  All reinforcement, forms, fill material and ground which the concrete will contact shall be free of frost or ice and snow.  Whenever the temperature of the surrounding air is 40 degrees F and falling, no concrete shall be placed unless the Contractor has on hand sufficient, suitable, and approved means of protecting the concrete.  The subgrade of any structures on which concrete is to be placed shall be adequately protected, if necessary, to prevent freezing prior to placing.  Whenever the temperature of the surrounding air is below 40 degrees F, adequate means shall be provided for maintaining a temperature in the surrounding air of not less than 70 degrees F for as much time as necessary to insure proper curing of the concrete.  The housing, covering, or other protection used shall remain intact and in place at least twenty-four hours.  If the structure is backfilled the next day, the backfill will be considered adequate protection in lieu of the housing or covering that is initially required.  Salt or chemicals shall not be used to prevent freezing.  Whenever the temperature of the surrounding air reaches 32 degrees F and lower, concrete shall not be placed except with approval of the Director, who shall state the time in addition to that specified herein that artificial heat and protection must be supplied. Whenever the temperature of the surrounding air reaches 20 degrees For lower, no concrete shall be placed except for emergencies and only with permission of the Director.

3.   **Hot Dry Weather.**

Provision must be made to protect concrete, brick masonry, and cement plastering from drying, and to maintain a moist condition for curing for at least five days after placing of concrete and at least two days after laying and plastering brick masonry.  For high-early-strength concrete, moist curing shall be provided for at least two days after placing.  Plastering on the outside of manholes and the top and side surfaces of monolithic sewers may be cured by use of approved curing compounds uniformly sprayed as recommended by the manufacturer.

**SECTION K   CONCRETE FORMS.**

1.   **Forms.**

a.   Forms shall conform to the shape, lines, dimensions, and elevations of the structures shown on the Project Plans or the Standard Details.  They shall be substantial and tight to prevent the leakage of mortar.  Be of adequate strength and properly braced to rigidly maintain their shape, position, and elevation under all loading conditions.  Forms for exposed surfaces such as the interior of sewers, faces of headwalls and

architectural concrete shall produce a smooth regular true surface without offset, joint marks or surface blemishes. Joints shall be butt joints. Forms and centering shall be designed to allow their removal without damage to the structures. Forms for walls of rectangular section sewers on curves shall be laid to a true curve using a maximum of two feet form sections and they shall be plumbed and constructed in a manner so that they are uniform and in proper alignment. Inside exposed edges of walls, and edges next to expansion joints in walls shall be chamfered ¾ inch. Other exposed corners and edges next to expansion joints shall be properly tooled.

b. Wood spreaders shall not be used. Only metal form ties and spreaders with removable heads shall be used, so that, upon removal of forms, exposed metal ends can be covered with at least one inch cement mortar.

c. Concrete in walls to be placed against rock excavation may be placed against the rock without back forms, provided care and precautions are taken to prevent the contamination of the placed concrete due to falling earth and other debris. Back forms must be provided for walls to be placed against earth excavation. Loose earth likely to fall into the forms must be stripped back, and precautions taken to prevent contamination of the placed concrete. In cases where circumstances require placing of concrete against vertical earth excavation for walls, similar precautions must be taken, and the earth surface stabilized with sprayed asphalt emulsion.

d. Forms and supporting forms or shoring shall not be removed until the concrete has attained sufficient strength to permit removal without injury to the concrete or to the strength of the construction, and able to support safely its own weight and the load upon the construction. Supporting forms for all beams, arches or slabs shall remain in place a minimum of 7 days. Supporting shores may be required after removal of forms. The Contractor shall be responsible for all damage due to premature removal of forms. Forms shall be cleaned and oiled upon removal. Defects in the exposed surfaces of the concrete shall be repaired.

**SECTION L   REINFORCING STEEL.**

1. **General Requirements.**

   a. All reinforcing steel shall conform to the requirements of Part 2. The Contractor shall provide shop drawings for bending and placing, and a bar list of furnished reinforcing and accessories. With the District's permission, Grade 40 steel will be allowed to be field bent, one time only. The steel shall be cold bent around an appropriate template. All other grades of steel shall not be field bent.

   b. Steel reinforcing bars shall be of the sizes and be accurately placed, spaced, and located as shown on the details of the Project Plans and Standard Details. Bars shall not be spliced except where shown on the plans or permitted by the Director.

c.  Use of bar-splices at locations of maximum stress shall be avoided, and if unavoidable, shall develop the full strength of the bar. The length of splice for main stressed bars shall be not less than 30 diameters; and for non-stress or temperature bars, shall be not less than 20 diameters. In case that the plans do not show the required thickness of concrete cover for reinforcement in sewer construction, the required concrete thickness shall be as follows: three inches at bottom and sides of footings and slabs in contact with earth, two inches in formed walls and at inside face of sewers, conduits and culverts.

d.  Exposed reinforcement or dowels for bonding future extensions shall be protected from corrosion by concrete or other adequate covering. Bars shall be securely wired and held in position by approved chairs and spacers. When use of chairs is impractical, approved concrete supports may be used. The methods used must be such that reinforcing cannot be disturbed or moved from the required position during placing of the concrete.

e.  Reinforcing steel shall be free of mud, mill scale, rust, paint, oil, or other deleterious coating. No reinforcing shall be set in a muddy or wet excavation. Reinforcing shall be inspected and approved by the Director before any concrete is placed.

PART 6

CHANNEL CONSTRUCTION

**SECTION A   GENERAL.**

1.   **Channel Construction.**

    a.    Channel Construction consists of any work performed in an open waterway, ditch swale or watercourse.

    b.    Channel construction includes earthen channels and rock channels, sloped and vertical wall paved channels, gabion, bio stabilization and other non-traditional channels, box culverts, and large pipes.

    c.    Large pipes will be classified as "Channel Construction" when they are designed to improve existing stormwater channels. Additional requirements for pipe sewer construction are specified in Part 4, Pipe Sewer Construction.

2.   **Construction Grades.**

The grades shown on the profiles, to which the work must conform is that of the channel flowline or pipe invert. Construction stakes will be set by the Developer at 25-foot intervals for control of alignments and grades.

3.   **Use of Cross Sections.**

If the Project Plans indicate cross sections along the length of construction, they will be used in calculation of Class "C" excavation, compaction of fill and additional fill pay quantities. It is the Contractor's responsibility to construct the new channel to the required cross sections, elevations, and alignments shown on the plans. Additional requirements for excavation and clearing are specified in Part 3, Excavation.

**SECTION B   REINFORCED CONCRETE CHANNEL CONSTRUCTION.**

1.   **Concrete Paving.**

When concrete paving is required, the thickness and the class of air-entrained concrete, and any reinforcing to be used shall be that shown in the Project Plans and Specifications. The spacing and location of joints and weepholes shall be that shown in the Project Plans. Cutoff walls shall be placed to the required depth and thickness, and so sloped and shaped as to prevent channeling of water along the embankment. Any required reinforcing or mesh shall be securely wired in place on chairs or spacers or approved concrete supports to prevent displacement and to insure the required location and cover during placing of the concrete. The finished concrete surface shall be screeded

85

smooth to give a true uniform surface to the required slab thickness and a light broom finish applied.

b. To prevent drying out, the finished surface shall be uniformly sprayed with an approved curing compound, applied in the thickness and in the manner recommended by its manufacturer.

## SECTION C    ROCK BLANKET.

### 1.    Construction Requirements.

a. When required by the Project Plans or otherwise directed that banks are to be protected with rock blanket, the excavation or compacted fill shall be made to such surfaces and elevations that will permit placing of the surfacing without extending beyond or above the lines of the required channel cross section. No rock blanket shall be placed on any bank fill that has not been compacted.    All rock blanket shall be placed on Type 1 filter fabric.

b. The material to be used in the construction of a rock blanket shall be crushed limestone conforming to the requirements of MSD 5 and described in Part 2 of these specifications.

c. The rock shall be neatly placed, and shall not be less than one foot thick on the sides and on the bottom.  The surface shall be reasonable regular and uniform.  Any grouting required shall be with an air-entrained sand-cement grout with eight sacks of Portland cement per cubic yard.  The surface of the grout shall be broomed after all surface voids are filled.

## SECTION D    GABION BASKET CHANNELS.

### 1.    Installation.

a. The gabions are supplied folded flat, tied in pairs and packed in bundles.  The gabions are identified by color stripes and by labels indicating their code size and dimensions.    The lacing wire is supplied in coils.  All gabions on the channel bottom and lowest three feet in height on the walls shall be PVC coated.    Polyvinyl chloride coated gabions shall not be installed when the temperature is below 32°F.

b. For assembly, remove a single gabion from the bundle and proceed to unfold it on a hard, flat surface.    Stretch the gabion and stamp out all kinks.  Fold the front and back panels to a right angle by stepping on the base along the crease.  Fold up the end panels and fasten them to the front and back panels using the heavy gauge wire projecting from the upper corners of each panel. Assure all baskets are properly squared with the tops of all panels even.    Securely lace all vertical edges of ends and diaphragms.

c. The baskets shall be securely laced along the perimeter of all contact surfaces with other baskets.    Cut a length of lacing wire approximately one and one half times the distance to be

laced, but not exceeding five feet. Secure the wire terminal at the corner by looping and twisting, then proceed lacing with alternating single and double loops at approximately five-inch intervals. Securely fasten the other lacing wire terminal. Baskets should be placed so that vertical joints are staggered. If alternate wire fasteners are used, they shall be spaced at five-inch intervals.

d. Before placing gabions, it is necessary to make the ground surface smooth, even and level. Gabions that are to be placed on uneven rock surfaces shall be set on a leveling pad no less than 2-inches thick or more than 4-inches thick of Class "A" concrete. Set assembled gabion baskets in their proper location and lace the perimeters of all contact surfaces. The base of empty gabions placed on top of a completed row must also be tightly wire to the latter. If gabions are not set on rock, then a bottom mat shall be used. The bottom mat shall be 1'0" thick and shall extend a minimum of 3'0" under the wall. The hinge side of the bottom one-foot high baskets shall be placed upstream. Empty gabions shall be placed at the correct alignment and elevation to complete the base of the wall, or to a length of 50 feet, whichever is shorter. Stagger the vertical joints between baskets of adjacent rows and layers by at least one cell length. They shall be properly tied as described above. Anchor the first gabion basket by completely filling it to no more than three inches above the top. The gabion rock shall be hand placed along and immediately next to exposed faces. Place remaining rock carefully in the basket cells to prevent bulging of the baskets and to minimize voids in the rock fill. When a three-foot high gabion is used, it shall be filled in three lifts, one foot at a time. Two connecting wires are to be placed between each lift in each cell of all exposed faces from front to back. The wires shall be looped around two meshes and tensioned.

e. After anchoring the first gabion, apply tension to the other end of baskets with a come-a-long or other approved means in order to help achieve proper alignment. While the gabions are being stretched, inspect all corners for open "V's" which will result if corners were not properly secures. Replace any openings that occur. Keep gabions in tension while being filled. Leave last gabion temporarily empty to allow for each lacing of the subsequent assembly. Protect the vertical panels from being bent during the filling operation by temporarily placing and lacing reinforcing bars along the upper edges of the ends and diaphragms, or by other approved means.

f. After the hand placement of exposed front faces with rock, the reminder of gabion rock fill may be placed mechanically throughout, provided care is taken to insure that it is tightly packed with a minimum of voids. Insure tension wires are placed each foot in height and concurrently with rock placement. Fill the cells in any row or layer so that no cell is filled more than one foot above an adjacent cell. When the gabions are slightly overfilled by 2 to 3 inches to allow for settlement, the lids shall be folded down into position so that the lid and gabion edges meet closely without gaps. The lid shall be

stretched tight over the stone fill using only an approved lid closing tool, until the lid meets the perimeter edges of the front and end panels.   The use of crow-bars or other single point leverage bars for lid closing shall be prohibited.   Secure the lids at the corners with the wire projecting from the lid.

g.   Securely lace the lid shut starting with the front face and the ends.   Adjacent lids may be wired to vertical panels in one operation.   Lacing procedure should be as previously described every five inches.   Gabions shall be built with an offset or batter as shown on the Project Plans.

h.   In general, the gabions may be cut to form curves or to allow pipe connections.   Where this is done, cut or bent edges of the mesh shall be fastened securely to another part of the gabion structure by lacing with wire.

i.   The filter fabric shall be placed on all exposed sides between the gabions and/or crushed limestone and the earth.   The material shall extend completely beneath the base row of gabions and up the sides of the bottom mat.   All unexposed sections of counterforts shall be wrapped with filter material.   The seams between adjoining rolls of filter material shall be made with a twelve-inch overlap and the seams secured to the baskets every 18″ to insure tightness prior to backfilling.   The filter fabric shall be Type 2 cut even with the top of the wall.   Fill or sod shall not extend over the top basket of the wall.

j.   Any overdig beyond the paylines by the Contractor shall be backfilled with compacted MSD 2 at no additional cost to the District.   Any overdig directed by the District shall be paid for by the District as unsuitable subgrade.   All other areas of fill shall be placed in lifts not to exceed 12″ and compacted to the density of adjacent undisturbed earth with suitable equipment.   Any removal of existing gabions will be paid for as Class "B" Excavation or at three times Class "C" Excavation if there is no Class "B" Excavation Bid Item.

2.   **Gabion Rock.**

Shall be MSD 6.

**SECTION E   ROCK LINED CHANNELS.**

1. Rock shall be placed at the locations shown on the plans.  The rock shall include a layer of approved geotextile fabric, a layer of bedding material, and the rock.

2. The bedding material and rock lining shall be crushed limestone.  The material shall be well graded and meeting the following gradations:

| BEDDING MATERIAL | | |
|---|---|---|
| Sieve Size | % By Weight Maximum | Passing Minimum |
| 4 Inch | 100 | 100 |
| 2 Inch | 76 | 30 |
| No. 4 | 16 | 0 |

The rock lining shall be as required by the Project Plan or Specification.

3. After removing all stumps, boulders and pointed rocks, the bed for the rock lining shall be trimmed and shaped to allow the finished surface to conform to the line and grades shown on the plans.  After the District has approved the foundation preparation, a layer of geotextile fabric shall be installed.  The geotextile fabric shall be overlapped a minimum of 12-inches at all joints.  The bedding material shall be spread uniformly on the geotextile fabric in a satisfactory manner to the neat lines shown on the plans.  Placing of the bedding material by methods which will tend to segregate particle sizes within the bedding will not be permitted.  Any damage to the surface of the bedding base or the geotextile fabric during placing of the bedding shall be repaired before proceeding with the work.  Compaction of the bedding layer will not be required but it shall be finished to present a reasonable even surface free from mounds, windrows, or depressions.

