# A.L.L. Construction, LLC

3821 Melba Pl.
St. Louis, Missouri 63121
314-599-8105 fax 314-381-0127

**Invoice No. MSD DUNLOE100**

## INVOICE

**Customer**
- Name: Metropolitian St. Louis Sewer District
- Address: 7500 Mintert Industrial Dr
- City: Ferguson    State: MO    ZIP: 63135
- Phone:

- Date: 3/30/2016
- Order No.: P.O.#624675
- Rep: ALL
- FOB: St. Louis

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Remove and replace 15 feet deep manhole | $19,850.00 | $19,850.00 |

**Payment Details**
- ○ Cash
- ◉ Check
- ○ Credit Card

Name A. L. L. Construction

CC # Anton Lumpkins

SubTotal: $19,850.00
Shipping & Handling: $0.00
**TOTAL: $19,850.00**

Office Use Only

Have a Great Day

**EXHIBIT**
tabbies
0

MSD RFP 853