**Metropolitan St. Louis Sewer District**

IBM

**Reporting Report**

3416175: 23Q3-068S

PLEASE REMOVE AND REPLACE THE BADLY DETERIORATED 14FT' CONCRETE M.H. THANK YOU.

**Customer Information**

| | | | |
|---|---|---|---|
| Street Address: | City: | State / Province: | Zip / Postal Code: | County: |
| 1226 DUNLOE RD | BALLWIN | MO | 63021 | SAINT LOUIS COUNTY |

Asset: GIS-1483462    Asset Description: GIS_MANHOLES, NONE, 23Q3-068S, Sanitary, Drop Manhole, MSD, 562.63, 546.91
Location: SSA-GRAND GLAIZE CREEK-MHS    Location Description: GRAND GLAIZE CREEK SANITARY AREA-MANHOLES
CI:    CI Description:

Asset Measurements: Length (FT):    Width (IN):    Height (IN):    Top Elevation (IN): 562.63

| | |
|---|---|
| Sched Start: | Site: CS |
| Sched Finish: | Priority: 6 Months |
| Actual Start: | Work Type: CM |
| Actual Finish: | Status: WAPPR |
| Report Date: | Failure Class: MANHOLE |
| Reported By: WAGNER, MICHAEL L. | Problem Code: |
| Crew ID: | Contact: 314-267-3416 |

| | |
|---|---|
| Job Plan: RPM | |
| Supervisor: KEAVENY, GERALD J. | |
| Vendor: | |
| Owner: NEWPORT, THOMAS | |
| Service: | |
| GL Account: 1101.06055.51011.00. | |
| Classification: REPLACE MANHOLE | |

MSD RFP 892

10, 2016 8:05:36 AM CST

1 / 2

**EXHIBIT Q** tables*

