

EXHIBIT R

**METROPOLITAN ST. LOUIS SEWER DISTRICT**
**SMALL REPAIR PROJECT REQUIREMENTS**
**January 27, 2016**

All work performed shall be in accordance with the **current version of the "Metropolitan St. Louis Sewer District Standard Construction Specifications for Sewers and Drainage Facilities"**.

The contractor must have a **current Consent Decree (CD) Compliance document, regarding reading the CD and record retention, and certificate of insurance, listing the District as an additional insured** regarding liability, on file with the District.

The contractor or joint venture must have an appropriate **master drain layer's license and any other license** to obtain permits from the District and the municipalities in which work is to be performed.

The contractor will be required to **obtain permits from other agencies** and post any performance bond required by permits. The contractor shall obtain all permits required from St. Louis County prior to performing any work in County jurisdiction and **the contractor must provide a copy of all permits required by St. Louis County prior to payment**.

All MSD funded construction carries **Prevailing Wage requirements** per RSMo 290.210 – 290.340, and **Living Wage requirements** per MSD Resolution 3116. The current **Annual Wage Order is No. 22, updated January 22, 2016**, and is available on the MSD website or from the person soliciting bids. The applicable Living Wage rate shall be as determined by the City of St. Louis Compliance Official and is available from the person soliciting bids. No less than the Prevailing and/or Living Wage, whichever is greater, shall be paid to workers engaged in construction and a penalty of $100 per day, or portion of a day, shall be paid to the District if a worker is paid less than required by law. In accordance with Missouri State Statutes, Section 290.560, whenever there is a period of excessive unemployment in this state, the Contractor shall employ only Missouri laborers and laborers from nonrestrictive states on this project.

Contractors are required to **notify homeowners at least one day, but not more than 7 days, before** construction begins. Homeowner contact information can be found on work orders generated by Service Requests.

Contractors are also required to post an MSD Infrastructure Repair sign at the project site. 18" x 24" metal sign faces will be provided for the contractor's use. The contractor needs to indicate his contact information on the sign, attach the sign to sign post and install it at the site.

Work is **bid as lump sum and includes restoring all existing connections, up to 4 feet of pipe for every pipe connecting to each structure**, removing and replacing fences, installation of temporary fence unless property owner indicates it is not necessary, **replacement of pavement and sidewalk, and sodding**, in kind, to equal or better condition, for all areas disturbed by the work.

When sod cannot be obtained, **temporary seeding** will be required at completion of the work, with **overseeding the following Spring**. If the seed does not germinate well, **sod may be required**.

Work should be **started within 2 months of award**, and pursued continuously until completed.

The Purchase Order shall serve as the contract and the notice to proceed. All bid documents, and the CD Compliance document for Fiscal Year 2016 are also a part of the contract. The District shall be an additional insured for the project, on a primary and non-contributory basis. With the PO, the District will furnish a signed project exemption certificate, authorizing purchases of materials to be incorporated into and consumed by this project on a tax-exempt basis, as provided by RSMo 144.062.

Restoration work is **warranted for one year** after acceptance.

**Payment** will be made after completion and approval of the work. A **certification of payment form** from the contractor and an **Affidavit(s) of Compliance with the Prevailing Wage Law and the Living Wage Resolution** from the contractor and any subcontractors must be provided prior to payment. Prevailing Wage Forms can be obtained on the State website http://labor.mo.gov/div_pubs_forms.asp#DLS or from the Inspector.

**MBE Utilization reports** must be submitted with any request for payment on projects with costs of $50,000 or greater. Utilization reports are requested on all projects to assist the District in monitoring the program. These forms will be forwarded to the Manager of Diversity Programs.