**Javas Smith**

| | |
|---|---|
| **From:** | Michael Buechter |
| **Sent:** | Tuesday, April 19, 2016 2:30 PM |
| **To:** | allconstr2@sbcglobal.net |
| **Cc:** | Steven A. Valli; Shonnah Paredes; Thomas Newport; Rich Unverferth; Brad Nevois |
| **Subject:** | 1226 Dunloe Rd. (WO# 3416175) |

Anton,

I am sorry we were not able to complete our call earlier today.

As we discussed the District had the manhole your firm installed at 1226 Dunloe Rd. (WO# 3416175) CCTV'ed and visually inspected. The inspection work reveals that the "drop manhole" was not properly installed and also the District Inspector (Mr. Thomas Newport) was not called until the work was nearly complete. This situation is not acceptable to the District. Therefore, to proceed forward the District offers the following options:

1. For your firm to receive full payment for the work ($19,850.00) the manhole must be removed and properly reinstalled in accordance with District standards and with the District Inspector present. Further substandard work, including but not limited to failure to call the Inspector in a timely manner, failure to respond to bids and/or poor construction, will result in your firm's removal from the Small Contractor Program.
2. If you do not wish to replace the manhole the District will have the work completed by others and your firm will be removed from the Small Contractor Program. In this case the District will offer only payment for the materials which may be reused.

Regardless of the option pursued the District wishes to bring this situation to a conclusion quickly to avoid repeated and prolonged disturbance to the property owner. Therefore if you wish to pursue the first option work must be complete by May 13th otherwise the District will pursue the second option.

Please let me know how you wish to proceed.
**Michael T. Buechter, PE**
Program Manager
Metropolitan St. Louis Sewer District
2350 Market Street I St. Louis, MO  63103-2555
email: mtbuec@stlmsd.com I phone: 314.768.2772



stlmsd.com - projectclearSTL.org

Please consider the environment before printing this e-mail.

1