4. The rock lining stone shall be placed on the bedding layer in such a manner as to produce a reasonably well graded mass of rock with the minimum practicable percentage of voids providing maximum interlocking of stones and shall be constructed to the lines and grades shown.  The rock shall not be placed or dropped from a height of more than one foot.  The rock shall be placed to its full course thickness in one operation and in such a manner as to avoid displacing the bedding material.  The larger stones shall be well distributed and the entire mass of stones in their final position shall be roughly graded to conform to the gradation specified.  The finished rock lining shall be free from objectionable pockets of small stones and clusters of larger stones.  Rearranging of individual stones by mechanical equipment or by hand will be required to the extent necessary to obtain a reasonably well-graded distribution of stone sizes as specified above.  Dumping of stone on the slope from trucks will not be permitted.

89

**SECTION F   NATURAL CHANNELS.**

    1.   **General.**

        The Contractor shall do the work required in open channels as shown on the Project Plans and Specifications and as required in these Specifications.

    2.   **Unimproved Natural Channels.**

        a.   Work in undisturbed natural channels will consist of removing deviant obstructions, such as trash, dumped and felled trees, construction debris, deleterious debris, etc., that impede flow. The material and debris removed shall become the property of the Contractor and may be disposed of on the site only with the permission of the Director. The work and its payment will be described in the Project Specifications and/or shown on the Project Plans.

        b.   The Contractor will be required to protect existing banks that are to remain undisturbed. Areas damaged by construction equipment shall be restored as directed by the District at no additional cost.

        c.   When all or a part of a new channel bank consists of fill, as at closures of old channels or at low areas to be filled to higher levels, the District will verify that all compressible material has been removed prior to fill placement. The filled section along the channel shall be solidly compacted to a Modified Proctor density of 90% with mechanical compaction equipment for a width that shall extend landward from the top of the finished bank a distance not less than three times the maximum depth of fill. Density test shall be taken on a 25-foot grid every 2 vertical foot lift of fill through closures of old channels.

**SECTION G   FILL.**

    1.   **General.**

        a.   Unless otherwise indicated in the Standard Construction Specifications or in the Project Plans and Specifications, all fill shall be compacted to the density of adjacent undisturbed earth with suitable equipment. The areas to be filled shall be cleared of trees, stumps, brush, trash, sod, and are to be scarified to permit bonding with the compacted fill. The fill material shall be free of debris, organic material, perishable compressible materials, ashes, or other materials which will interfere with the compaction. Rocks or broken concrete larger than six inches may be placed only at the direction of the District. Care shall be taken that rocks and broken concrete are kept separated and the voids completely filled with fine materials. The fill shall be placed in horizontal layers not to exceed one foot in depth and upper three feet shall be free of all objectionable material and shall contain no rocks or broken concrete.

b.   Any excavated material that is saturated and is to be used for fill, shall be worked and dried to a suitable moisture content prior to placement.

## 2.   Modified Proctor Density of 90%.

a.   Any fill required for the construction of new trapezoidal channels shall be placed at a Modified Proctor density of 90%. The Project Specifications shall indicate where a 90% Modified Proctor is required in other types of channel construction. The fill shall be placed in accordance with the same methods as that required above, except no large stones shall be used and fill shall be placed in six-inch lifts before thorough mechanical compaction. Particular care shall be given in compacting fill around pipes or structures extending through existing embankments.

In addition, when 90% Modified Proctor compaction is specified, the Contractor shall obtain and furnish to the District a moisture-density curve developed by a soil engineer or competent test laboratory for the material that is to be used as fill. During construction, density tests shall be run as required by the District. The District will require one density test per 100 lineal feet of channel per foot of fill. Density tests will not be paid for separately.

b.   If planting/vegetation is used as the finish surface the top three (3) inches shall be loose and not compacted.

## 3.   Final Fill Quantities.

a.   When the project is completed, the District will obtain as-built cross sections for the determination of final fill quantities. Fill is the amount of material compacted in place excluding bedding and crushed limestone. The quantity of additional fill to be paid shall be the total fill minus granular fill and excavation.

b.   Shrinkage, compaction, grubbing, dirt loss from any cause, and truck count will not be considered in calculating "additional" fill pay quantities nor be justification for claims for additional payment.

c.   Any work or equipment required to haul excavated material from one area of the project to another, or to dispose of excavated material not required or allowed for fill, will not be paid for separately.

## SECTION H   CONNECTIONS TO CHANNEL.

### 1.   Connections To Structural Channels

#### a.   Storm Pipes Less Than 12 Inches In Diameter.

Existing storm pipes less than 12 inches in diameter shall be extended, if necessary, with an approved plastic pipe and connected to the new channel with no additional payment.

b.   **Storm Pipes 12 Inches and Larger In Diameter.**

All pipes 12 inches in diameter and larger shall be connected to the new channel by bending and extending the channel wall steel into a six-inch thick concrete collar extending one foot outside the exterior face of the wall.   If the pipes are not placed on undisturbed earth, the fill under the pipes will be mechanically compacted MSD 4 – Subgrade Replacement.

2.   **Connections To Natural Channels**

a.   **Storm Pipes Less Than 12 Inches In Diameter.**

Existing storm pipes less than 12 inches in diameter shall be extended, if necessary, with an approved plastic pipe, cut flush with the bank. No additional payment will be made for this work.

b.   **Storm Pipes 12 Inches And Larger In Diameter**

All pipes 12 inches in diameter and larger shall be cut flush with the bank and not protrude into the normal flow of the channel. The pipe should be perpendicular to the flow and discharge at a natural or designed riffle without creating a waterfall. Connection at a pool is to be avoided.

3.   **Connection To Existing Concrete Channels.**

Unless otherwise indicated on the Project Plans, the new channel shall be dowelled into existing channels using No. 4 dowels 18 inches on center and 12 inches long.

**SECTION I   RESTORATION.**

1.   **Ground Cover.**

The Project Plans and Specifications will indicate areas to be vegetated, sodded, or seeded.   For channel areas a payline width for sod, seed, or other vegetative covers will be indicated.   All areas outside of the paylines, which are disturbed during construction, will be restored with the same ground cover as within the paylines with no additional payment.

**SECTION J   METHODS OF MEASUREMENT AND BASIS OF PAYMENT.**

1.   **General.**

Final quantities shall be determined from final measurements obtained upon completion of the project.

2.   **Paved Channel.**

Payment for paved channel will be made at the contract unit bid price per square yard.   The final exposed plane surface will be used to compute the area of the channel sides.   The total width as indicated

on the Project Plans, will be used to compute the area of the channel bottom.

3.   **Box Culverts.**

Payment for box culverts will be made at the contract unit   bid price per lineal foot of box culvert.

4.   **Rock Blanket.**

Payment will be made at the unit bid price per square yard of rock blanket. If grout is required by the plans it shall be included in the payment for rock blanket.  The area for payment shall be computed from the exposed plane surface of the walls and bottom.

5.   **Gabion Basket Channels.**

a.   The payline for excavation for gabions shall be a line coincidental with the bottom and non-exposed side of the baskets or bottom of the crushed limestone base if installed. Excavation quantities will be determined from the cross sections.

b.   The quantity to be paid for "In Place Gabions" shall be the number of cubic yards of gabions measured in their final position.   This shall not include sections filled with rock without the baskets.  This rock, if installed, shall be paid for as "Crushed Limestone."   Generally, the sizes of gabions required, may be indicated on the plans.  However, actual job conditions and availability will determine the actual size baskets or mats to be used.  Any costs that might occur because of these situations shall be included and paid for in the cost per cubic yard of "In Place Gabions."

c.   This bid price shall include the cost of furnishing all labor, materials, and equipment including baskets, gabion rock, and filter material installed in place but excluding excavation and fill.

d.   All disturbed areas from construction and access shall be sodded unless otherwise indicated on the plans.  The payline width for sod shall be ten feet behind the top basket of the main wall. All other sodding of disturbed areas will be paid for under "Protection & Restoration of Site."

6.   **Rock Lined Channels.**

Payment to construct a rock lined channel will be made at the contract unit bid price per square yard.  The final exposed plane surface will be used to compute the area of the channel sides and bottom.  Payment shall include all rock, bedding rock, cutoff walls, and filter fabric as may be required by the plans and specifications.

7.   **Crushed Limestone.**

a.   Payment for crushed limestone below the paved bottom of trapezoidal, vertical wall and box culvert channels, and granular

fill for weep holes behind vertical and transitional walls, as indicated on the Project Plans, will be made at the contract unit bid price per cubic yard for "Crushed Limestone." Provided that cross-sections are used for payment.

b.  Payment for crushed limestone is included in the cost per lineal foot of channel if center line cut is used for excavation.

8.  **Pipe Connections To Existing Or New Paved Channel.**

Payment for connecting pipes 12-inches in diameter and larger to a new or existing channel will be made at the contract unit bid price per place.  This payment shall include the cost of all labor and material necessary to make the connection, as well as providing and placing and compacting the necessary M.S.D. 4 fill under the pipe.

9.  **Compaction To Adjacent Ground Density.**

When it is required to compact fill to the density of that of the undisturbed earth, no separate payment will be made.

10.  **Compaction To 90% Modified Proctor Density.**

If a compaction of 90% Modified Proctor is required and is satisfactorily obtained, payment for the work involved will be paid for at the bid price per cubic yard for "Compaction of Fill."

11.  **Additional Fill.**

Payment for additional fill will be at the unit bid price per cubic yard for the volume as determined in accordance to these Specifications.

PART 7

TRENCHLESS SEWER CONSTRUCTION

SECTION A   GENERAL

1.   **Type**

Trenchless sewer construction consists of either new installation or existing pipe renewal through the construction of sewers with a minimal amount of surface excavation as compared to open trench construction.

2.   **General Construction Condition**

a.   Pipe sewers shall be constructed of the sizes, classes and materials and to the alignments and grades given by the Project Plans and Specifications

b.   All materials shall conform to the requirements of the pertinent current specifications of ASTM and Part 2 Materials, except as otherwise specified in the Project Plans and Specifications. All materials shall be inspected on delivery and such material which is not suitable for use, as determined by the district, shall be rejected and immediately removed from the site of the work or destroyed.

c.   The grade shown on the profiles to which the work must conform is that of the pipe flowline or the low point of the pipe invert.

d.   The Contractor shall verify the exact location and elevation of existing utilities and sewers immediately prior to actual construction. Any differences should then be brought to the attention of the District.

3.   **Settlement Monitoring**

The contractor shall monitor ground movement during it's new and pipe replacement operations. Monitoring of ground movement directly over the new pipe alignment and at adjacent structures will be required. Immediately report to the District any movement, cracking or settlement which is detected. The Contractor shall adjust his means and methods to prevent additional movement.

SECTION B   PIPE SEWERS IN EARTH TUNNEL.

1.   **Construction Alternatives.**

Pipe sewers in tunnel in earth shall be constructed where required by the Project Plans and in accordance with these specifications. If not prohibited on the plan and if otherwise practicable and desirable, the Contractor may request permission to construct the sewer in a bored

95

hole, jacked liner, or by the tunnel bore method, or by jacking. Considerations by the District for construction alternatives will include:

a.   No additional costs to the District for construction.

b.   The contractor shall be responsible for all cost of engineering review and design of the alternate method.

c.   No additional time added to the contract duration as described in the contract documents.

2.   **Tunneling.**

a.   The Contractor shall carry out the work of tunneling and supporting the tunnel face, roof, walls, and floor so that there will be no fall, flow, caving, or heaving of earth or other materials into the tunnel excavation, nor any other cause for endangering human life, or any public or private property above or adjacent to the tunnel.  If there should be any fall or movement of earth into the tunnel at any time, the Contractor shall proceed with the work with all necessary precautions, and in such a manner as will insure the safety of life and of all sewers, utilities, and public and private property above and adjacent to the tunnel.  If any sewer or utility above or adjacent to the tunnel is endangered or has been damaged because of the tunneling operations or movements of earth, the owner shall be notified immediately and shall be given access to the work to carry out all necessary safeguards and repairs to such sewers or utilities.  If any public or private property is endangered or has been damaged, it shall be repaired at the Contractor's expense.  All costs and expense to the Contractor of carrying out the above requirements shall be considered to be included in his bid prices for the completed sewer-in-tunnel.

b.   The Contractor shall make all excavations necessary for the construction of sewers-in-tunnel, whether in earth or partly in earth and in rock, shall furnish, place, and maintain all sheeting, bracing, lining, or casing required to support the tunnel floor, roof, sides, and face until the pipe and its bedding, jointing, encasement, and backfilling has been completed.  All liners shall remain in place.  Methods are optional with the Contractor, provided the work can be carried out expeditiously, carefully, and in compliance with these specifications.  Care shall be used in trimming the surfaces of the excavated section and in placing the liners or sheeting and bracing, so that the required minimum clearance between the outside of the pipe and the final position of the liners, sheeting and bracing in the tunnel will be attained without any deviation in sewer alignment.  Sheeting or lining must be placed and held tightly against the trimmed earth surface of the excavated section so that there will be no voids between the earth and the lining or sheeting placed against it.  No part of the lining, bracing, or flanges of steel liner plates shall project closer to the outside of the pipe or pipe bells than the clearance limits shown on the Project Plans, or a minimum of two inches (2"), if not shown on the plans.  If timber is used for

96

lining and bracing instead of steel liner plates, invert struts shall be placed at the required intervals, but in such manner that the pipe and its bedding will be supported by the original earth floor of the tunnel and not on timber lining or bracing. Timbering shall be so designed and placed that there will be no space or pockets that cannot be packed and filled.   All excavated material not required for backfilling abandoned shafts shall be removed from the site and disposed of by the Contractor at his expense.   The minimum dimension casing or liner shall be four feet (4'), unless otherwise approved by the Director at the time of construction.

3.    **Shafts.**

Shafts shall be constructed at the location shown on the Project Plans and specifications in accordance with the Project Specifications. Temporary construction shafts shall be of adequate size, properly constructed and equipped to meet all requirements of safety to personnel and to the work.   All shafts shall be fenced and properly guarded from the beginning of the excavation until the completion of the construction requiring the shaft.

b.    Additional shafts, if requested by the Contractor, will not be allowed unless the Contractor secures additional access and unless the District approves the request in writing.

c.    Provision shall be made at all shafts so that plumblines suspended on the centerline of the sewer at each end of the shaft will hang freely from the surface.

d.    A substantially constructed ladder shall be provided in each shaft, and shall be kept in safe good repair, clean, and clear of debris.

e.    Lights, barricades, signs, and watchmen (when watchmen are required by the Project Plans and specifications, or when ordered by the Director) shall be provided and maintained to properly protect the public, the workmen, and the work against injury.

4.    **Tunnel Plant.**

When necessary, requirements for power machinery and equipment within shafts and tunnels will be given in the project specifications.

5.    **Tunnel Drainage.**

The Contractor shall furnish and operate all necessary pumping equipment of ample capacity, and make all necessary provisions to keep tunnels and shafts free of water during construction, and to satisfactorily dispose of such water.   During placing of concrete, drainage and pumping shall be so arranged that concrete is placed in the dry, and that no water will flow over the concrete until it has set and will not be damaged, and not sooner than two hours after initial set.   The Contractor shall have on hand at all times, sufficient equipment in good working order for all ordinary emergencies that are likely to arise.

TRENCHLESS

6.  **Spaces Between Tunnel Excavation and Liner.**

Tunnel excavation shall be trimmed as nearly as practicable to exact line and grade, and to such shape and size as will allow the construction of the sewer section as shown on the Project Plans. Cavities or spaces between the actual surfaces of excavation and the tunnel liner plates, whether from avoidable or unavoidable causes, shall be completely filled with a uniform sand-cement grout, consisting of one (1) part Portland Cement and seven (7) parts sand, and the minimum amount of water necessary for proper placing, placed under pressure through grout-hole nipples in the steel liner plates. The grout-holes shall be so located and the grout be placed in such sequence as to insure the complete filling of all cavities and spaces, and of carrying loads uniformly from the undisturbed material to the tunnel lining.

7.  **Pipe Laying.**

After the tunnel section is excavated and lined, the pipe shall be placed on and supported by steel rails or other approved supports. The supporting system shall assure line and grade, and shall allow space below the pipe for concrete. Care shall be used to avoid damage to the pipe or to the liner plates. Any such damage shall be replaced when so directed by the Director.

8.  **Spaces Between Pipe and Tunnel Liner or Rock Surfaces.**

After laying the pipe, uniformly compacted or pumped Class "B" concrete shall be placed to fill all spaces between the outside of the pipe and inside surface of the lining, or the prepared surface of the rock if the tunnel is in sound rock.

9.  **Removal of Temporary Shafts.**

Temporary shafts shall be completely abandoned. Unless otherwise specified on the Project Plans and Specifications, all sheeting, bracing, etc., may be removed or left in place at the Contractor's option. No payment will be made for sheeting, bracing, etc., left in place at the Contractor's option. If the Project Plans or Specifications require leaving the sheeting, bracing, etc., in place, payment will be made as provided in the Project Specifications. The shafts will be backfilled with approved material.

**SECTION C   PIPE SEWERS INSTALLED BY TUNNEL BORE METHOD.**

1.  **General.**

When permitted as an alternate method of construction by the Project Plans and Specifications, or when permitted by the Director upon written request by the Contractor in substitution for the method of construction shown on the plans, pipe sewers may be constructed by the Tunnel Bore Method. When planning to use the Tunnel Bore Method, the Contractor shall submit full detail of materials, equipment, and method of operation. Approval in writing by the Director shall be obtained in advance of starting the work. In any case, the Contractor shall retain full responsibility for the adequacy of the Tunnel Bore

98

Method equipment, materials, and method to ensure that the work is installed as described in the contract documents, including construction within the time limits also described in the contract documents.

2.   **Equipment and Methods.**

Equipment and methods for the Tunnel Bore Method as proposed by the Contractor shall include:

a.   All applicable requirements of Section A, "Pipe Sewers In Earth Tunnel", in order to meet line and grade of the sewer as described in the contract documents.

b.   The contractor shall provide all additional access and working room as may be required to accommodate the Contractor's method.

c.   The Contractor shall describe pipe repair procedures to be taken for damaged pipe, if damage should occur during installation.

d.   The Contractor shall provide the pipe joint design and any special care required for the application proposed.

e.   All utilities required to operate equipment for the Tunnel Bore Method, unless otherwise provided.

3.   **Material.**

Sewer pipe material and class will be as approved by the District.

4.   **Tunnel Machine.**

The tunnel machine shall, as a minimum:

a.   Be capable of fully supporting the face both during excavation and shutdown.

b.   Be steerable and capable of controlling the advance of the heading to maintain line and grade.

c.   Be capable of supporting the surrounding excavated surfaces.

d.   Be capable of preventing soil and water infiltration between excavation at the face, and the installation of the ground support system.

5.   **Tunnel Lining.**

Tunnel lining shall be provided to support the surrounding excavation. The following materials are allowable:

a.   Steel liner plate.

b.   Ring beams and lagging.

c.   Carrier pipe of approved type, thickness, or class. The carrier pipe must be of sufficient strength for use as a liner, and for

tunnel construction.   The carrier pipe design must be reviewed and approved by a Registered Professional Engineer at no cost to the District.

**SECTION D     PIPE SEWERS IN ROCK TUNNEL.**

Sewers in rock tunnel shall be constructed with a concrete lining only when required for the particular project.   It shall be constructed in accordance with the Project Plans and specifications, and the applicable requirements of Parts 3, 4, and 5 of these specifications.

**SECTION E     PIPE SEWERS IN BORED HOLES.**

1. **Construction Requirements.**

   When permitted as an alternate method of construction by the Project Plans and specifications, or when permitted in writing by the Director upon written request by the Contractor in substitution for the method of construction shown on the plans, pipe sewers may be constructed in bored holes.   The boring machine to be used shall be in good mechanical condition and capable of drilling the bore hole within the required limits of accuracy.   A smooth liner of sufficient strength shall be forced into the bored hole to give a tight fit against the earth sides of the bore hole, and still provide a uniform clearance of at least two inches (2") around the pipe flange to permit pressure grouting.   For gravity and force main sewers eight inches (8") in diameter and larger, the smooth liner shall be a minimum of two feet (2') in diameter.   The liner pipe shall be carefully inspected to insure that the carrier pipe can be properly placed.   The pipe to be placed in the bore hole shall be ductile iron pipe of the required size and class.   No plastic pipe shall be allowed.   The mechanical or approved slip-joint connections between ductile iron pipe lengths shall be made carefully in accordance with the manufacturer's instructions.   After placing the assembled pipe in the bore hole, the ends shall be blocked to secure the proper flowline elevations at each end to insure the placing of grout at the bottom and sides of the pipe.   If necessary or required, a skid or shoe shall be provided for the pipe bell to permit flow or grout beneath the pipe, and to prevent sagging and pockets along the pipe flowline.   The assembled and jointed pipe shall be placed in the bore hole only by such method that will keep the joint in compression.   Any method tending to unjoint the pipe while being placed will not be permitted.

   b.   The spaces between the liner and the outside of the pipe shall be filled solidly with grout placed under mechanical pressure. Before placing grout, the carrier pipe shall be carefully inspected for uniformity of grade along its alignment, and any required corrections made.   Particular attention shall be given to insuring that the pipe will be solidly supported by grout at its bottom and sides.   The method of injection under mechanical pressure shall be approved by the Director.   Grout shall consist of an approved mix, and it shall be placed by inserting the grout pipe to its greatest distance to insure filling all spaces, and then gradually withdrawing the pipe as filling proceeds

TRENCHLESS

e.   Manholes at the ends of a section of sewer, part or all of which is constructed in a bored hole, shall not be constructed until the bored section is completed, in order to allow corrections for slight deviations in line and grade.   The completed sewer constructed in a bored hole shall not deviate from its required alignment more than one percent (1%) of the total length of the bored hole, nor more than one-tenth foot (1/10') from its required terminal elevation.   If the deviations are greater than these, the construction shall be removed and replaced unless the Director, in writing, accepts and approves the actual construction as a result of a written request by the Contractor for such acceptance and approval.

2.   **Abandoned Bored Hole.**

a.   When the Project Plans specifically state that the sewer be constructed in a bored hole, and unforeseen obstructions require abandonment of a partially completed bore hole, and the starting of a new hole, the Contractor will be paid for his expense of drilling and backfilling such abandoned bore hole by force account.   It is required that complete detailed records be kept of time, labor, materials, and equipment on all work of boring each hole, whether completed or abandoned.

b.   If the Contractor was permitted or has requested and has obtained approval to use a bored hole in lieu of the method specified, but is not successful in completing the construction by the boring method, the Contractor shall receive no compensation for any expenses incurred by its unsuccessful attempt.

3.   **Use of Ductile Iron Pipe.**

When a section of ductile iron pipe adjoins a section of dissimilar sewer pipe without an intervening manhole, the method of joining will require approval by the Director prior to its construction.   Care shall be used to insure alignment of the inside surfaces of the pipes and their flowlines.

**SECTION F   PIPE SEWERS IN JACKED LINER.**

When permitted as an alternate method of construction by the Project Plans and Specifications or when permitted by the Director upon written request by the Contractor in substitution for the method of construction shown on the plans, pipe sewers may be constructed by jacking a pipe as a liner and inserting a carrier pipe of required size, type, and class.   When planning to use jacking for liners, the Contractor shall state in writing the kind, type, and strength of liner, the type of joint proposed, and the method of operation.   Approval in writing by the Director shall be obtained in advance of starting the work.   In any case, the Contractor shall retain full responsibility for the adequacy of its jacking operation equipment and materials.

**SECTION G   SEWERS INSTALLED BY JACKING.**

When permitted as an alternate method of construction by the Project Plans and Specifications, or when permitted in writing by the Director upon

101

written request by the Contractor in substitution for the method of construction shown on the plans, pipe sewers may be constructed by jacking. When planning to use jacking, the Contractor shall submit full details of materials and method of operation.   Approval in writing by the Director shall be obtained in advance of starting the work.   In any case, the contractor shall retain full responsibility for the adequacy of its jacking operations, equipment, and materials.

**SECTION H    PIPE SEWERS INSTALLED BY MICROTUNNELING**

### 1.    GENERAL

When permitted as an alternate method of construction by the Project Plans and Specifications, or when permitted by the District, upon written request by the contractor in substitution for the method of construction shown on the plans, pipe sewers may be constructed by microtunneling.   The contractor may use the pilot-tube microtunneling (PTMT) or microtunneling boring machine (MTBT) method.   When planning to use the microtunneling method the contractor shall submit full detail of materials, equipment and method of operation.   Approval in writing by the District shall be obtained in advance of starting the work.   In any case the contractor shall retain full responsibility for the adequacy of the microtunneling method, equipment, materials and means to insure that the work is installed as described in the contract documents, including construction within the time limits also described in the contract documents.

### 2.    PERFORMANCE

a.    Microtunneling equipment selected for the project shall be compatible with the geologic conditions described in the Geotechnical Data and Interpretive Reports.

b.    Only pressurized, closed-face, remotely operated microtunneling equipment shall be used for all microtunneling work required for this project.   Face pressure exerted at the heading by the microtunneling machine shall be maintained as required to balance soil and groundwater pressures present, and prevent loss of ground and groundwater inflows.   Dewatering for groundwater control shall be utilized only at the jacking and receiving pits. Methods and equipment used shall control surface settlement and heave above the pipeline to prevent damage to existing utilities, facilities, and improvements.   The contractor shall repair any damage resulting from surface settlement or heave caused by microtunneling, or tunnel shaft construction at no additional cost to the District.

c.    The contractor shall assume full responsibility for selection of appropriate pipe and pipe joints to carry thrust of any jacking forces or other construction loads in combination with overburden, earth and hydrostatic loads.   Design of any pipe indicated on the Construction Drawings considers in-place loads only and does not take into account any construction loads. Criteria for longitudinal loading (jacking forces) on the pipe and pipe joints shall be determined, based on the Contractors' selected method of microtunneling.  Contractor shall also take into account loads on pipe from handling and storing.

102

**SECTION I   PIPE SEWERS INSTALLED BY DIRECTIONAL DRILLING**

1.  When permitted as an alternate method of construction by the Project Plans and specifications or when permitted by the Director upon written request by the contractor in substitution for the method of construction shown on the plans and specifications, pipe sewers may be constructed by horizontal directional drilling (HDD)

2.  The contractor shall submit in writing the planned procedure for performing the bore within the line and grade as shown on the plans including;

    a.  Describe and provide a means for accurately verifying the location of the pilot bore at points throughout the bore. Verification may be by visible or electronic detection. If electronic detection alone is used, the manufacturer of the equipment must supply a guarantee that the equipment is accurate within 0.10 feet at all points throughout the bore.

    b.  Describe and provide a means that the pilot bore stem will remain in the correct alignment prior to back reaming.

3.  No individual bore shall exceed a maximum overall distance of 400 feet unless approved by the District prior to the start of the bore.

4.  Pipe materials shall be as approved by the District.

5.  Unsuccessful reamed bore holes shall be filled with an approved grout.

6.  The Contractor shall retain full responsibility for the adequacy of its directorial drilling operations, equipment and material.

**SECTION J   PIPE SEWERS INSTALLED BY PIPE BURSTING**

When permitted as an alternate method of construction by the Project Plans and specifications, or when permitted in writing by the Director upon written request by the contractor in substitution for the method of construction shown on the plans pipe sewers may be constructed by pipe bursting the existing pipeline and pulling or pushing in a replacement pipe. When planning to use pipe bursting the contractor shall submit full details of materials and methods of operation. Approval in writing by the Director shall be obtained in advance of starting the work. In any case the contractor shall retain full responsibility for the adequacy of its pipe bursting operations, equipment and materials.

**SECTION K   PIPE SEWERS REHABILITATED USING CURED-IN-PLACE PIPE**

Pipe rehabilitation using cured in place pipe shall be as specified in the Project Plans and specifications.

**SECTION L   PIPE SEWERS REHABILITATED BY TRENCHLESS METHODS**

When permitted as an alternating method of construction by the Project Plans and specifications, or when permitted by the District upon written request by the contractor to substitute for the method of construction as shown on the plans, pipe sewers may be rehabilitated using other trenchless methods.

Some but not all parameters the District will review include control of line and grade, pipe capacity, pipe materials, connections to the pipe and method of payment.

**SECTION M    POINT REPAIRS**

When during the trenchless rehabilitation of an existing pipeline it becomes necessary to excavate over the existing pipeline as determined by the contractor and approved by the District. The contractor shall excavate the minimum volume required to expose the existing damaged/collapsed pipeline and replace it as approved by the District. This does not include existing pipe broken as a result of the contractor's rehabilitation method.

**SECTION N    GROUTING.**

**1.    General.**

When required by the Project Plans and Specifications, or by the Standard Details of Construction and Specifications, or when ordered by the Director, grouting shall be done by the Contractor. Grout may be required to set anchors or dowels in holes drilled in rock or concrete, to fill spaces between excavated tunnel surfaces and linings of tunnels or bored holes, or voids in packed rock, etc.

**2.    Mixtures.**

Grout shall consist of a uniform mixture of Portland Cement and sand, as specified for a particular purpose, either in these specifications, or in the Project Specifications, and with the minimum volume of water as may be found necessary to accomplish the intended result. If ordered by the Director, neat cement grout shall be used. The use of special cements or admixtures for particular uses will be specified in the Project Specifications, if required.

**3.    Grouting Requirement and Application.**

a.    All grouting equipment and appurtenances shall be in good mechanical working condition, of an approved type of design with ease of control to permit uniform operation without excessive pressures, and with adequate capacity to permit continuous satisfactory progress in the required grouting. Grout for filling voids or spaces shall be applied through a pipe or hose in a continuous operation without disturbance of grout which has taken initial set. The grouting operation and sequence shall be so conducted as to insure complete filling of voids or spaces, and shall be sufficient to fill all spaces without distorting or damaging the structure, or without lifting or distorting the adjacent or overlying confining materials.

b.    Grouting for filling voids and connecting surface irregularities in mass crushed-rock, rip-rap, or similar paving is described in Part 5.

TRENCHLESS

SECTION O   METHODS OF MEASUREMENT AND BASIS FOR PAYMENT

   1.   GENERAL

      a.   Payment will be made for the materials furnished and completed, work done under the contract as stated herein in accordance with actual measurements or as specified in the Project Plans and specifications. The contractor shall not be entitled to receive additional compensation for anything furnished or work done, except for extra work authorized by written order of the Director, or for which provision has been made in the Project Plans and specifications which will state the method of measurement and basis of payment for any item of construction not covered by this section of the standard specifications.

      b.   It is the intent of these specifications to pay only once for any given item of work or material to be furnished, except where it is clearly specified as an addition to the bid price for the unit quantity. Duplication of quantities, units or bid items will not be permitted, even thought the Project Plans or specification may, through error or oversight, allow such duplication.

   2.   Pipe Sewers in Earth Tunnel.

      a.   Payment will be made for the construction of completed pipe sewers in earth tunnel at the respective bid price for each size and type per lineal foot for Completed Sewer in Earth Tunnel. The length for which payment will be made will be the measured horizontal distance along the centerline of the sewer to the paylines of excavation for shafts, or to the portal of the tunnel excavation. The payments made shall include all costs of shafts, headings, liner plates, timbering, grouting, drainage, lighting, ventilation, all Class "C" excavation pipe in place, concrete, reinforcing, masonry, bedding, cradling or encasing, backfilling tunnel, and any additional costs required to construct the completed pipe sewer in tunnel in earth. If Class "B" excavation is encountered in earth tunnel, payment will be made for the actual volume of Class "B" excavation removed within the payline limits, which shall not extend more than twenty-four inches (24") beyond the diameter of the pipe bell, or the inside diameter of the tunnel liner, whichever is smaller. The minimum payline limits will be that of a four-foot (4') diameter casing pipe. Payment will be made at the bid price for Class "B" excavation in earth tunnel, and will be an additional payment to the payment made for completed sewer in earth tunnel.

      b.   If Class "A" excavation is encountered in Earth Tunnel, payment will be made for the actual volume of Class "A" excavation removed within the same limits as set for Class "B" excavation. Payment will be made at the bid price for Class "A" excavation in earth tunnel, or in absence of a bid price or an agreed price by force accounts, and will be an additional payment to the payment made for completed sewer in earth tunnel.

3.    **Pipe Sewers Installed by Tunnel Bore Method.**

Payment will be made for the construction of completed pipe sewers installed by the Tunnel Bore Method, by the same method outlined for the payment of pipe sewers in earth tunnel, as delineated in these specifications.

4.    **Pipe Sewers in Bored Holes.**

a.    Payment for completed pipe sewer in a bored hole, when required or permitted as an alternate to pipe sewer in tunnel shall be made at the bid price for the construction method specified and for the length constructed in a bored hole. When permitted as an alternate to open-cut construction, payment will be as if the sewer has been constructed in open-cut with payment for Class "C" excavation, for the type and class of pipe originally specified, with allowance for pavement to be removed and replaced, and for required granular or compacted backfill. There will be no payment for the additional cost of the pipe and its encasement, and no allowance for lumber left in trench. Permission to use construction involving a bored hole and ductile iron pipe instead of the construction originally specified shall not entitle the Contractor to any compensation for costs of an unsuccessful or an incomplete attempt to use a bored hole. Any excavated material removed by an earth boring auger will be considered Class "C" for payment purposes other than material that has been identified as Class "A" excavation.

b.    Payment for completed pipe sewer in a bored hole where specified by the Project Plans and Specifications, or where ordered by the Director, shall be made at the bid price per lineal foot of completed specified sewer constructed in a bored hole. The length of sewer for which payment will be made shall be the measured horizontal distance along the centerline of the pipe between the faces of the bore, limited to the length required by the Project Plans and Specifications, unless such length has been ordered increased by the Director. Such payment shall cover all costs of labor, materials, equipment, and tools to prepare the boring pit, bore the hole, install the liner pipe, lay and joint the ductile iron pipe, provide concrete collars at the junctions with other types of pipe, completely fill the annular space around the pipe, backfill the boring pit, and do all other things necessary or required for constructing the completed pipe sewer in a bored hole.

5.    **Pipe Sewers in Jacked Liners.**

Payment for completed pipe sewer in a jacked liner, where permitted by the Project Plans and Specifications as an alternate to a pipe sewer in tunnel in earth, shall be made at the bid price for the construction method originally specified. Permission to use construction involving a jacked liner shall not entitle the contractor to any compensation for any additional expenses, or for the costs of an unsuccessful or incomplete attempt to use jacking. When permitted as an alternate to open-cut construction, the method shall be approved by the Director.

106

6.    **Pipe Sewers Installed by Jacking.**

Payment for the construction of pipe sewers installed by jacking at the approved request of the Contractor as an alternate to tunneling, will be made at the bid price for the given size of specified pipe sewer in tunnel, unless an agreed price has been established. The length of sewer for which payment will be made shall be the measured horizontal distance along the centerline of the pipe between the ends of the completed pipe sewer jacked into final position, limited to the length which shall not exceed the distance between tunnel faces. Such payment shall cover all costs of labor, materials, equipment, and tools for the jacking pit, guides, and jacks; drainage and excavation; furnishing, jointing, and jacking the pipes; and doing all things necessary to construct the completed pipe sewer by jacking. Permission to install a pipe sewer by jacking instead of the construction originally specified, shall not entitle the Contractor to any compensation for additional expenses, or for the costs of an unsuccessful or an incomplete attempt to use jacking.

7.    **Grouting.**

Unless otherwise provided by the Project Plans and Specifications, no separate payment will be made for grouting. Any costs of furnishing and placing grout as required by the specifications for any specific item shall be considered to be included in the payments made for such item or items.

8.    **Pipe Sewers Installed by Microtunneling**

Payment will be made for the construction of completed pipe sewers installed by the microtunneling method, by the same method outlined for the payment of pipe sewers in earth tunnel, as delineated in these specifications.

9.    **Pipe Sewers Installed by Directional Drilling**

a.    Payment for completed pipe sewer in a directionally drilled hole, when required or permitted as an alternate to pipe sewer in tunnel shall be made at the bid price for the construction method specified and for the length constructed in a bored hole. When permitted as an alternate to open-cut construction, payment will be as if the sewer has been constructed in open-cut with payment for class "C" excavation, for the type and class of pipe originally specified, with allowance for pavement to be removed and replaced, and for required granular or compacted backfill. There will be no payment for the additional cost of pipe and no allowance for lumber left in place. Permission to use the directional drilling method shall not entitle the contractor to any compensation for costs of an unsuccessful or an incomplete attempt to use a bored hole. Any excavated material removed by the directional bore will be considered Class "C" for payment purposed other than material that has been identified as Class "A" excavation.

b.  Payment for completed pipe sewer in a directional bored hole
where specified by the Project Plans and specifications, or
where ordered by the director, shall be made at the bid price
per linear foot of completed specified sewer constructed in a
drilled hole.  The length of sewer for which payment will be
made shall be the measured horizontal distance along the
centerline of the pipe between the faces of the bore, limited to
the length required by the Project Plans and specifications,
unless such length has been ordered increased by the director.
Such payment shall cover all costs of labor, materials,
equipment and tools to prepare the site, bore the hole, install
the pipe, handle and dispose of drilling fluid and material
removed, completely fill the annular space around the pipe if
greater than ½ inch, connecting pipe at junctions with other
pipe or structures, and do all other things necessary or
required for constructing the completed pipe in a directionally
drilled hole.

10.  **Pipe Sewers Installed by Pipe Bursting**

a.  Payment will be made for the construction of completed pipe
sewers installed by pipe bursting for each size and type per
linear foot.  The length of which payment will be made will be
the measured horizontal distance along the centerline of the
sewer to the paylines of excavation for pits and structures.
The payment shall include all costs of labor, materials,
equipment and tools to prepare the access pits, burst the
existing pipe supply and install the new pipe, make connections
to existing pipe or structures at each end, backfill the pits
and do all things necessary or required for constructing the
completed pipe sewer in a burst pipe.

11.  **Pipe Sewers Rehabilitated Using Cured-In Place Pipe**

a.  Payment will be made for the successful installation of cured-in
place pipe for each size and thickness per linear foot.  The
length for which payment will be made will be the measured
horizontal distance from inside face of manhole or structure to
the inside face of manhole or structure.  The payment shall
include all costs of labor, materials, equipment and tools to
prepare installation and receiving manholes, supply and install
the liner, cure the liner, re-install service, seal the liner at
manholes and structures and do all things necessary or required
for constructing the cured-in-place pipe.

12.  **Pipe Sewers Installed by Trenchless Methods.**

a.  Payment for the construction of pipe sewers installed by
trenchless methods price will be at the respective bid price for
each size and type per lineal foot.  The length for which
payment will be made will be the measured horizontal distance
along the centerline of the sewer to the pay lines of excavation
for manholes or structures.  When permitted as an alternate to
open-cut construction of tunnel, the method of payment shall be
approved by the Director.  Permission to install a pipe sewer by

trenchless methods instead of the construction originally specified shall not entitle the Contractor to any compensation for any additional expenses or for the costs of an unsuccessful attempt.

13.   **Point Repairs**

    a.   Payment for point repairs shall be at the unit bid price for point repairs.  The price shall include all costs of labor, materials, tools and equipment required to excavate and repair the existing pipeline, backfill and restore the point repair site.

    b.   No payment shall be made for point repairs required to repair damage done by the contractor or to retrieve any of the contractor's equipment.

14.   **Monitoring and Testing**

    a.   All costs for settlement monitoring and product testing required during construction shall be included in the respect costs for pipe and not be paid for separately.  All testing shall be done by an approved independent tester with the results sent directly to the District.

PART 8

PROTECTION AND RESTORATION OF SITE.

SECTION A    CONTRACTOR RESPONSIBILITY.

1.    The Contractor shall protect and avoid damage to all public and private property along the line of work.   Damage due to the carelessness of the Contractor shall be repaired or restored at his expense.   Particular attention shall be paid to avoid damage to trees, shrubs, bushes, and private property located in and adjacent to easements on private property.  No trees may be removed outside the limits of sewer easements without the permission of the property owner.   The removal of trees, shrubs, and plants within the easement lines necessary to construct the project may be removed and not be replaced, unless otherwise shown on the plans or provided in the Project Specifications.   At the District's direction, specific trees, shrubs, or plants may be required to be removed and properly disposed of or left in place and protected.    Reasonable lengths (250 lineal feet) of temporary fencing may be required as ordered by the Director, the cost of which shall be included in "Protection and Restoration of Site."

2.    In occupied residential lots, damaged shrubbery or trees outside the easement lines shall be replaced with new plants of equal type and quality.   Finished lawn areas upon which earth has been deposited shall be cleared to the level of the existing sod, raked and watered. Areas where sod has been damaged, destroyed, or ruts have been filled in, shall be resodded.  Areas where sod is only slightly damaged may be lightly reseeded, if so permitted.  After final restoration of the settled trench surfaces, trench areas shall be resodded, unless otherwise required in the Project Specifications.

SECTION B    LAND DISTURBANCE ACTIVITY (FOR DISTRICT CONTRACTED PROJECTS)

1.    The District holds a permit for construction or land disturbance activities. This permit applies to all contracts which result in a land disturbance greater than one acre. Prior to beginning any land disturbance activities and before the District will make any contract payments, the contractor must submit for approval by the District one of the following:

a.    A construction plan and calculations showing that the total land disturbance for these projects will be less than one acre (43,560 sq. ft.). In this case, no further action will be required by the contractor. If during construction the District determines that this project will result in a land disturbance greater than one acre, the contractor shall be required to submit for approval all information required by paragraph "b" below before any further contract payments or land disturbance is allowed.

b.    The District's Land Disturbance Permit requires a Storm Water Pollution Prevention Plan (SWPPP), which plans for best

110

    c.    management practices (BMP) throughout the duration of the project in order to control water pollution and siltation from surface runoff. The contractor shall be responsible for providing the following information to be used in project's SWPPP.

    (1)    Contract name and number.
    (2)    Description of BMP's to be used.
    (3)    Total area to be disturbed
    (4)    Method and schedule for installing BMP's.
    (5)    Details of any temporary or permanent non-structural BMP's.
    (6)    Details of any temporary or permanent structural BMP's.
    (7)    Details of any sedimentation basins.
    (8)    Details of general site management BMP's.
    (9)    Conditions that will allow removal of BMP's.

2.    The BMP's that can be used include but are not limited to the following:

    (1)    Minimizing the area disturbed.
    (2)    Stabilization of the exposed area as soon as practical by temporary seeding and mulching or sodding.
    (3)    Retainage/Management of site runoff by the use of berms, slope drains, ditch checks, bales, silt fences, or undisturbed buffer areas.
    (4)    Other methods of retaining silt and debris.
    (5)    Prevention of the discharge of chemicals, fuels, lubricants, bitumens, or other harmful pollutants from the site. Sources for a description of BMP's include the following.

    a.    Sheet 3 (three) of the standard details included in the Standard Construction Specifications.

    b.    "Storm Water Management for Construction Activities: Developing Pollution Prevention Plans and Best Management Practices" EPA document number 832-R-92-005, published 1992.

    c.    "Protecting Water Quality: A field guide to erosion, sediment, and storm water Best Management Practices for development sites in Missouri" published by MDNR in November 1995.

3.    The District shall inspect all installed BMP's for proper installation, operation, and maintenance a minimum of once per week. Any deficiencies shall be corrected within seven (7) calendar days of notification by the District.

4.    Any changes to the SWPPP shall be submitted to the District for approval prior to implementation.

5.    In the event that the contractor is made aware of conflict between these requirements and laws, rules, or regulations of other state, federal, or local agencies, the contractor shall notify the District

of the more restrictive laws, rules, or regulations, which shall then apply.

**SECTION C   AGREEMENTS WITH PROPERTY OWNERS.**

The requirements of special arrangements made by the District with property owners at particular locations will be shown on the plans or specifications. Before entering upon any site, the Contractor shall provide the District with a signed copy of any agreement made between its Owners and the Contractor for access, working space, and restoration of site. If, in special cases, fences, trees, shrubs, or plants are to be removed by the property owner and replaced at no expense to the Contractor, such cases will be stated in the Project Specifications.

**SECTION D   CLEANUP.**

Debris and unused materials shall be removed from the working areas without unreasonable or unnecessary delay, and the working areas restored as nearly as practicable, as determined by the District, to their original conditions as soon as possible, in order to minimize damage, hazard, and inconvenience to the public and to the concerned property owners.

**SECTION E   FENCES.**

1.   **General**

    a.   After construction is substantially complete, fences shall be built or replaced after ground settlement due to construction is complete. Fence replacement shall be in kind and constructed to equal or better condition of that removed. Fences outside the easement elected to be removed by the Contractor to allow construction but in such poor condition that they cannot be taken down and rebuilt with the same material shall be replaced with new fence.

    b.   For box culvert or pipe construction, any fences removed shall be replaced in their original location with no additional payment, unless otherwise shown on the plan. Any fence damaged during construction shall be restored to original or better condition.

    c.   For open channel construction, any fences within the easement required to be removed and not replaced shall be done so with care and the fence rolled up or stacked and stored in a location designated by the owner of the property with no additional payment. All side yard fences within the easement that are removed shall be replaced or extended to the new channel with a like fence as directed, or as shown on the plans and specifications.

    d.   Any section of new or replaced fence that is placed over access to manholes or structures shall be of the "removable" type and not require special tools or procedures to remove.

2.   Unless otherwise required in the Project Specifications or on the Project Plans, chain link fence fabric shall be No. 11 gauge wire mesh, woven in a 2-inch mesh, and shall be 48 inches high. Fabric

shall have a minimum 1.2 oz. galvanized coating per square foot of wire surface, and shall conform to ASTM A392 Specifications.

3.  Metal line posts, corner posts, and top rails shall conform to ASTM A53 Specifications "Standard Weight" pipe (Schedule 40), with a galvanized coating not less than 1.8 oz. per square foot of total coated surface.  Minimum pipe sizes shall be as follows:

> Line Posts; 1 ½-inch nominal size (1.9" O.D.),
> 2.72 lb. per lin. ft.
>
> Corner Posts; 2-inch nominal size (2.375" O.D.),
> 3.65 lb. per lin. ft.
>
> Top Rails; 1 ¼-inch nominal size (1.66" O.D.),
> 2.27 lb. per lin. ft.

**SECTION F   SODDING.**

1.  The project area shall be properly graded to insure that there are no ponding areas.

2.  Unless otherwise required in the Project Specifications or on the Project Plans, the prepared surface of trenches in lawns and turfed areas and in areas required to be regarded as a part of the construction, and turfed or lawn areas damaged by the Contractor, shall be restored by resodding.

3.  After restoration of settled surfaces of the trench with earth, or the filling of rutted areas damaged by the Contractor's equipment, all areas will be sodded.  They shall be fine graded and raked to a smooth even surface, approximately one inch below the required finished surface with smooth transitions to adjacent undisturbed areas. Commercial fertilizer shall be uniformly distributed and raked into the prepared surface at the rate of four pounds per one thousand square feet.  Unless otherwise specified, the fertilizer shall be a standard commercial product with a minimum composition of 8 percent available nitrogen, 4 percent available phosphates, and 24 percent potash with 40% slow release and sulphate of potash CSOP.  No sod shall be placed when the temperature of the surrounding air reaches 90 degrees or above.  The sod shall be laid with closely butted joints on the prepared, finished, fertilized moist subgrade.  Within 2 hours after laying the sod and before rolling, the sod shall be watered lightly.  After rolling, the newly sodded area shall be watered thoroughly to penetrate the subsoil a minimum of six (6) inches.  The sod to be used shall be bluegrass, or as specified, free from weeds, leaves, debris and excessive amounts of decomposed vegetable matter. It shall be surface clipped in the field to a two-inch grass height; be in strips of uniform width cut with straight edges and ends; be approximately eighteen inches wide and three to five feet long; have an adequate root system not less than one inch thick; and be fresh cut, moist, and in good condition.  Upon completion of sodding, it will be the Contractor's responsibility to maintain the newly placed sod in a moist condition until fully rooted into the subgrade (minimum of four weeks) after the placement of the last section of sod.

PROTECTION AND RESTORATION

4.  Sodded areas outside of the payline limits for sodding described above and upon which earth has been deposited, and removed without leaving deposits of earth or damaging the sod, shall be raked smooth, fertilized at the rate of four pounds per one-thousand square feet, and thoroughly watered.  Areas outside of payline limits which have been damaged shall be resodded.  Areas of slightly damaged sod may be reseeded only with the approval of the Director.

5.  Such sodded areas shall be raked and fertilized at the rate of four pounds per one-thousand square feet, and lightly seeded at the rate of two pounds per one-thousand square feet.  Payment for the work of raking, watering, and light reseeding if required, is included in the lump sum payment made for restoration of site.

6.  No sod shall be accepted until it is rooted into the subgrade.

**SECTION G   SEEDING.**

1.  If required on the Project Plans or in the Project Specifications that seeding is to be used instead of resodding for specially designated areas, such areas shall be finegraded and raked to the required finished surfaces and grades, and fertilized at a rate of four (4) pounds per one-thousand square feet, with (13-25-12) fertilizer containing at least 30% slow release nitrogen.  Unless otherwise provided in the Project Specifications, seed to be used shall be a good grade of suitable mixed lawn grass, approved by the State of Missouri for viability and freedom from excessive amounts of weed seeds.  Such approved seed mix shall consist of:  80 percent Fiesta II Rye and 20 percent Touchdown Kentucky Blue Grass applied at the rate of six (6) lbs per one-thousand square feet or 1.

2.  Kentucky Blue Grass, not less than 65 percent; 2. Red Fescue, 15 percent; 3. Red Top, 5 percent; 4. Annual Rye, 15 percent applied at the rate of seven (7) pounds per one-thousand square feet.  The seed shall be evenly sown on the prepared, moist, fertilized surface, at the rates specified, lightly raked, and covered with pulverized straw, rolled, watered with a fine spray to avoid washing of the seed, and kept moist until acceptance of the work.

**SECTION H   APPROVAL AND PAYMENT.**

1.  **General.**

    a.  Before acceptance of the project, a complete inspection will be made of the areas in which the Contractor has worked or has used for access to the work, in order to determine that damage has been repaired and the site restored as required by the specifications, and as agreed in any private agreements between the Contractor and the property owners, whether filed with the District as required or else not reported.  Final approval for restoration of pavements, wearing surfaces, sidewalks, and drives will be given by the municipal or county authority of jurisdiction.  Acceptance will be withheld until the Contractor has repaired the damage and restored the site as required by the specifications and by any private agreement with a property owner.

   b.    All costs of property protection outside of payline limits, cleanup and restoration of site and working areas, pavement replacement, sodding, and special agreements described in the Project Specifications, are included in the lump sum payment for Protection and Restoration of Site, unless otherwise provided in the Project Specifications.

## 2.    Land Disturbance

Payment for this work will be included in the pay item "Protection and Restoration of Site." Payment shall include preparation of the Stormwater Pollution Prevention Plan (SWPPP) and implantation thereof including furnishing, installing, maintaining, and removing all temporary BMP's included in the SWPPP.

## 3.    Fencing

   a.    Payment for any new fencing as shown on the plans, channel fencing, authorized fence extensions, and authorized fence replacements shall be made at the bid price per foot of chain link fence, regardless of the type fencing.

   b.    Payment for any existing fence removed and re-installed or removed and replaced with new fence will be included in the pay item "Protection and Restoration of Site."

## 4.    Sodding

Payment for accepted sodded areas will be made at the bid price per square yard for the type of sod placed.  Payment will include all costs of preparation, fine-grading to finished grade, fertilizing, furnishing and placing sod, and watering, complete in place for the areas required to be sodded, but exclusive of sodding required at the Contractor's expense in restoration of areas damaged by the Contractor's equipment or operations.  The width for which payment will be made for sod will be 20 feet wide.  The 20-foot width shall be centered on the pipe.  Areas of paved surfaces and obstacles shall be excluded from payment for sod.  Sodding required beyond these limits will be paid for under the Pay Item "Protection & Restoration of Site."

## 5.    Seeding

Payment for seeding will be made at the bid price per square yard, measured as for sod, and will include all costs of preparation, fine-grading to finished grade, fertilizing, furnishing and sowing seed, mulching, and watering complete in place for the areas directed to be seeded. When no bid price has been established for seeding the payment for the seeding will be no more than one-half the bid price per square yard for "Sodding-Bluegrass."

115

MISCELLANEOUS

### PART 9

### MISCELLANEOUS

**SECTION A   GENERAL.**

Requirements for items of construction not described in the preceding PARTS are set forth in this PART.

**SECTION B   CONNECTIONS TO EXISTING FACILITIES.**

    1.    **General.**

        a.    New pipe sewers will be connected to existing sewers at existing manholes, or at locations requiring the construction of a new manhole on the existing sewer, or directly to a sewer normally requiring no manhole unless otherwise shown on the Project Plans.

        b.    The Contractor will verify the exact location and elevation of existing sewers immediately prior to actual construction. Any differences should then be brought to the attention of the District.

    2.    **Existing Manholes.**

        a.    If a bulkhead opening of adequate size or a stub of proper size, elevation, location, grade, and direction exists at the manhole, the pipe connection will be made as required for pipe laying. The cost of removing the bulkheads and making the pipe connection is included in the cost of laying the new pipe sewer. If the existing stub is not suitable for use, or if no stub exists, a new connection must be made to the manhole. The stub shall be removed or a hole shall be cut in the manhole wall to permit inserting the pie at the required flowline elevation, horizontal angle, and slope, and to allow two (2) inches of space around the pipe for bedding and filling solidly with 1-3 cement-sand mortar. Care shall be used to avoid unnecessary damage to the existing structure. Any damage caused by the Contractor shall be repaired to the satisfaction of the District. All loose material shall be removed from the cut surfaces, which shall be completely coated with mortar before setting the pipe. Before inserting the pipe, a sufficient thickness of mortar shall be placed at the bottom and sides of the opening for proper bedding of the pipe. After setting, all spaces around the pipe shall be solidly filled with mortar, and neatly pointed up on the inside to present a smooth joint, flush with the inner wall surface. Any necessary revisions in the existing invert shall be made to provide a smooth plastered surface for properly channeled drainage from the new connection. Particular care shall be given to insure that the earth sub-base and bedding adjacent to the manhole will provide firm solid support to the pipe.

MISCELLANEOUS

b.    Payment shall include the costs of properly handling all existing flows, cutting a hole in the existing manhole, adjusting the invert, and making a completed pipe connection at the bid price for making a pipe connection to an existing manhole. New connections at levels above the manhole flowline for inlet lines will be made similarly except for the requirements of invert adjustment, unless otherwise required in the Project Plans and Specifications. Payment will be made at the bid price for making a pipe connection to an existing inlet, manhole, or inlet-manhole.

## 3.   Existing Sewers.

a.    Connections to existing sewers shall be made as shown in the Standard Details or as modified in the Project Plans. Care shall be used to avoid damage to the adjacent sewer walls or masonry. The opening shall be of sufficient size to permit inserting the pipe at the required flowline elevation, horizontal angle and slope, and to allow at least two (2) inches of space around the pipe for bedding and filling solidly with 1-3 cement-sand mortar. If there are reinforcing bars in the sewer walls, only those preventing insertion of the pipe may be cut. All others shall be bent into the Class "A" concrete collar at the junction of the connection pipe and the existing sewer. Unless a detail is provided, the collar shall have vertical walls not less than six inches thick above, below, and at the sides of the connecting pipe, and at least twelve inches from the outside of the existing sewer at the spring line of the connecting pipe. The bottom of the collar shall extend to solid support at its base. All loose material shall be removed from the cut surfaces, and any surfaces to be in contact with newly placed concrete shall be cleaned to the base concrete or masonry, and thoroughly coated with cement grout before placing the concrete for the collar. Before inserting the pipe, a sufficient thickness of mortar shall be placed at the bottom and sides of the opening for proper bedding of the pipe. All spaces around the pipe shall be filled with mortar or concrete, and be neatly pointed up on the inside to form a smooth joint that is flush with the inner sewer surface.

b.    Payment shall include the costs of properly handling all existing flows, cutting the opening in the sewer, constructing the concrete collar, and making the completed pipe connection at the bid price for making the complete pipe connection to the existing sewer.

## 4.   New Manholes.

a.    If a new manhole must be constructed for the connection, the new manhole and invert shall be constructed over and around the existing sewer pipe to the elevation shown on the Project Plans. The work shall be done carefully to avoid breaks in the existing sewer until the manhole is completed. Any joints in the existing sewer shall be pointed up with 1-3 cement-sand mortar, if necessary to stop leakage before building the manhole. After construction of the manhole, the top half of the existing pipe shall be carefully cut and removed to be flush at each end with

117

MISCELLANEOUS

the inside wall and pointed up to present a neat smooth surface at the junction of the cut pipe with the invert and wall. The newly placed concrete, mortar, or plastering at the connection shall be protected from sanitary sewage or foulwater. All concrete shall be vibrated to insure water tightness.

b.    Payment will be made for constructing a new manhole over an existing sewer at the bid price as described for manhole construction. The costs of properly handling all existing flows, cutting and removing the pipe, and pointing up are included in the payment made for manhole construction.

SECTION C    CROSSINGS OF RAILROADS, STREETS, ~~AND~~ HIGHWAYS, AND STREAM/CHANNELS.

1.    **General.**

Sewer crossings of railroads, streets, and highways will be made as shown on the Project Plans and required in these specifications and the Project Specifications. The Contractor also shall inform himself of any additional requirements of the Railroad, Municipality, or Highway Department for working within its jurisdiction.

2.    **Crossings In Streets.**

Crossings in streets normally are made in open-cut construction unless otherwise shown on the Project Plans to be made in stanks or in tunnels, and with special requirements as described in the Project Specifications. Construction and payment are described in Parts 3 and 4 for the particular items involved.

3.    **Crossings Under Highways.**

Crossings under highways will be made as shown on the Project Plans and Specifications. For arterial and major streets in the City of St. Louis so designated by the Board of Public Service and for St. Louis County primary highways so designated by the St. Louis County Department of Highways and Traffic, and for all State highways, crossings will be made in bore-holes or tunnels beneath paving, unless otherwise shown on the Project Plans.

4.    **Crossings Under Railroads.**

Crossings beneath railroads will be made in tunnels, unless otherwise required on the Project Plans. Work shall be done in full cooperation with the railroad company. The Contractor shall inform himself of any additional requirements of the company for working beneath its tracks or within its right-of-way.

5.    **Crossings under streams/channels.**

Crossings under streams and channels normally are made in open-cut construction unless otherwise shown on the Project Plans. Stream and channel crossings must be protected with rock blanket or other approved stream stabilization/channel protection methods. Concrete encasement will not be allowed.

118

SECTION D   REMOVAL AND REPLACEMENT OF PAVEMENTS AND ROADWAY WEARING SURFACES.

1.   **General.**

    a.   All existing paving or roadway surfacing, curb and gutter, of streets, alleys, driveways, sidewalks, paved areas, roads and highways, either removed or else damaged by the Contractor in his operations, shall be replaced to a condition at least equal to the condition before removal, and in conformance with the regulations of the agency of jurisdiction, and as required in these specifications.   Cuts in all rigid base pavements and asphaltic concrete pavements shall be made to straight true saw cut lines parallel with each edge of the trench for the pipe or structure, or, if directed by the District, to the construction joint nearest the trench.   Reasonable efforts shall be made to avoid contrast, clash, or lack of harmony in the color and texture of the restored surfaces.

    b.   Pavement paylines shall not apply unless paving is encountered within the excavation payline widths.

    c.   Final approval for restoration of pavements, wearing surfaces, sidewalks and drives will be given by the local, county, or state authority of jurisdiction.

2.   **Partially Improved Roadway Wearing Surfaces.**

    a.   For partially improved roadway wearing surfaces consisting of thin layers of crushed stone or gravel, either waterbound or treated with oils to provide an all-weather wearing surface, excavation will be classified as Class "C" excavation. Excavation and backfill will be made as described in PARTS 3 and 4.   After the back fill in the trenches has substantially dried and completed its settlement, and permission has been given by the Director, any settlement below the top eight inches of trench shall be refilled with compacted selected earth fill.   A base of compacted crushed limestone and screenings, not less than eight inches thick, and with voids filled with ½ inch minus screenings, shall be placed in the top eight inches of the trench.   The surface shall be waterbound or treated with oils, and after drying, shall be submitted to the action of traffic. Before completion of the project, any settlement below the finished grade shall be refilled with additional compacted crushed limestone and screenings and similarly waterbound or oiled.

    b.   Payment will be made for the crushed limestone base at the bid price per square yard for "Crushed Limestone Base" for the area within payline limits for excavation for sewers and manholes or similar structures.   Such payment shall include the cost of any additional crushed limestone and screenings used

3.   **Bituminous Wearing Surfaces.**

    a.   For bituminous wearing surfaces, excavation will be classified as Class "C" Excavation.   Excavation and backfill will be made as described in Parts 3 and 4.   After the backfill in the

119

trenches has substantially dried and completed its settlement, and permission has been given by the Director, a base of compacted limestone and screenings, not less than eight inches thick and with voids filled with ½-inch minus limestone screenings, shall be placed in the top eight inches of trench. A bituminous wearing surface consisting of bituminous materials and pea gravel shall be applied as required by the current specifications for patching bituminous pavement of the St. Louis County Division of Highways and Traffic to a strip, centered on the trench.

b.      Payment will be made at the bid price per square yard for "Replacement of Bituminous Wearing Surface" for the area replaced, which shall not extend beyond two (2) feet each side of the standard payline width of excavation for sewers, manholes and other structures, and shall exclude inlet sumps and curbing. Such payment shall include all costs of labor, equipment, oil, gravel, and crushed limestone and screenings for the completed base and wearing surface.

4.      **Asphaltic Concrete Street Pavement.**

a.      After the backfill in the trenches has substantially dried and completed its settlement, and permission has been given by the Director, asphaltic concrete, not less than eight inches thick, shall be placed on a primed base in accordance with the requirements of the municipality of jurisdiction or, if a municipality has no requirements, with the requirements of the St. Louis County Division of Highways and Traffic.

b.      Payment will be made for the asphaltic concrete at the bid price per square yard for "Removal and Replacement of Asphaltic Concrete Street Pavement" for the area replaced, which shall not extend beyond two (2) feet each side of the standard payline width of excavation for sewers, manholes and other structures, and shall exclude inlet sumps and curbing. Such payments shall include costs of labor, equipment, primer, saw cutting and asphaltic concrete required for removing and replacing the completed base and pavement surface.

5.      **Rigid Base Pavements.**

a.      Pavements of Portland cement concrete, pavements on Portland cement concrete base, pavements of asphaltic concrete surface course on existing pavements of Portland cement concrete, or pavements of asphaltic concrete surface course on existing pavements of brick or cobblestone base shall be considered rigid base pavements. After the backfill in the trenches has substantially dried and completed its settlement, and permission has been given by the Director, the removed rigid base pavements shall be replaced as follows unless otherwise specified by the municipality of jurisdiction.

b.      Pavements of Portland cement concrete shall be replaced with Class "A" concrete pavement not less than eight inches thick. It shall be reinforced with six by six inch, eight-gauge, welded wire mesh, meeting the requirements of ASTM A185 specifications,

placed and held at two inches from the bottom of the concrete and extending six inches beyond each edge of the trench. The surfaces of the cut concrete shall be clean and free of loose particles. Immediately before any concrete is placed against the cut surfaces, they shall be thoroughly coated with cement grout. The completed pavement surfaces shall be finished to the same level and texture as the adjoining pavement, and shall be protected from damage, rapid drying or freezing. Any paving beyond the allowed payline limits for the pavement which may be removed or damaged by the Contractor shall be replaced with no additional payment.

(1.)   Payment will be made for the concrete pavement removed and replaced at the bid price per square yard for "Removing and Replacing Concrete Pavement." The area for which payment will be made shall not extend beyond lines extending two (2) feet beyond each payline for excavation for sewers, manholes and similar structures, and shall exclude inlet sumps and curbing.

c.   Pavements of asphaltic concrete surface course on existing pavements of Portland cement concrete base or on brick and concrete or cobblestone and concrete or cobblestone base, the pavement shall be replaced with two inches of asphaltic concrete surface course on Class "A" concrete pavement base not less than eight inches thick, constructed as required for Portland cement concrete pavement except for the requirement of surface texture. Any paving beyond the allowed payline limits for the pavement which may be removed or damaged by the contractor shall be replaced with no additional payment.

(1.)   Payment will be made for the asphaltic concrete surface course on existing concrete, brick and concrete, cobblestone and concrete, brick, or cobblestone pavement base removed and replaced at the bid price per square yard for "Removing and Replacing Asphaltic Concrete Surface Course and Pavement Base". The area for which payment will be made shall not extend beyond lines extending two (2) feet beyond each payline for excavation for sewers, manholes, and similar structures, and shall exclude inlet sumps and curbing.

**6.   Sidewalks and Driveways.**

a.   Removal of sidewalks and driveways of concrete shall be made to the nearest joint or edge in the concrete pavement. Care shall be used to avoid damage to the adjacent pavement remaining in place. If the adjacent pavement is damaged or cracked by the operations of the Contractor, the pavement area enclosed between the payline limit as directed and a line parallel with such payline and including the damaged pavement shall be replaced at the expense of the Contractor. After the backfill in the trenches has substantially dried and completed its settlement, and permission has been given by the Director, the removed pavements shall be replaced as follows:

b.   The removed concrete sidewalks and concrete driveways shall be replaced with similar pavements of Class "A" concrete to a thickness not less than four inches, nor less than the thickness required by the municipality of jurisdiction.   It shall be reinforced with six by six inch, eight-gauge, welded wire mesh. The surfaces of the cut concrete shall be clean and free of loose particles.   Immediately before any concrete is placed against the cut surfaces, they shall be thoroughly coated with cement grout.   The pavement surfaces shall be finished to the same level, texture, and color as the adjoining pavements and shall be protected from damage, rapid drying, or freezing.

(1.)   Payment will be made at the bid price per square yard for Removal and Replacement of Concrete Sidewalks and Driveways.   The area for which payment will be made shall not extend past the nearest joint or edge of the concrete pavement beyond the payline for excavation for sewers, manholes and similar structures.   Cuts for trenches in asphaltic sidewalks and driveways shall be made by saw cut to straight true lines located on the payline limits of excavation for the trench or structure.

c.   The removed or damaged asphaltic pavement shall be replaced with paving similar to that removed, but not less than two inches thick, nor less than the thickness required by the municipality of jurisdiction.   Sidewalks passing through driveways and driveway approaches are considered driveways for the purpose of removal, replacement and payment.

(1.)   Payment will be made at the bid price per square yard for Replacement of Asphalt Sidewalks and Driveways.   The area for which payment will be made shall not extend beyond two (2) feet each side of the standard payline for excavation for sewers, manholes, and similar structures.

d.   Payment for unimproved drives of gravel or crushed rock surfacing shall be included in the payment made for restoration of site unless otherwise specified in the project specifications.

7.   **Curb and Gutter.**

a.   When necessary to remove concrete or asphaltic concrete curb and gutter, the cuts shall be made to straight true lines perpendicular to the alignment of the curb, and shall be located two feet beyond each payline of trench, or when so directed, to the nearest construction joint within an approximate distance of two feet beyond the trench payline.   When granular fill compaction and settlement has been completed, the removed curb shall be replaced with similar matching curb and gutter in accordance with the specifications of the municipality of jurisdiction.   Asphaltic concrete curb shall be machine laid, if in excess of 10 feet in length.

b.   Payment will be made for removing and replacing concrete curb and gutter or asphaltic concrete curb and gutter at the respective bid price per lineal foot for the actual length

MISCELLANEOUS

required to be removed and replaced, exclusive of curb and gutter removed and replaced in inlet construction.

c.    Curbs not requiring forms on the exposed surface as well as the unexposed surface will be considered pavement for the purpose of removal, replacement and payment.

8.    **ADA Access Ramps**

a.    When access ramps are required at street crossings or intersections due to removal of existing curbing or sidewalks the contractor shall comply with all jurisdictional requirements. Two. Ramps may be required if the inlet is in the rounding.

b.    Payment for access ramps, removed and replaced or installed new shall be the same as for concrete sidewalks above. Payment will include any special detectable warning panels or other specials finishes required by the municipality.

9.    **Backfill Under Pavements and Roadway Wearing Surfaces.**

Backfill in trenches through pavements shall be made with water jetted granular fill which shall extend two feet beyond the edge of street pavements at the level of their bases, and one foot beyond the edge of driveways and sidewalks at the level of their bases.

**SECTION E    HEADWALLS, INTAKE AND OUTLET STRUCTURES.**

1.    **General.**

a.    Headwalls, intake and outlet structures shall be constructed of Class "A" air-entrained concrete as required on the Project Plans and the Standard Details and these specifications. Soft or unsuitable earth at the base of the structure shall be removed and replaced with crushed limestone and screenings. Forms, reinforcing if required, exposed concrete, and workmanship shall meet the requirements of Part 5 Concrete Construction.

b.    Payment will be made for each completed headwall, or intake, or outlet structure at the respective lump sum bid price for each completed structure. Each lump sum bid price shall include all costs of forms, concrete, reinforcing steel, preparing the end of the pipe or conduit, general excavation for the structure, and all work as shown or specified for the completed structure; but exclusive of excavation required for the removal of unsuitable subgrade.

2.    **Flared End Section.**

The Flared End Section shall be precast and of the size shown on the Project Plans.   It shall meet all applicable requirements of ASTM C-76.    Construction shall conform to MSD Standard Details of Sewer Construction.   In place price for "Flared End Section" shall include

MISCELLANEOUS

all costs for flared end section, concrete, toe and head walls, rock blanket, excavation and bedding.

### 3. Outlet Structures.

Where shown on the Project Plans, outlets of stormwater lines discharging into creeks and large unlined channels will be constructed as shown in the Standard Details using a single length of approved corrugated metal pipe. The pipe shall be cut at a slant flush to the bank. The concrete collar at the junction of the metal pipe and the storm sewer shall be of Class "A" concrete, as shown on the Details.

## SECTION F   ABANDONMENT

### 1. Sewers.

Sewers and laterals to be abandoned shall be securely blocked at any points of intake or discharge with a bulkhead or pre-formed plug and when directed by the Project Plans and Specifications, they shall be completely filled with an approved material. The proposed method of filling and blocking the sewer shall be submitted to the District for approval. The Contractor will be allowed to remove that portion of the sewer to be abandoned in lieu of filling and blocking. If the Contractor elects the removal method, all costs for backfilling the excavation and all costs for surface restoration, in addition to removing and properly disposing of the pipe, shall be included in the price for abandonment.

### 2. Manholes and Inlets.

a. After removing the manhole frame and cover or inlet stone, all incoming and outgoing pipes shall be bulkheaded. The walls shall be lowered to two feet below final grade if in earth or to below subgrade if in pavement.

b. The structure shall then be filled with granular material. Selected earth shall be used to bring the surface to final grade or the subgrade and pavement and curbs shall be replaced in paved areas.

### 3. Septic Tanks.

a. When the Project Plans and Specifications call for the abandonment of a septic tank, the Contractor shall pump out and properly dispose of the contents within the tank.

b. The bottom of the tank shall be perforated to allow for drainage. If the top of the tank is concrete, it may be broken up and deposited in the tank. The sidewalls shall be lowered to at least two feet below final grade. The remainder of the tank shall be filled with granular material. Selected earth shall be used to bring the surface to final grade.

124

4.    **Pump Station Abandonment.**

a.    General.

The Contractor shall contact the District seventy-two (72) hours prior to abandonment of the lift station to give the District time to salvage any equipment.  The Contractor shall protect any equipment to be salvaged by the District.  Any equipment not salvaged shall become the property of the Contractor, and shall be removed and disposed of in a proper manner.

b.    Lift Station Abandonment.

(1.)   The existing above grade structure shall be removed to at least two feet below finished grade.

(2.)   The bottom of the existing lift station shall be perforated to allow for drainage.

(3.)   The structure shall be filled with jetted granular material.

(4.)   Selected earth shall be used to bring the surface to final grade.

(5)    Terminate all utilities serving the site.

c.    Equipment Removal and Disposal.

Remove all mechanical and electrical equipment not salvaged by the District and dispose of the removed material in a proper manner.

d.    Force Main Abandonment.

(1.)   The existing force main shall be abandoned and filled in accordance with Section F, 1. Sewers, of this Part.

(2.)   All shut off valves, cleanouts, and blow-offs shall be removed.  The ground surface around these structures shall be restored in a manner similar to the surrounding conditions.

(3.)   If the contractor decides to remove the entire force main, additional conditions and permits may be required.  No separate payment will be made for restoration, or additional conditions or permits.

e.    Payment.

(1.)   Payment for the abandonment of the lift station will be at the lump sum bid price for "Abandonment – Pump Station", and shall include all costs for labor, equipment, and material for abandonment of the lift station, removal and disposal of all mechanical and electrical equipment, abandonment and fill suction intakes between the wetwell

and lift station, filling the existing structures, and all site restoration.

(2.)   Payments for the abandonment of the existing force mains shall be at the unit bid price for the Pay Item "Abandonment - Pipe Fill", and shall include the cost for all labor, material, and equipment necessary for the abandonment in place and complete.   The removal of all valves, blow-offs and cleanouts, as well as abandonment of vaults for these structures and associated site restoration shall be included in the unit bid price for "Abandonment - Pipe Fill".

**5.    Payment for Abandonment.**

Payment for the work and materials required to abandon sewers, manholes, inlets, septic tanks and pump stations to the methods described above, will normally be made by a respective bid item at a cost per cubic yard or cost per place.   If no bid price is provided, abandonment will not be paid for separately.

**SECTION G   SIGNS.**

When required by the Project Specifications, the Contractor shall furnish a sign at each of his major work locations to inform the public of the work under construction.   The layout shall conform to the Standard Details of Sewer Construction.   The sign(s) shall be located as approved by the District and maintained in a neat and orderly condition.   No additional payment will be made for the required signs.

SPECIFICATION INDEX

ABANDOMENT----------------------------------------------------------------124
    Manholes and Inlets----------------------------------------------------124
    Payment for Abandonment------------------------------------------------126
        Pump Station Abandonment------------------------------------------125
        Septic Tanks--------------------------------------------------------124
        Sewers--------------------------------------------------------------124
Acceptance of the work----------------------------------------------------10
Aggregates for Concrete---------------------------------------------------26
AGREEMENTS WITH PROPERTY OWNERS-------------------------------------------112
Air-Entraining Admixtures for Concrete------------------------------------25
Asbestos, PCBs, Petroleum, Hazardous Waste or Radioactive Material--------67
Asphaltic Concrete Street Pavement----------------------------------------120
BEDDING-------------------------------------------------------------------59
Bituminous Wearing Surfaces-----------------------------------------------119
Bracing and Shoring-------------------------------------------------------50
BRICK---------------------------------------------------------------------28
Brick Masonry Construction------------------------------------------------64
Building Brick------------------------------------------------------------28
cast iron-----------------------------------------------------------------26
CHANNEL CONSRUCTION-------------------------------------------------------85
    clearing---------------------------------------------------------------85
    compacting-------------------------------------------------------------90
    CONNECTIONS TO CHANNEL-------------------------------------------------91
    excavation-------------------------------------------------------------85
    FILL-------------------------------------------------------------------90
    GABION BASKET CHANNELS-------------------------------------------------93
    METHODS OF MEASUREMENTS AND BASIS OF PAYMENT---------------------------92
    NATURAL CHANNELS-------------------------------------------------------90
    REINFORCED CONCRETE CHANNEL CONSTRUCTION-------------------------------85
    RESTORATION------------------------------------------------------------92
    ROCK BLANKET-----------------------------------------------------------86
    ROCK LINED CHANNELS----------------------------------------------------89
    Channel Construction---------------------------------------------------86
Clay Pipe and Fittings----------------------------------------------------30
CLEARING------------------------------------------------------------------44
compaction----------------------------------------------------------------90
Composite Sewer Pipe------------------------------------------------------32
CONCRETE------------------------------------------------------------------25

127

CONCRETE CONSTRUCTION------------------------------------------------------74
    Admixtures-----------------------------------------------------------75
    Air-entrained Concrete-----------------------------------------------75
    BATCHING AND MIXING--------------------------------------------------76
    CLASSES--------------------------------------------------------------74
    Cold Weather---------------------------------------------------------82
    CONCRETE FORMS-------------------------------------------------------82
    Consistency----------------------------------------------------------76
    CONSTRUCTION AND EXPANSION JOINTS------------------------------------80
    CONVEYING AND PLACING------------------------------------------------77
    CURING AND PROTECTION------------------------------------------------81
    FINISHING------------------------------------------------------------81
    Handmixing-----------------------------------------------------------77
    Hot Dry Weather------------------------------------------------------82
    MATERIALS------------------------------------------------------------74
    MORTAR AND GROUT-----------------------------------------------------78
    Plant-mixed or Ready-mixed-------------------------------------------76
    Proportioning--------------------------------------------------------75
    REINFORCED STEEL-----------------------------------------------------83
    test cylinders-------------------------------------------------------77
CONCRETE CRADLE------------------------------------------------------------62
CONCRETE ENCASEMENT--------------------------------------------------------62
Concrete Sewer Pipe--------------------------------------------------------30
Concrete Structures--------------------------------------------------------63
CONNECTIONS TO CHANNEL-----------------------------------------------------91
CONNECTIONS TO EXISITIG FACILITIES----------------------------------------116
    Existing Manholes---------------------------------------------------116
    Existing Sewers-----------------------------------------------------117
    New Manholes--------------------------------------------------------117
Construction stakes---------------------------------------------------------8
CONTROL OF MATERIALS-------------------------------------------------------24
    Approval-------------------------------------------------------------24
    Materials and Equipment Not Locally Produced-------------------------25
    Rejected Materials---------------------------------------------------25
    Sampling, Inspection and Testing------------------------------------24
    Sources of Supply----------------------------------------------------25
    Storage of Materials-------------------------------------------------25
CONTROL OF WORK------------------------------------------------------------7

Approved Plans------------------------------------------------------------8
Authority of the District Representative---------------------------------8
Contractor's Responsibility for Work as a Whole--------------------------8
District to Stake Out Work-----------------------------------------------8
Inspection of the Work---------------------------------------------------9
Methods and Appliances---------------------------------------------------9
Rejected or Unauthorized Work------------------------------------------10
Subcontract--------------------------------------------------------------7
Supplemental Drawings----------------------------------------------------8
Corrugated Metal Pipe---------------------------------------------------32
CROSSINGS OF RAILROADS, STREETS, AND HIGHWAYS--------------------------118
CRUSED LIMESTONE AND SCREENINGS----------------------------------------36
Curb and Gutter--------------------------------------------------------122
Cured-in-Place Pipe (CIPP) ---------------------------------------------33
curved alignments------------------------------------------------------59
cut sheets-------------------------------------------------------------55
DEFINITIONS-------------------------------------------------------------1
Direct Conflict---------------------------------------------------------2
District's Liability for Delays----------------------------------------11
Ductile Iron Pipe------------------------------------------------------31
Easements---------------------------------------------------------------2
Elliptical Pipe--------------------------------------------------------61
EXCAVATION-------------------------------------------------------------43
    Bracing and Shoring-----------------------------------------------50
    CLASSIFICATION----------------------------------------------------43
    CLEARING----------------------------------------------------------44
    Control of Water--------------------------------------------------49
    Disposition of Excavated Materials--------------------------------49
    EXCAV FOR MH'S AND OTHER STRUCTURES-------------------------------51
    Excavation in Rock------------------------------------------------48
    Length of Open Trench---------------------------------------------47
    Limits of Excavation----------------------------------------------47
    METHODS OF MEASUREMENT AND BASIS OF PAYMENT-----------------------51
    OPEN CUT EXCAVATION-----------------------------------------------45
    Overhead wires or poles-------------------------------------------46
    Protection--------------------------------------------------------43
    Removal of Unsuitable Subgrade------------------------------------48
    Stanking----------------------------------------------------------51

    test pits----------------------------------------------------------------43

    Trench and Channels with Sloping Sides-----------------------------------50

    Unauthorized Excavation--------------------------------------------------48

    Underground Structures, Pipe Lines, or Utilities-------------------------45

    UNUSUAL EXCAVATION CONDITIONS--------------------------------------------45

    Utilities----------------------------------------------------------------46

    WORK INCLUDED IN EXCAVATION----------------------------------------------44

Explosives-------------------------------------------------------------------17

Facing Brick-----------------------------------------------------------------28

FENCES----------------------------------------------------------------------112

Fiberglass Pipe--------------------------------------------------------------33

Field Approval of the Work---------------------------------------------------12

FIELD TESTS------------------------------------------------------------------56

    Air Testing--------------------------------------------------------------56

    Exfiltration Testing-----------------------------------------------------58

    Infiltration/Exfiltration Testing----------------------------------------57

    Joint Testing------------------------------------------------------------57

    Mandrel Testing----------------------------------------------------------58

    Manhole Testing----------------------------------------------------------58

    Reach Integrity Testing--------------------------------------------------56

    Replacement of Exisiting Dewers/Test Method Modifications----------------57

    Vacuum Testing-----------------------------------------------------------58

Fittings and Special Pipes---------------------------------------------------60

Flared End Section----------------------------------------------------------123

Force Account----------------------------------------------------------------20

Force Main-------------------------------------------------------------------61

    test---------------------------------------------------------------------61

Form Removal-----------------------------------------------------------------83

GABION BASKETS---------------------------------------------------------------38

GABION BASKET CHANNELS-------------------------------------------------------86

GEOTEXTILE FABRIC------------------------------------------------------------40

Grade Adjustment Rings-------------------------------------------------------29

Granular Backfill------------------------------------------------------------68

Gray Iron Castings-----------------------------------------------------------27

GROUTING--------------------------------------------------------------------104

HEADWALLS, INTAKE AND OUTLET STRUCTURES-------------------------------------123

House Laterals (Sanitary) ---------------------------------------------------54

Inlet and Outlet Pipes-------------------------------------------------------66

130

INLET STONES, SILLS AND BLOCKS------------------------------------------------36

Inlets------------------------------------------------------------------------71

    Inlet-manholes-----------------------------------------------------------71

    Multiple-Unit Inlets----------------------------------------------------72

Insurance---------------------------------------------------------------------17

Jetted Backfill--------------------------------------------------------------68

JOINTS------------------------------------------------------------------------33

Junction Chambers------------------------------------------------------------62

Length of Open Trench--------------------------------------------------------47

lifting holes-----------------------------------------------------------------30

Limits of Excavation---------------------------------------------------------47

Lubricants for Prefabricated Pipe Gaskets-----------------------------------35

Manholes----------------------------------------------------------------------70

Materials and Equipment Not Locally Produced-------------------------------25

MATERIALS OF CONSTRUCTION----------------------------------------------------24

    Adapters and Couplings--------------------------------------------------35

    Aggregates for Concrete-------------------------------------------------26

    Air-Entraining Admixtures for Concrete---------------------------------25

    BRICK-------------------------------------------------------------------28

    Building Brick----------------------------------------------------------28

    Clay Pipe and Fittings-------------------------------------------------30

    Composite Sewer Pipe---------------------------------------------------32

    CONCRETE----------------------------------------------------------------25

    Concrete Sewer Pipe----------------------------------------------------30

    Connections-------------------------------------------------------------29

    CONTROL OF MATERIALS--------------------------------------------------24

    Corrugated Metal Pipe--------------------------------------------------32

    CRUSEHD LIMESTONE AND SCREENINGS-------------------------------------36

    Cured-in-Place Pipe (CIPP) -------------------------------------------33

    Ductile Iron Pipe------------------------------------------------------31

    Facing Brick-----------------------------------------------------------28

    Fiberglass Pipe--------------------------------------------------------33

    GABION BASKETS---------------------------------------------------------38

    GEOTEXTILE FABRIC------------------------------------------------------40

    Grade Adjustment Rings------------------------------------------------29

    Gray Iron Castings----------------------------------------------------27

INLET STONES, SILLS AND BLOCKS----------------------------------------------36

    JOINTS------------------------------------------------------------------33

SPECIFICATION INDEX

Joint Selection------------------------------------------------------33
Lubricants for Prefabricated Pipe Gaskets---------------------------35
Manhole Cones-------------------------------------------------------28
Manhole Steps-------------------------------------------------------29
Materials and Equipment not Locally Produced------------------------24
Metal Reinforcement in Concrete-------------------------------------26
Other Types of Pipe-------------------------------------------------33
PIPE----------------------------------------------------------------29
Plastic Pipe for Force Main-----------------------------------------32
Polyvinyl Chloride Pipe---------------------------------------------32
Portland Cement-----------------------------------------------------25
PRECAST CONCRETE BOX CULVERTS---------------------------------------36
PRECAST MANHOLES----------------------------------------------------28
Primers and Adhesives-----------------------------------------------35
Reinforced Concrete Manholes----------------------------------------28
Reinforced Concrete Pipe--------------------------------------------31
Rejected Materials--------------------------------------------------25
Riser Sections------------------------------------------------------29
Sampling, Inspection and Testing------------------------------------24
sand----------------------------------------------------------------26
Sanitary and Combined Sewer Pipe------------------------------------29
Sewer Brick---------------------------------------------------------28
Sources of Supply---------------------------------------------------24
STEEL AND CASTINGS--------------------------------------------------26
Steel Castings------------------------------------------------------26
Storage of Materials------------------------------------------------25
Stormwater Sewer Pipe-----------------------------------------------30
Structural Steel----------------------------------------------------26
Water---------------------------------------------------------------26
Meaning of Plans and Specifications----------------------------------5
MEASUREMENT AND PAYMENT---------------------------------------------18
final cost estimate-------------------------------------------------22
Limitation on Pay Quantities----------------------------------------19
Materials and Labor Bills-------------------------------------------21
Measurement of Quantities-------------------------------------------18
Payment for Changes and Extra Work----------------------------------19
Payment on Cash Contracts-------------------------------------------22
progress payments---------------------------------------------------21

Scope of Payment--------------------------------------------------------------19

Taxes-------------------------------------------------------------------------22

Metal Reinforcement in Concrete-----------------------------------------------26

METHOD OF MEASUREMENT AND BASIS OF PAYMENT---------------------------51,69,92

    Abandonment-------------------------------------------------------------124

    Additional fill----------------------------------------------------------94

    Backfill around Structures----------------------------------------------73

    Backfill - Jetted-------------------------------------------------------68

    Box Culverts------------------------------------------------------------93

    Change of Trench or Channel Location------------------------------------47

    Clearing----------------------------------------------------------------51

    Compacted backfill------------------------------------------------------72

    Compaction in Channels--------------------------------------------------94

    concrete cradle---------------------------------------------------------70

    Concrete for Encasement-------------------------------------------------70

    connection to an existing manhole-------------------------------------117

    Cross Sections (Channel Excavation) ----------------------------------85

    Crushed Limestone-------------------------------------------------------93

    Curved or Radius Pipe---------------------------------------------------69

    Excavation for Structures-----------------------------------------------52

    excavation of existing sewer pipe---------------------------------------52

    Gabion Basket Channels--------------------------------------------------86

    Granular Backfill-------------------------------------------------------73

    Grouted rock blanket----------------------------------------------------93

    Grouting--------------------------------------------------------------104

    HEADWALLS, INTAKE AND OUTLET RESOURCES-------------------------------123

    Inlet-manholes----------------------------------------------------------71

    Inlets------------------------------------------------------------------71

    Junction Chambers-------------------------------------------------------72

    Lumber Ordered Left in Place--------------------------------------------53

    Manholes----------------------------------------------------------------53

    Multiple-Unit Inlets----------------------------------------------------68

    Paved channels----------------------------------------------------------92

    Payment for Excavation--------------------------------------------------53

    Payment for Private Underground Facilities------------------------------54

    Payment for Sanitary House Laterals------------------------------------54

    Payment for Stanking----------------------------------------------------53

    Pipe Connections to Existing or New Paved Channel----------------------94

Pipe Sewers----------------------------------------------------------------69

Pipe Sewers in Bored Holes------------------------------------------------100

Pipe Sewers in Earth Tunnel-----------------------------------------------105

Pipe Sewer in Jacked Liners-----------------------------------------------101

Pipe Sewers Installed by Jacking------------------------------------------101

Pipe Sewers Installed by Trenchless Methods-------------------------------108

Pipe Sewers Installed by Tunnel Bore Method-------------------------------98

Removal of Temporary Shafts-----------------------------------------------98

Removal of Unsuitable Subgrade--------------------------------------------48

Rock Blanket--------------------------------------------------------------93

Seeing--------------------------------------------------------------------114

Sidewalks and Driveways---------------------------------------------------121

Sodding-------------------------------------------------------------------113

Tees, Wyes, Bends, Stubs, Etc. -------------------------------------------70

Trench Backfill-----------------------------------------------------------72

Trench Excavation---------------------------------------------------------51

Utility Removal and Relocation--------------------------------------------46,54

MISCELLANEOUS-----------------------------------------------------------------116

ABANDONMENT-------------------------------------------------------------124

Backfill under Pavement and Roadways Wearing Surfaces-------------------123

CONNECTIONS TO EXISITING FACILITIES------------------------------------116

CROSSING OF RAILROADS, STREETS, AND HIGHWAYS---------------------------118

Curb and Gutter--------------------------------------------------------122

HEADWALLS, INTAKE AND OUTLET STRUCTURES--------------------------------123

REMOVAL AND REPLACEMENT OF PAVEMENTS AND ROADWAY WEARING SURFACES------119

Sidewalk and Driveways-------------------------------------------------121

SIGNS------------------------------------------------------------------126

MORTAR AND GROUT--------------------------------------------------------------78

OPEN CUT EXCAVATION-----------------------------------------------------------45

Other Types of Pipe-----------------------------------------------------------33

Outlet Structures-------------------------------------------------------------124

Partially Improved Roadway Wearing Surfaces-----------------------------------119

PAYMENT-----------------------------------------------------------------------18

See MEASUREMENT AND PAYMENT--------------------------------------------18

PIPE--------------------------------------------------------------------------29

PIPE LAYING-------------------------------------------------------------------59

PIPE SEWER CONSTRUCTION-------------------------------------------------------55

BEDDING----------------------------------------------------------------59

134

Channel Construction--------------------------------------------------------55

CONCRETE CRADLE-------------------------------------------------------------62

CONCRETE ENCASEMENT---------------------------------------------------------62

curved alignments-----------------------------------------------------------59

cut sheets------------------------------------------------------------------55

FIELD TESTS-----------------------------------------------------------------56

Fittings and Special Pipes--------------------------------------------------60

General Construction Conditions---------------------------------------------55

GROUTING------------------------------------------------------------------104

METHODS OF MEASUREMENT AND BASIS OF PAYMENT---------------------------------69

PIPE LAYING-----------------------------------------------------------------59

PIPE SEWERS IN BORED HOLES------------------------------------------------100

PIPE SEWERS IN EARTH TUNNEL-----------------------------------------------105

PIPE SEWERS IN JACKED LINER-----------------------------------------------101

PIPE SEWERS IN ROCK TUNNEL------------------------------------------------100

PIPE SEWERS INSTALLED BY TUNNEL BORE METHOD-------------------------------106

SEWERS INSTALLED BY JACKING-----------------------------------------------101

SEWERS INSTALLED BY TRENCHLESS METHODS------------------------------------106

Spaces Between Pipe and Tunnel Liner or Rock Surfaces-----------------------98

Spaces Between Tunnel Excavation and Liner----------------------------------98

STRUCTURES------------------------------------------------------------------62

TRENCH BACKFILL-------------------------------------------------------------67

verification of pipe grades-------------------------------------------------55

PIPE SEWERS IN BORED HOLES------------------------------------------------100

PIPE SEWERS IN EARTH TUNNEL-----------------------------------------------105

Additional shafts-----------------------------------------------------------97

Constructive Alternatives---------------------------------------------------95

Pipe Laying-----------------------------------------------------------------98

Removal of Temporary Shafts-------------------------------------------------98

Shafts----------------------------------------------------------------------97

Spaces Between Pipe and Tunnel Liner or Rock Surfaces-----------------------98

Spaces Between Tunnel Excavation and Liner----------------------------------98

Tunnel Drainage-------------------------------------------------------------97

Tunnel Plant----------------------------------------------------------------97

Tunneling-------------------------------------------------------------------96

PIPE SEWERS IN JACKED LINER-----------------------------------------------101

PIPE SEWERS IN ROCK TUNNEL------------------------------------------------100

PIPE SEWERS INSTALLED BY TUNNEL BORE METHOD-------------------------------106

Plastic Pipe for Force Mains------------------------------------------------32
    Mandrel (Deflection) Testing--------------------------------------------58
Polyvinyl Chloride Pipe-----------------------------------------------------32
Portland Cement-------------------------------------------------------------25
PRECAST CONCRETE BOX CULVERTS-----------------------------------------------36
PRECAST MANHOLES------------------------------------------------------------28
Primers and Adhesives-------------------------------------------------------35
PROSECUTION, PROGRESS AND ACCEPTANCE OF THE WORK----------------------------10
    Acceptance of the Work--------------------------------------------------13
    Contractor's Delays or Abandonment-------------------------------------11
    Contractor's Liability for Exceeding the Contract Period---------------11
    Contractor's Relief from Maintenance and Responsibility----------------12
    District's Liability for Delays----------------------------------------11
    District's Right to Use Work Prior to Acceptance-----------------------12
    Field Approval of the Work---------------------------------------------12
    Order of Work----------------------------------------------------------10
    Time of Commencement---------------------------------------------------10
    Time of Completion-----------------------------------------------------13
    Work to Stop During Unsuitable Weather---------------------------------11
PROTECTION AND RESTORATION OF SITE-----------------------------------------110
    AGREEMENTS WITH PROPERTY OWNERS---------------------------------------112
    APPROVAL OF PAYMENT---------------------------------------------------114
    CLEANUP---------------------------------------------------------------112
    CONTRACTOR'S RESPONSIBILTY--------------------------------------------110
    FENCES----------------------------------------------------------------112
    removal of trees, shrubs and plants-----------------------------------110
    SEEDING---------------------------------------------------------------114
    SODDING---------------------------------------------------------------113
    temporary fencing-----------------------------------------------------110
Public Convenience and Safety-----------------------------------------------15
Reinforced Concrete Manholes------------------------------------------------28
Reinforced Concrete Pipe----------------------------------------------------31
REINFORCING STEEL-----------------------------------------------------------83
Rejected or Unauthorized Work-----------------------------------------------10
REMOVAL AND REPLACEMENT OF PAVEMENTS AND ROADWAY WEARING SURFACES----------119
removal of trees, shrubs and plants----------------------------------------110
Removal of Unsuitable Subgrade----------------------------------------------48
RESPONSBILITIES OF THE CONTRACTOR-------------------------------------------13

Cooperation Between the Contractor, Utility Owners, and Other Contractors-------17

Disposition of Materials-----------------------------------------------------17

Indemnification--------------------------------------------------------------16

Insurance-------------------------------------------------------------------17

Labor Competency-------------------------------------------------------------15

Observance of Laws and Regulations-------------------------------------------13

permits and licenses--------------------------------------------------------14

Project Site Maintenance----------------------------------------------------15

Public Convenience and Safety-----------------------------------------------15

Public Officials Not Personally Liable--------------------------------------17

Superintendence-------------------------------------------------------------15

Testing---------------------------------------------------------------------18

Traffic---------------------------------------------------------------------18

Use of Explosives-----------------------------------------------------------17

Rights-Of-Way and Easements--------------------------------------------------5

Rigid Base Pavements------------------------------------------------------120

ROCK BLANKET--------------------------------------------------------------86

ROCK LINED CHANNELS-------------------------------------------------------89

Sampling, Inspection and Testing------------------------------------------24

sand----------------------------------------------------------------------29

Sanitary and Combined Sewer Pipe------------------------------------------26

SCOPE OF WORK-------------------------------------------------------------4

Additions or Omissions of Work-----------------------------------------5

Ambiguity of Plans or Specifications-----------------------------------5

Asbestos, PCBs, Petroleum, Hazardous Waste or Radioactive Material-----7

Changed or Unforeseen Conditions---------------------------------------6

Changes Requested by the Contractor------------------------------------6

Decision of Director Conclusive----------------------------------------5

Meaning of Plans and Specifications------------------------------------5

Or Equal Clause-------------------------------------------------------5

Rights-or-Way Easements-----------------------------------------------5

Submittal of Claims---------------------------------------------------6

SEEDING------------------------------------------------------------------114

Setting of Castings, Frames, Fittings and Steps--------------------------66

Sewer Brick--------------------------------------------------------------28

SEWERS INSTALLED BY JACKING---------------------------------------------101

SEWERS INSTALLED BY TRENCHLESS METHODS----------------------------------106

Shafts------------------------------------------------------------------97

Shoring------------------------------------------------------------44, 50
Sidewalks and Driveways-------------------------------------------121
SIGNS-------------------------------------------------------------126
SODDING-----------------------------------------------------------113
Specifications------------------------------------------------------3
    Meaning of------------------------------------------------------3
Stanking-----------------------------------------------------------51
STEEL AND CASTINGS------------------------------------------------26
Steel Castings----------------------------------------------------26
Storage of Materials----------------------------------------------25
Stormwater Sewer Pipe---------------------------------------------30
Structural Steel--------------------------------------------------26
STRUCTURES--------------------------------------------------------62
    Brick Masonry Construction-----------------------------------64
    Concrete Structures-------------------------------------------63
    Inlet and Outlet Pipes---------------------------------------66
    Precast Manholes, Inlets and Appurtenances-------------------63
    Setting of Castings, Frames, Fittings and Steps-------------66
Submittal of Claims------------------------------------------------6
Tees--------------------------------------------------------------60
Testing-----------------------------------------------------------18
TRENCH BACKFILL---------------------------------------------------67
    Granular or Other Compacted Materials-----------------------68
    Jetted-------------------------------------------------------68
Trench and Channels with Sloping Sides----------------------------50
Unauthorized Excavation-------------------------------------------48
Unauthorized Work-------------------------------------------------10
UNUSUAL EXCAVATION CONDITIONS-------------------------------------45
Use of Explosives---------------------------------------------17, 48
    Excavation in Rock------------------------------------------48
Utilities---------------------------------------------------------46
Utility Removal---------------------------------------------------46
    Payment for-------------------------------------------------54
verification of pipe grades---------------------------------------55
Water-------------------------------------------------------------26
    control during construction---------------------------------49
    maximum water content---------------------------------------74
    shall not be added at site----------------------------------76

SPECIFICATION INDEX

water in excavation----------------------------------------------------------60

Wyes-------------------------------------------------------------------------60

## PART 4 – PIPE SEWER CONSTRUCTION

**Section B, Pipe Field Tests, Paragraph 2, Reach Integrity Testing** – delete the first sentence and the following replacement applies:

> All sanitary and combined sewers shall sustain a maximum leakage limit of 100 gallons/inch of pipe diameter/mile of line/day, as required by the Missouri Department of Natural Resources Specifications.

**Section B, Pipe Field Tests, Paragraph 2, Reach Integrity Testing, Subparagraph c, Infiltration/Exfiltration Testing** – delete the sixth sentence, concerning leakage limits, and the following replacement applies:

> The measurement of leakage shall not exceed 100 gallons/inch of pipe diameter/mile of line/day, as required by the Missouri Department of Natural Resources Specifications.

**Section B, Pipe Field Tests, Paragraph 4, Manhole Testing, Subparagraph a, Vacuum Testing** – after the first sentence, the following addition applies:

> The vacuum test must be performed prior to backfilling around the manhole unless the contractor provides documentation from the precast manhole manufacturer stating that the manhole may be vacuum tested after backfilling has taken place. The contractor must submit this documentation prior to backfilling around any manhole.

**Section B, Pipe Field Tests, Paragraph 4, Manhole Testing, Subparagraph b, Exfiltration Testing** – delete the second sentence, concerning leakage limits, and the following addition applies:

> For exfiltration testing, the allowable leakage limit is 100 gallons/inch of pipe diameter/mile of line/day when the average head on the test section is three feet (3') or less.