STATE OF MISSOURI        )
                                  ) ss.

CITY OF ST. LOUIS        )

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared Todd J. Aschbacher, Attorney III, of the Metropolitan St. Louis Sewer District, who being by me duly sworn, deposed as follows:

My name is Todd J. Aschbacher, I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated:

I am a Custodian of Records for The Metropolitan St. Louis Sewer District.   Enclosed herewith are the records of the Metropolitan St. Louis Sewer District.   These records are kept by The Metropolitan St. Louis Sewer District in the regular course of the District's business and it was the regular course of business of Metropolitan St. Louis Sewer District for an employee with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis.  The records attached hereto are the original or exact duplicates of the original.

In witness hereof I have hereunto subscribed my name and affixed my official seal this ⟨7th⟩ day of ⟨May⟩, 2018.

                                           _____
                                           Affiant

(Seal)

Subscribed and sworn to before me, a Notary Public, this ⟨9th⟩ day of

⟨May⟩, 2018.

_____
Notary Public

My commission expires: 5-27-2019

LAURA A. DUFFIN
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: May 27, 2019
Commission Number: 15951200

Re:   *MSD Board Journal minutes June 9, 2016*



EXHIBIT

U

JOURNAL OF THE (1578th) MEETING OF THE BOARD OF TRUSTEES
THE METROPOLITAN ST. LOUIS SEWER DISTRICT
June 9, 2016 at 5:00 p.m.

The Trustees of the District met in Room 109 at 2350 Market on the above date.

Present at the meeting were:

| Board of Trustees | Staff Members |
|---|---|
| M.E. Yates, Chair | B.L. Hoelscher, Executive Director |
| J.P. Faul, Vice Chair | T.R. Snoke, Secretary-Treasurer |
| Rev. R. Bobo | S.M. Myers, General Counsel |
| A.K. Mandel | M. M. Gee, Director of Finance |
| J. Singer | R.L. Unverferth, Director of Engineering |
| R.L. Bonner | |

Also present were:

| | | | |
|---|---|---|---|
| Tamara Clinton | MSD | Cary Duchene | Black & Veatch |
| Shonnah Parades | MSD | Marie Collins | MSD |
| Vickie Edwards | MSD | Barbara Mohn | MSD |
| Ronny Griffin | Laborers Local | Eric Moore | AFSCME |
| Anton Lumpkins | A.L.L. Construction | Rebecca Losli | Burns and McDonnell |
| John Welch | MSD | Ed Laux | RJN Group |
| Michael Murphy | SEIU Local 1 | Tom Sullivan | |
| Betsy Schubert | MSD | John Kahrhoff | IBEW Local 1 |
| Theresa Bellville | MSD | John Strahlman | MSD |
| Paula Hart | Hart | Bret Berthold | MSD |
| Mike Grace | MSD | Tim Kratz | MSD |
| Chris Miller | MSD | Jack Dobbs | MSD |
| Mark Walters | MSD | Jacob Dugal | MSD |
| Greg Rousseau | MSD | Titus Childs | MSD |
| Kevon Benton | MSD | Jason Rench | MSD |
| Joe Flieg | MSD | Ed Rulo | MSD |
| Scott Deering | MSD | Brian Mantia | MSD |
| John Franks | CBTU | Edward Bell | CBTU |
| Leon Spivey | MSD | Cordell Queathem | Queathem Family Trust |
| Mike Ing | MSD | Tracy Allmon | MSD |
| Jesse Milam | MSD | Randy Belcher | MSD |
| Calvin Miller | MSD | Roosevelt Lore | MSD |
| Urana Ballard | MSD | Kevin McMorrow | MSD |
| Russ Leinberger | MSD | Dawan Burnett | MSD |
| Brian Shaffer | MSD | Lew Moye | CBTU |
| Eric Wisner | STL Refuse | Gerry Kettler | |
| Rodney Ennis | MSD | James Ozier | CBTU |
| Keith Weaver | STL Refuse | Tim Leuther | MSD |
| Andre Dixon | MSD | Ericka Strong | MSD |
| Todd Aschbacher | MSD | Jim Coll | B&MCD |
| Charlotte Ferguson | MSD | Tiffani Parsons | MSD |
| Dominique Daubray | Gonzalez Companies | Will Ward | MSD |
| Kevin McMorrow | MSD | Risha Collins | MSD |
| Debra Carter | MSD | | |

Trustee Yates asked for roll call of all Trustees at 4:00 pm.

Motion was made by Trustee Bobo and seconded by Trustee Faul for the Board to go into closed session to discuss **LEGAL, CONFIDENTIAL OR PRIVILEGED MATTERS UNDER § 610.021(1), AND PERSONNEL ACTIONS UNDER §610.021(3), RSMO 1988 SUPP.**
Upon motion made by Trustee Yates, the Board moved into open session.

The 1578th meeting was called to order at 5:08 p.m.  Trustee Yates asked for the approval of the Journal of preceding minutes.  Motion was made by Trustee Mandel and seconded by Trustee Bobo to approve the May 12, 2016 Journal.  The Journal was approved by unanimous vote.

~ ~ ~ ~ ~

Comments from the Chair.

Item 47 on tonight's agenda is an ordinance for a merit increase for Secretary-Treasurer Tim Snoke.  By Charter, the salary for the Secretary-Treasurer is set by Board approved ordinance.

One of the Board's primary responsibilities – if not it's most important duty – is to be responsible stewards of the public funds entrusted to MSD.  Part of this function involves setting policies that attract and retain competent and well qualified employees.

For several years now, MSD has had a merit based compensation policy in place for professional and other employees.  This policy calls for establishing specific goals for each individual employee.  An employee's performance against these goals determines if they receive a salary increase and the level of that increase.

Over the past year, examples of Mr. Snoke's goals and accomplishments included the completion of low-interest bond issuances totaling $225 million; refinancing $90 million of existing debt, saving over $1 million per in year in debt service over the next 20-years; and switching banks and bringing some investment management activities in-house, which is expected to save over $150,000 per year in fees.  Important strengths of Mr. Snoke's performance included promoting policies and financial functions which are cost effective and efficient; communicating complex financial issues in ways that are easy to understand; and a focus on fiscal integrity.

The Board met with Mr. Snoke earlier this year and conducted an in-depth review of his performance.  This review determined that Mr. Snoke made significant progress or achieved outstanding success on each of these and other goals.  Accordingly, and based on performance, Mr. Snoke will receive a merit increase if Ordinance 14408 is approved by the board tonight.  He would receive a 3% merit increase of $4,700, which would raise his salary for the next year from $154,500 to $159,200.

Thank you and that concludes my remarks.

~ ~ ~ ~ ~

Trustee Bobo reported that The Audit Committee met at 7:35 AM on Thursday, June 2, 2016.  In attendance were Trustees Bobo, Bonner, Faul, Mandel, Singer and Yates. The Committee approved the minutes from the May 3 meeting.  The Chairman had no comments.

Staff presented the FY '17 Risk Assessment and Internal Audit Plan, which included an overview of the risk assessment process, a summary of the overall internal audit cycle, and an overview of the various engagements to be performed as part of the FY '17 audit plan.

Next, Staff presented a Status Update, which included a summary of the current and future activities of the internal and the external audit functions.

To close the meeting, Staff provided an update regarding the RFP process to select a firm for the 2016 Management Audit, stating that three proposals had been received. The option to participate in the proposal evaluation process was offered to the Committee.

Questions were addressed by Staff as they were received from the Committee. The meeting adjourned at approximately 7:50 am. The next meeting is scheduled tentatively for Tuesday, July 5, 2016. This concludes the Audit Committee Report.

~ ~ ~ ~ ~

Trustee Singer reported that The Program Management Committee met on June 2, 2016 at 7:52 a.m. The meeting was attended by trustees Singer, Faul, Bonner, Mandel, Bobo, and Yates.

The minutes of the May 3, 2016 meeting were approved.

The agenda items to be introduced tonight were presented and discussed, including a detailed discussion regarding the following items:

Ordinance No. 14400 – Wastewater Infrastructure Repairs – Staff discussed the annual appropriation for contracted repair work on the wastewater collection system. Staff then provided fiscal year 2016 results for the small contractor repair program and stated that approximately 28% of the work was being performed by minority or women contractors.

Ordinance No. 14403 – Sappington Creek Inflow and Infiltration Reduction – Staff entertained questions from the Committee regarding the higher bids being received for the private inflow removal work. Staff explained numerous potential reasons for this occurrence.

Ordinance No. 14405 – Jennings Station Road Property Acquisition – Staff requested approval to proceed with further condemnation to acquire a single home remaining in the area planned for a future stormwater detention basin. This basin and project will relieve an existing overcharged combined sewer system causing building back-ups in the area. There was a brief discussion on the public input for the project and the final appearance of the basin.

Staff then updated the Committee on the temporary suspension of the use of reinforced concrete pipe for sanitary sewers on District projects. Staff provided details and activities of a special committee formed to review the use of this product. They further indicated that the results and recommendations of the committee will be forthcoming within the next month. Staff will update progress at the July committee meeting.

Staff initiated a discussion regarding the large number of introductions to be presented at the July Program Management meeting. The discussion resulted in a preference to have the meeting at a different time than the other committee meetings and that the format would be very similar to current meetings. Staff anticipates approximately a two hour meeting.

The meeting was adjourned at 8:35 a.m. The next Committee meeting is tentatively scheduled for Tuesday, July 5, 2016 at 7:45 a.m.

~ ~ ~ ~ ~

Trustee Bonner reported that The Finance Committee met on June 2, 2016 with Trustees Bonner, Mandel, Yates, Bobo, Singer, and Faul in attendance. The minutes from the May 3, 2016 meeting were approved.

The first item on the agenda consisted of a staff request for authorization to enter into a contract with Gallagher Benefit Services to provide professional consulting services for the District's group medical plan, dental plan, life and AD&D, legal plan and long-term disability. This will be Ordinance #14407 on tonight's agenda.

Next, staff requested authorization to exercise the first option year of the contract with Corporate Claims Management Inc. (CCMI). The contract provides for an initial term of one year with four additional one-year renewal terms. CCMI provides third party administration services for the District's water back-up, workers' compensation, general liability, auto, errors and omissions, and any other claims against the District and Trustees/Staff. This will be Resolution #3283 on tonight's agenda.

The next item on the agenda was a discussion by staff of the proposed change in the Compensation Plan. The change consists of revised compensation grades for C schedule and BT schedule classified employees. The Committee agreed to forward this item for Board consideration. This will be Ordinance #14411 on tonight's agenda.

Staff then reported on the District's Operating Fund Portfolio as of May 31, 2016. Staff indicated that the portfolio is in compliance with the District's investment policy.

The next item on the agenda consisted of a request by staff to enter into contracts with Public Financial Management, Inc. (PFM) and Independent Public Advisors, LLC (IPA) to assist with general and transactional professional financial advisory services for three years with two additional one year renewals. This will be Ordinances #14409 and #14410 on tonight's agenda. The Committee requested a copy of the rating criteria summary of the four qualified firms that responded to the RFP and a breakdown of the PFM workforce. Staff committed to providing the requested information.

Included on tonight's agenda is a staff request to transfer fund balances from Debt Service Funds 2006C, 2008A, 2010B, 2011B, 2012A, 2012B, 2013B, 2015A and the General Fund to other Debt Service Funds. This transfer is conducted on an annual basis to adjust for differences in actual and budgeted debt payments that occur due to the timing of the issuance of senior and subordinate bonds. This will be Resolution No. 3273 on tonight's agenda.

The meeting ended with a discussion on the Defined Benefit Asset Allocation. Staff

recommended that an Asset Liability Study and a compliance review be performed and that applicable policies be modified as necessary.

The meeting adjourned at 9:15 a.m. The next tentatively scheduled meeting is Tuesday, July 5, 2016. This concludes the Finance Committee Report.

~ ~ ~ ~ ~

Trustee Faul reported that the Stakeholder Relations Committee met at District Headquarters on Tuesday, June 2, 2016 at approximately 9:16 a.m. In addition to public attendance, those present at the meeting included Trustees Yates, Faul, Singer, Mandel, Bobo and Bonner, as well as District Directors and staff.

The first item was a discussion by Susan Myers regarding four (4) Resolutions for contract renewals for General Legal Services. The Resolutions will authorize the District to exercise the first option year of a contract with the firms of Armstrong Teasdale, Hale Law Firm, Rynearson Suess, Schnurbusch & Champion, and Thompson Coburn. These contracts will provide the District with general legal services and are Resolution Nos. 3284, 3285, 3286 and 3287 on tonight's agenda.

The second item was a discussion by Susan Myers regarding a Resolution for Federal Legislative Lobbying Services. This Resolution will authorize the District to exercise the first option year of the contract with Cardinal Point Partners. This contract will provide the District with federal legislative lobbying services and is Resolution No. 3282 on tonight's agenda.

The last item was a discussion by Marion Gee providing a Kirkwood billing update. In early 2015, the City of Kirkwood changed their water metering system to read in thousands of gallons rather than cubic feet, or CCF's. MSD uses the CCF method to calculate service usage and billing amounts and therefore a program was written to convert the Kirkwood customer's water usage back to CCF's. Due to an error in that program, many residential and commercial customers of Kirkwood were billed incorrectly. 7300 accounts were impacted; a total of 6400 residential and 850 commercial customers. MSD has been working with all customers to either issue refunds or to establish payment plans as requested. MSD is working individually with each customer as they call in to request assistance. There is no Board action required at this time.

At approximately 9:25 a.m., Chairman Faul moved to go into Closed Session to discuss legal, confidential or privileged matters under RSMo §610.21(1) and was seconded by Trustee Mandel.

At approximately 12:20 pm., Chairman Faul moved to end Closed Session, was seconded by Trustee Singer and the meeting was then adjourned.

~ ~ ~ ~ ~

Comments from the Public:

Trustee Yates reminded everyone that all public speaking is limited to 5 minutes and if there is a group speaking on the same issue, the group should assign one individual to speak on the issue.

- Michael Murphy, as a Union Rep for SEIU and represents workers at Treatment plants and pump stations, distributed information to the board information that he will discuss re: the Pay ordinance and the health insurance and bargaining discussions that were currently being negotiated. Mr. Murphy thanked the board and explained that he comes to the Board to express opposition to the repeal of Ordinance 13814, the Pay Ordinance for all Unions and employees.
    o Mr. Murphy indicated that repealing of the ordinance would negatively impact the bargaining units since they are still engaged in the bargaining process and looking to gain a seat at the table as a decision maker with regard to the health insurance. He explains that last month, he spoke about the rate increase of 12.3 % coupled with the additional 5% contribution bargained with the current agreement, which expires June 24th, he believes members are taking home less money after their raise.

    o Mr. Murphy then stated that the economic proposal was presented to the District and was received with derogatory remarks. Mr. Murphy said that explanations were provided for the economic proposal, which was caused by the insurance increase. Mr. Murphy stated that there are still additional bargaining sessions scheduled and the documents distributed show all of the Unions, not just those under BT schedule, are covered under this pay ordinance. If you repeal this ordinance, you repeal other pay ordinances, which would then stop those employees under the step process from receiving step increases when due.

    o Trustee Faul asked if Mr. Murphy is referring to performance evaluation increases? Mr. Murphy stated that these increases occur annually. When they meet expectations or better they are entitled to step increase.

    o Mr. Murphy suggested that an employee should receive their steps, then engage in the bargaining of their increase and once decisions are made, the employee would receive a retroactive increase. Trustee Faul asked if the wording in 14411 was an issue and could it be re-worded to satisfy their concerns? Mr. Murphy stated Yes, as long as it is written in a way that allows the trades, who have ratified their agreement, to move forward and all others remain under the old payment schedule until agreements are reached.

    o The Board asked Human Resource Director, Vicki Edwards to address the groups concerns and explain the language in the Ordinance.

    o  The Board called the conversation due to time and Trustee Faul made a motion to pull Ordinance 14411 for further review. The Executive Director indicated that this would impact any increases for C schedule or other Unions who have already negotiated their changes if we pull this agenda item. John Kahrhoff, of IBEW Local 1, indicated he would not oppose the delay. The Board thanked Mr. Kahrhoff.

- Tom Sullivan addressed the Board and asked that the new budget include increased assistance for those homeowners who suffer from backed up sewers. Mr. Sullivan indicated that per a business journal news article, MSD was providing nearly a million dollars of assistance to Paul McKees project in North St. Louis and noted another sewer break in North County. Mr. Sullivan shared that MSD has hired external contractors to examine, investigate and inspect sewers to prevent possible threats, breaks and problems to sewer lines and asked for the board to take notice.

- Tim Katz addressed the Board regarding health Insurance. He showed pictures of his family and stated that with the current structure of the health insurance; people are paying high premiums and deductibles that would cause most people to file bankruptcy. Mr. Katz asked the Board and staff to look at a different way to provide health insurance and to help employees maintain their current life style. Mr. Katz stated he is asking for the same spending power he had in 2013.

- Anton Lumpkins addressed the board and shared that A.L.L. Construction has been removed from the small sewer repairs program since his last attendance at the April Board meeting. Mr. Lumpkins passed out various pictures of his work to the Board. Mr. Lumpkins stated that his removal is in retaliation to the Bates Utility issue. Mr. Lumpkins stated that MSD informed him they found several leaks within a manhole related to A.L.L. construction work and have video tape documenting the leak, but Mr. Lumpkins has not yet received the video tape.
  - o  Mr. Lumpkins states that A.L.L. started the small sewer repairs program in 1998 and on the two recent projects, one has already been paid for. Mr. Lumpkins states that they never were given a list re: Job completion and would like the Board to investigate A.L.L.'s removal from the small sewer repairs and reinstate them back into the program.

- Cordell Queathem discussed the Project 11790 at 860 Hog Hollow Road in Chesterfield; a request for easement to install a new sewer line next to an existing sewer line on the property.
  - o  Mr. Cordell Queathem is representing the Evelyn Queathem Family Trust disputing the location of the piping.
  - o  Mr. Queathem states that MSD should use the South side of the property, but MSD is using the North Side which is buildable ground. The south side is non-buildable ground. Mr. Queathem stated that the family asked in October 2014 that written proof be provided to determine why it has to be on the North side.

  - o  Mr. Queathem stated that On April 24, 2016, MSD provided a counter

offer unexpectedly without written proof or blue prints and indicated that the project was an emergency need.

o On May 26, 2016, the Queathem family received notice that MSD petitioned for condemnation. The Queathem family feels as if they are being mistreated during this negotiation. The Executive Director indicated that this property is not up for condemnation, but is only being introduced on this month's agenda and MSD was looking for permission. The Executive Director stated that they will review the situation, continue to negotiate and will provide a report at the next program management meeting to the Board.

- Eric Moore thanked everyone who stood in solidarity with them. Mr. Moore's expressed concern for the newly hired members who are hired through the training programs and have signed individual contracts with the district. These individuals receive raises that are guaranteed every 6 months. He asked how this pay ordinance would impact those separate contracts. The Executive Director stated it would not impact their individual contracts.

o Mr. Moore addressed the economic proposals that were presented and responded to with derogatory remarks. He noted that the membership had seen a 20% increase in premiums over the life of the 3 year agreement and that the numbers were well calculated to determine the financial impacts and the creation of the proposals. Mr. Moore thanked the Board for listening.

- Ried Lowrie member of Local 410. Mr. Lowrie gave an example of why the union should be a part of the insurance selection process. He addressed the board by explaining his salary increase in comparison to the health insurance deducted from his paycheck.

- James Ozier, President of the St Louis Chapter Coalition of Black Trade Unionists speaking in support of the AFSCME local 410 addressed the Board regarding Respect on the Job. Stated that the negotiations and communications were very unprofessional.

- DeAndre' F. Morris responded to the negotiations comments by Jonathon Sprague regarding the comments and language said, but that he has not heard these statements personally. Mr. Morris states that he does not agree with the language and hopes that someone will address the situation and stand up for them. He would like for the situation to be investigated and hopes that something can be done about the way the negotiations are being handled.

Trustee Faul read the Finding of Fact Committee Statement:

At the Budget, Capital Improvement and Replacement, User Charge and Tax Rate Public Hearing held on May 12, 2016, Trustees Faul, Yates, Singer and Mandel (alternate) were appointed to a Finding of Fact Committee to determine whether the proposed taxes should be levied, assessed and collected as recommended by staff.

The members of this Committee have reviewed the proposed tax rates and conclude that these taxes are necessary to be levied, assessed and collected in the amounts

requested to meet the District's operating and capital requirements of both the District and of the various sub-districts.

~ ~ ~ ~ ~

Trustee Yates moved to review the Consent Agenda.

The Secretary Treasurer asked if there were any board members who would like to pull an item for a separate vote within the Consent Agenda.

Trustee Bonner asked for Item #28 be pulled for separate vote.

## CONSENT AGENDA:

# ORDINANCES
*Grouped Ordinances 14370 – 14371, 14373 -14397*

**Adoption of Proposed Ord. No. 14370 - 82nd Street to I-170 Sanitary Relief (UR-08, UR-09) (Property Acquisition) (11993)**

Making an appropriation of Five Hundred Thousand Dollars ($500,000.00) from the Sanitary Replacement Fund to be used for easement acquisition, property acquisition, demolition and related activities of real property for construction of a sanitary sewer storage facility and associated structures in 82nd Street to I-170 Sanitary Relief (UR-08, UR-09) Property Acquisition (11993) in the City of University City, Missouri; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to acquire property without additional board action.

**Adoption of Proposed Ord. No. 14371 - DC-06 Deer Creek Sanitary Relief Phase III and I/I Reduction Part 2 (10576)**

Appropriating Ninety Thousand Dollars ($90,000.00) from the Operation, Maintenance, Construction, and Improvement Fund of Deer Creek and Twenty-Five Thousand Dollars ($25,000.00) from the Sanitary Replacement Fund to be used for private I/I removal in DC-06 Deer Creek Sanitary Relief Phase III and I/I Reduction Part 2 (10576) in the City of Creve Coeur, Missouri; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into Contract No. 20417 with ABNA Engineering, Inc. for the aforesaid private I/I removal.

**Adoption of Proposed Ord. No. 14373 - Marietta Dr Storm Separation and I/I Reduction (BP-292) Part 2 (11659)**

Appropriating One Hundred Thirty-Six Thousand Dollars ($136,000.00) from the Operation, Maintenance, Construction, and Improvement Fund of Maline Creek and Two Hundred Thirty-Nine Thousand Dollars ($239,000.00) from the Sanitary Replacement Fund to be used for private I/I removal in Marietta Dr Storm Separation and I/I Reduction (BP-292) Part 2 (11659) in the City of Normandy, Missouri; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into Contract No. 20418 with Wehmeyer Farms, Inc. for the aforesaid private I/I removal.

**Adoption of Proposed Ord. No. 14374 - University City Public I/I Reduction East (Hanley Hills) (12436)**

Appropriating Three Million Nine Hundred Thousand Dollars ($3,900,000.00) from the Sanitary Replacement Fund to be used for sanitary sewer rehabilitation in University City Public I/I Reduction – East (Hanley Hills) (12436) in the Cities of Pagedale and University City and the Villages of Hanley Hills and Vinita Terrace, Missouri; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into Contract No. 20407 with Insituform Technologies USA, LLC for the aforesaid sanitary sewer rehabilitation.

## CONSENT AGENDA:

# ORDINANCES

**Adoption of Proposed Ord. No. 14375 - Glen Abbey Dr. Storm Improvements (Frontenac 7-3) (11234)**

Appropriating Three Hundred Twenty-Five Thousand Dollars ($325,000.00) from the Operation, Maintenance and Construction Improvement Fund of Deer Creek for Glen Abbey Dr. Storm Improvements (Frontenac 7-3) (11234) in the City of Frontenac, Missouri; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into an intergovernmental agreement under Contract No. 20431 with the City of Frontenac, Missouri to provide financial assistance for construction of storm sewer improvements.

**Adoption of Proposed Ord. No. 14376 - Maryhill Drive Storm Sewer (11203)**

Appropriating Seventy-Five Thousand Dollars ($75,000.00) from the Operation, Maintenance, Construction, and Improvement Fund of Deer Creek to be used for storm sewer construction in Maryhill Drive Storm Sewer (11203) in the City of Ladue, Missouri; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into Contract No. 20420 with Southern Ditching & Excavating Co. for the aforesaid storm sewer construction.

**Adoption of Proposed Ord. No. 14377 - Forcee Lane Storm Sewer (10360)**

Appropriating Two Hundred Ninety-Five Thousand Dollars ($295,000.00) from the Operation, Maintenance, Construction, and Improvement Fund of Deer Creek to be used for storm sewer construction in Forcee Lane Storm Sewer (10360) in the City of Ladue, Missouri; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into Contract No. 20419 with KJU dba KJ Unnerstall Construction Co. for the aforesaid storm sewer construction.

**Adoption of Proposed Ord. No. 14378 - Data Center Colocation – Storage Implementation Services**

Authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into an agreement with the World Wide Technology for storage implementation services to be performed in support of the District's Data Center Colocation Project.

**Adoption of Proposed Ord. No. 14379 - Property and Boiler & Machinery Insurance Coverage**

Awarding a contract to F.M. Global Insurance Company (McGriff, Seibels & Williams of Missouri Inc., agent) for the District's Property and Boiler & Machinery Insurance Coverage from July 1, 2016 to June 30, 2017.

# CONSENT AGENDA:

## ORDINANCES

**Adoption of Proposed Ord. No. 14380 - Excess Flood & Earth Movement Insurance Coverage**
Awarding a contract to F.M. Global Insurance Company (McGriff, Seibels & Williams of Missouri Inc., agent) for the District's Excess Flood & Earth Movement Insurance Coverage from July 1, 2016 to June 30, 2017.

**Adoption of Proposed Ord. No.  14381 - National Flood Insurance Program (NFIP)**
Authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to execute all documents necessary in order to procure flood insurance from the National Flood Insurance Program (Federal Emergency Management Agency, Selective Insurance, agent) during the period July 1, 2016 to June 30, 2017 for the building and contents at certain specified District locations.

**Adoption of Proposed Ord. No. 14382 - Excess Workers' Compensation Insurance Coverage**
Awarding a contract to Arch Insurance Group Inc. (McGriff, Seibels & Williams of Missouri Inc., agent) for the District's Excess Workers' Compensation Insurance Coverage from July 1, 2016 to June 30, 2017.

**Adoption of Proposed Ord. No. 14383 - Fiduciary Liability Insurance Coverage**
Awarding a contract to Federal (Chubb) Insurance Company (McGriff, Seibels & Williams of Missouri Inc., agent) for the District's Fiduciary Liability Insurance Coverage from July 1, 2016 to June 30, 2017.

**Adoption of Proposed Ord. No. 14384 - Commercial Crime Insurance Coverage**
Awarding a contract to Federal (Chubb) Insurance Company (McGriff, Seibels & Williams of Missouri Inc., agent) for the District's Commercial Crime Insurance Coverage from July 1, 2016 to June 30, 2017.

**Adoption of Proposed Ord. No. 14385 - Underground Storage Tank Insurance**
Awarding a contract to Missouri Underground Storage Tank Insurance Fund for the District's Underground Storage Tank Insurance coverage from July 1, 2016 to June 30, 2017.

**Adoption of Proposed Ord. No. 14386 - Major Facility Pollution Liability Insurance Coverage**
Awarding a contract to Zurich (Steadfast) Insurance Company (McGriff, Seibels & Williams of Missouri Inc., agent) for the District's Major Facility Pollution Liability Insurance Coverage from July 1, 2016 to June 30, 2017.

**Adoption of Proposed Ord. No. 14387 - Blocked Main and Overcharged Line Back-Up Insurance Program**
Awarding a contract to Zurich (Steadfast) Insurance Company (McGriff, Seibels & Williams of Missouri Inc., agent) for the District's Blocked Main and Overcharged Line Backup Insurance coverage from July 1, 2016 to June 30, 2017.

## CONSENT AGENDA:

# ORDINANCES

**Adoption of Proposed Ord. No. 14389 - Contractors Equipment (Inland Marine) Insurance Program**

Awarding a contract to RLI Insurance Company (McGriff, Seibels & Williams of Missouri Inc., agent) for the District's Contractors Equipment (Inland Marine) Insurance Program coverage from July 1, 2016 to June 30, 2017.

**Adoption of Proposed Ord. No. 14390 - Owners Pollution Protective Insurance Program**

Awarding a contract to American International Surplus Lines Insurance Company (McGriff, Seibels & Williams of Missouri Inc., agent) for the District's Owners Pollution Protective Insurance Program coverage from July 1, 2016 to June 30, 2017.

**Adoption of Proposed Ord. No. 14391 - Cyber Liability Insurance Program**

Awarding a contract to National Union Fire Insurance Company (Chartis) (McGriff, Seibels & Williams of Missouri Inc., agent) for the District's Cyber Liability Insurance Program coverage from July 1, 2016 to June 30, 2017.

**Adoption of Proposed Ord. No. 14392 - FY 2017 Budget Appropriations**

Repealing and superseding Ordinance No. 14117 adopted June 18, 2015, and making appropriations for the current expenses of the District in the General Fund, the Water Backup Insurance and Reimbursement Fund, the General Insurance Fund, the Sanitary Replacement Fund, the Stormwater Operations, Maintenance and Construction Improvement Funds, the Emergency Funds, the Debt Service Funds, and the Wastewater Revenue Bond Service Funds for the fiscal year beginning July 1, 2016 and ending June 30, 2017, amounting in the aggregate to Two Hundred Ninety-five Million Three Hundred Sixty-one Thousand Four Hundred Eighty-six Dollars ($295,361,486) to pay interest falling due on bonds issued, the costs of support, operation, and maintenance of the District and its various subdistricts, and emergencies in accordance with the requirements of this Proposed Ordinance to be introduced May 12, 2016

**Adoption of Proposed Ord. No. 14393 – Stormwater Funding**

Repealing and suspending Ordinance No. 13938, adopted August 15, 2014, and enacting a new ordinance in lieu thereof for purposes of providing funding for the stormwater system.

## CONSENT AGENDA:

### ORDINANCES

**Adoption of Proposed Ord. No. 14394 - 2016 Tax Levy for the Metropolitan St. Louis Sewer District and its various Subdistricts**
Adopted September 29, 2015, and enacting a new Ordinance in lieu thereof, adjusting the previously fixed taxes by determining the amount of taxes which shall be levied, assessed, and collected in the year 2016 on all taxable tangible property in the District within the corporate limits of the City of St. Louis and St. Louis County, respectively, and in Subdistricts within the corporate limits of St. Louis County as follows: Coldwater Creek Trunk Subdistrict, Gravois Creek Trunk Subdistrict, Maline Creek Trunk Subdistrict, Watkins Creek Trunk Subdistrict, Subdistrict No. 88 (Fountain Creek), Subdistrict No. 89 (Loretta-Joplin), Subdistrict No. 342 (Clayton-Central), Subdistrict No. 366 (University City Branch of River des Peres Stormwater Subdistrict), Subdistrict No. 367 (Deer Creek Stormwater Subdistrict), Subdistrict No. 369 (Sugar Creek), Subdistrict No. 448 (Missouri River - Bonfils), Subdistrict No. 449 (Meramec River Basin - M.S.D. Southwest), Subdistrict No. 453 (Shrewsbury Branch of River des Peres), Subdistrict No. 454 (Seminary Branch of River des Peres), Subdistrict No. 455 (Black Creek), Subdistrict No. 1 of the River des Peres Watershed (Creve Coeur-Frontenac Area), Subdistrict No. 4 of the River des Peres Watershed (North Affton Area) and Subdistrict No. 7 of the River des Peres Watershed (Wellston Area); and the Board of Trustees, in accordance with Charter Section 7.310 authorizes the Director of Finance to certify as to the amount of taxes which shall be levied, assessed and collected for the aforementioned Subdistricts with an emergency clause.

**Adoption of Proposed Ord. No. 14395 – Water User Charge**
Repealing and superseding Ordinance Nos. 13937 adopted August 5, 2014 and 13758 adopted December 12, 2013, and enacting a new ordinance in lieu thereof.

**Adoption of Proposed Ord. No. 14396 - FEMA Public Assistance Consulting Services**
Authorizing the payment not to exceed Two Hundred Thousand Dollars ($200,000.00) from the General Insurance Fund to be used to provide consulting services for grant management and compliance with Federal Emergency Management Agency (FEMA) and Missouri Emergency Management Agency Assistance Regulations for the Fenton, Grand Glaize, and Missouri River Treatment Plants, and various pump stations and collection system sites in the Metropolitan Sewer District Service Area; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis
Sewer District to enter into an agreement with CDR Maguire to perform said consulting services.

**Adoption of Proposed Ord. No. 14397 - Purchasing Ordinance**
Repealing Ordinance No. 13537, adopted December 13, 2012 relating to the purchase of all supplies, materials and services except as otherwise specified , and enacting in lieu thereof a new ordinance updating the applicable process for the purchase of all supplies, materials and services except as otherwise specified.
***Motion was made by Trustee Mandel, seconded by Trustee Bonner, that***
***The consent agenda ordinance nos. 14370 – 14371, 14373 -14387, 14389-14397 be Adopted.***
***Motion passed - 6 ayes – 0-nays***
***Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;***
***A. Mandel – aye; J. Singer – aye;  R. Bonner – aye***

## CONSENT AGENDA:

# ORDINANCES

*Trustee Bonner requested separate vote on Ordinance 14388*
**Adoption of Proposed Ord. No. 14388 - Auto Liability Insurance Program**
Awarding a contract to Travelers Insurance Companies (McGriff, Seibels & Williams of Missouri Inc., agent) for the District's Auto Liability Insurance Program coverage from July 1, 2016 to June 30, 2017.

*Motion was made by Trustee Faul, seconded by Trustee Mandel, that*
*The consent agenda ordinance no. 14388 be Adopted.*
*Motion passed - 5 ayes – 1-abstention*
*Poll taken:   M. Yates – aye; J. Faul – aye; R. Bobo – aye; A. Mandel – aye;*
*J. Singer – aye;  R. Bonner – abstain*

~ ~ ~ ~ ~

# UNFINISHED BUSINESS

## ORDINANCES
NONE

## RESOLUTIONS
NONE

## NEW BUSINESS: ORDINANCES

**INTRODUCTION of Proposed Ord. No. 14399,** <u>Making an appropriation of Two Million Five Hundred Thousand Dollars ($2,500,000.00) from the Sanitary Replacement Fund</u> to be used for property rights acquisition in <u>Easement Acquisition for Wastewater Projects (2017) (12513)</u> in the Metropolitan Sewer District Service Area; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to acquire necessary property rights in order to construct combined and sanitary sewer projects.

Proposed Ord. No. 14399 was presented and read. This ordinance appropriates funds for staff to take further efforts to acquire necessary property rights by means of donation, purchase, contract, lease, or by the exercise of the power of eminent domain in order to construct combined and sanitary sewer projects.

*Motion was made by Trustee Yates, seconded by Trustee Bobo, that*
*The consent agenda ordinance no. 14399 be Adopted.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*

**Introduction of Proposed Ord. No. 14400,** <u>Making an appropriation of One Million Five Hundred Thousand Dollars ($1,500,000.00) from the General Fund and Five Million Five Hundred Thousand Dollars ($5,500,000.00) from the Sanitary Replacement Fund</u> to be used for repair and replacement of manholes, sewers, and other infrastructure in <u>Infrastructure Repairs (Wastewater) (2017) (12007)</u> in the Metropolitan Sewer District Service Area; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to appropriate funds for small infrastructure repair projects to be bid through Purchasing.

Proposed Ord. No. 14400 was presented and read. The work to be done consists of the repair/replacement and construction of manholes, sewers, and other infrastructure as identified by the Operations and Engineering departments at various locations throughout the District.  This work is part of the District's ongoing CMOM program and complies with the acute defect repair requirements outlined in the Consent Decree.

*Motion was made by Trustee Yates, seconded by Trustee Bobo, that*
*The consent agenda ordinance no. 14400 be Adopted.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*

**Introduction of Proposed Ord. No. 14401,** <u>Appropriating One Hundred Ten Thousand Dollars ($110,000.00) from the Sanitary Replacement Fund</u> to be used for <u>private I/I removal in Midland Sanitary Relief – Public and Private I/I Reduction Part 2 (11663)</u> in the Cities of Overland and Breckenridge Hills, Missouri; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into <u>Contract No. 20427 with Fred M. Luth & Sons, Inc.</u> for the aforesaid private I/I removal.

Proposed Ord. No. 14401 was presented and read. The work to be done under Contract #20427 consists of the removal of private inflow sources on 21 properties.  The purpose of this project is to reduce inflow/infiltration (I/I) in the Coldwater Creek watershed.  This project will provide for the elimination of two (2) constructed SSOs (BP-095 & BP-145) after construction of additional public I/I removal and post construction monitoring.  This project is scheduled to be completed in 120 days.

*Motion was made by Trustee Bobo, seconded by Trustee Yates, that*
*The consent agenda ordinance no. 14401 be Adopted.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*

## NEW BUSINESS: ORDINANCES

**Introduction of Proposed Ord. No. 14402,** <u>Appropriating Two Million One Hundred Seventy-Five Thousand Dollars ($2,175,000.00) from the Sanitary Replacement Fund to be used for storm sewer construction and private I/I removal in North Baden Creek I/I Reduction (BP-532) (Winchester Dr) Part 2 (11693)</u> in the Cities of Normandy, Northwoods, and Pasadena Hills, Missouri; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into <u>Contract No. 20428 with L. Keeley Construction Company</u> for the aforesaid private I/I removal.

Proposed Ord. No.14402 was presented and read. The work to be done under Contract #20428 consists of the construction of approximately 1,624 lineal feet of storm sewers varying in size from 8-inches to 12-inches in diameter, and the removal of private inflow sources at 66 properties. The purpose of this project is to reduce inflow/infiltration (I/I) in the Baden watershed. This project will provide for the elimination of one (1) constructed SSO (BP-532) after construction of additional public I/I removal, and post construction monitoring. This project is scheduled to be completed in 365 days.

*Motion was made by Trustee Singer, seconded by Trustee Bonner, that*
*The consent agenda ordinance no. 14402 be Adopted.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken: M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye; R. Bonner – aye*

**Introduction of Proposed Ord. No. 14403,** <u>Appropriating Three Hundred Thousand Dollars ($300,000.00) from the Sanitary Replacement Fund</u> to be used for <u>private I/I removal in Sappington Creek I/I Reduction (Gravois Rd and Sappington Rd) (11990)</u> in the Cities of Sunset Hills and Crestwood, and Unincorporated St. Louis County, Missouri; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into <u>Contract No. 20426 with Fred M. Luth & Sons, Inc.</u> for the aforesaid private I/I removal.

Proposed Ord. No. 14403 was presented and read. The work to be done under Contract #20426 consists of the removal of inflow sources from 48 private properties. The purpose of this project is to reduce inflow/infiltration (I/I) in the Gravois Creek watershed, reduce building backups, and relieve overcharged sanitary sewers. This project is scheduled to be completed in 125 days.

## NEW BUSINESS: ORDINANCES

*Motion was made by Trustee Yates, seconded by Trustee Singer, that*
*The consent agenda ordinance no. 14403 be Adopted.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken: M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye; R. Bonner – aye*

**Introduction of Proposed Ord. No. 14404,** <u>Making an appropriation of Four Hundred Thousand Dollars ($400,000.00) from the Districtwide Stormwater Fund</u> to be used for property rights acquisition in <u>Easement Acquisition for Stormwater Projects (2017) (12680)</u> in the Metropolitan Sewer District Service Area; and authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to acquire necessary property rights in order to construct storm sewer projects.

Proposed Ord. No. 14404 was presented and read. This ordinance appropriates funds for staff to take further efforts to acquire necessary property rights by means of donation, purchase, contract, lease, or by the exercise of the power of eminent domain in order to construct storm sewer projects.

*Motion was made by Trustee Bonner, seconded by Trustee Singer, that*
*The consent agenda ordinance no. 14404 be Adopted.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken: M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye; R. Bonner – aye*

## NEW BUSINESS: ORDINANCES

**Introduction of Proposed Ord. No. 14405**, Declaring the necessity for the acquisition of real property with The Metropolitan St. Louis Sewer District for the purpose of purchasing property due to inadequate combined sewers for the project known as <u>Jennings Station Road/North Basin (Property Acquisition) (11140) in the City of Jennings and Flordell Hills, Missouri</u> to serve the needs of residents of the area, and authorizing the acquisition of said real property by purchased or by the institution of condemnation proceedings.

Proposed Ord. No. 14405 was presented and read. This ordinance authorizes the staff to proceed with further condemnation efforts including the filing of all necessary court pleadings or documents leading to the acquisition of property on one (1) parcel of ground located in the City of Flordell Hills, Missouri. Acquisition of properties in the 5700 block of Jennings Station Road will allow the removal of improvements in this area that are prone to flooding due to inadequate sewer capacity and drainage, and to enable the construction of a detention basin; to relieve combined sewer overflows (CSO), basement backups, and flooding in a low elevation area containing a major trunk sewer. The District's real property acquisition consultant is handling all acquisition with the property owners. This project is a non-voluntary relocation of the residents in this area. This property has been appraised. Currently, the District has been unable to negotiate a settlement with the owners.

*Motion was made by Trustee Bobo, seconded by Trustee Bonner, that*
*The consent agenda ordinance no. 14405 be Adopted.*
*Motion passed -  6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*

**Introduction of Proposed Ord. No. 14406**, Declaring the necessity for the <u>acquisition of easements and temporary easements</u> in certain real property within The Metropolitan St. Louis Sewer District for the purpose of construction of sewers and related appurtenances in the project known as <u>Caulks Creek Forcemain (River Valley Rd to L-52) (11790)</u> in the City of Maryland Heights, Missouri to serve the needs of residents of the area, and authorizing staff to proceed with further condemnation efforts related to the project, including but not limited to the purchase &/or the filing of all necessary court pleadings or documents to commence and prosecute formal legal proceedings for the acquisition of said easements and temporary construction easements.

Proposed Ord. No. 14406 was presented and read. This ordinance authorizes the staff to proceed with further condemnation efforts including the filing of all necessary court pleadings or documents leading to the acquisition of permanent sewer easements and temporary construction easements on three (3) parcels of ground located in the City of Maryland Heights, Missouri. These easements are needed to construct this project, which consists of the construction of approximately 17,000 feet of 30-inch diameter force main and appurtenances, and 1,000 feet of 36-inch diameter sanitary sewers. This project will provide a redundant force main for operation flexibility and to allow maintenance on the existing force main that has had several breaks over the past few years. These easements have been appraised. Currently, the District has been unable to negotiate a settlement with the owners.

*Motion was made by Trustee Bobo, seconded by Trustee Singer, that*
*The consent agenda ordinance no. 14406 be Adopted.*
*Motion passed -  6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*

## NEW BUSINESS: ORDINANCES

**Introduction of Proposed Ord. No. 14407**, Authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into a contract with Gallagher Benefit Services, whereby Gallagher Benefit Services will provide professional benefit services for the District's employees for the period July 1, 2016 to June 30, 2017.

Proposed Ord. No. 14407 was presented and read. The District currently contracts with Gallagher Benefit Services to provide employee benefit consulting services. Since the contract expires June 30, 2016, the District submitted bids to thirty-four companies as well as advertised in three (3) papers. The District received responses from three professional benefit consulting companies including the incumbent. The District elected to enter into a new contract with Gallagher Benefits Services.

*Motion was made by Trustee Bonner, seconded by Trustee Singer, that*
*the consent agenda ordinance no. 14407 be Adopted.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye; R. Bonner – aye*

**INTRODUCTION AND ADOPTION of Proposed Ord. No. 14408,** Repealing Ordinance No. 14296 adopted June 16, 2015, and enacting a new ordinance in lieu thereof prescribing the salary of the Secretary-Treasurer of The Metropolitan St. Louis Sewer District.

Proposed Ord. No. 14408 was presented and read. Section 8.070 of the District Charter requires that the salary of the Secretary-Treasurer be set by Ordinance. The Secretary-Treasurer's salary is being set at $159,200 per year payable after May 19, 2016.

*The Secretary Treasurer asked if there was an objection to the rule. Hearing None Motion was*
*made by Trustee Faul, seconded by Trustee Bonner, that the ordinance nos. 14408 be Introduced*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye; R. Bonner – aye*
*The Secretary Treasurer asked if there was an objection to the rule. Hearing None Motion was*
*made by Motion was made by Trustee Mandel, seconded by Trustee Faul, that*
*The ordinance nos. 14408 be Adopted*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye; R. Bonner – aye*

**INTRODUCTION AND ADOPTION of Proposed Ord. No. 14409,** Authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into a contract with the financial advisory firm of Public Financial Management, Inc. (PFM). PFM will provide general and transactional professional financial advisory services to the District.

Proposed Ord. No. 14409 was presented and read. PFM will be used on an as needed basis to assist with bond issues, development of a financing plan, and assistance with Rate Commission work. PFM has been involved with several assignments, including the most recent Rate Commission Process and the 2015B Senior Revenue Bond Issue.

*The Secretary Treasurer asked if there was an objection to the rule. Hearing None Motion was*
*made by Trustee Singer, seconded by Trustee Yates, that the ordinance nos. 14409 be Introduced*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye; R. Bonner – aye*
*The Secretary Treasurer asked if there was an objection to the rule. Hearing None Motion was*
*made by Motion was made by Trustee Mandel, seconded by Trustee Singer, that*
*The ordinance nos. 14409 be Adopted*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye; R. Bonner – aye*

## NEW BUSINESS: ORDINANCES

**INTRODUCTION AND ADOPTION of Proposed Ord. No. 14410**, Authorizing the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into a contract with the financial advisory firm of Independent Public Advisors, LLC. (IPA).  IPA will provide general and transactional professional financial advisory services to the District.

Proposed Ord. No. 14410 was presented and read. IPA will be used on an as needed basis to assist with bond issues, development of a financing plan, and assistance with Rate Commission work.  IPA has been involved with several assignments, including the most recent Rate Commission Process and the 2015B Senior Revenue Bond Issue

*The Secretary Treasurer asked if there was an objection to the rule. Hearing None Motion was made by Trustee Bonner, seconded by Trustee Singer, that*
*The ordinance nos. 14410 be Introduced*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:   M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*
*The Secretary Treasurer asked if there was an objection to the rule. Hearing None Motion was made by Motion was made by Trustee Yates, seconded by Trustee Mandel, that*
*The ordinance nos. 14410 be Adopted*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:   M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*

**INTRODUTION AND ADOPTION of Proposed Ord. No. 14411 Compensation Plan**
Repealing Ordinance No. 13814 adopted March 12, 2014 and enacting a new ordinance with an emergency clause in lieu thereof, prescribing a Compensation Plan for all Classified and Unclassified positions of The Metropolitan St. Louis Sewer District, except the positions of Executive Director, Secretary-Treasurer and Internal Auditor, and pay grade assignment of Unclassified positions and reflecting any changes to all C Schedule positions and BT Schedule positions represented by IUOE No. 513, Machinists No. 9, Bricklayers No. 1 and Electricians No. 1 compensation per the provisions of RSMo Section 105.00 – 105.530.

*Motion was made by Trustee Faul, seconded by Trustee Bonner, that*
*The ordinance no. 14411 be pulled from the Consent Agenda for further review.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:   M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*

## RESOLUTIONS:

**Adoption of Resolution No. 3273,** Transferring fund balances totaling Four Million One Hundred Seventy-Five Thousand Dollars ($4,175,000.00) to Debt Service Fund 2822 from the following eight funds: Debt Service Fund 2808 in the amount of One Million Six Hundred Seventeen Thousand Nine Hundred Forty-Six Dollars ($1,617,946.00), Debt Service Fund 2810 in the amount of Eight Hundred Thirty-Two Thousand Seven Hundred Ten Dollars ($832,710.00), Debt Service Fund 2812 in the amount of Three Hundred Seventy Thousand Dollars ($370,000.00), Debt Service Fund 2816 in the amount of Fifty Five Thousand Dollars ($55,000.00), Debt Service Fund 2817 in the amount of Seventy Thousand Dollars ($70,000.00), Debt Service Fund 2818 in the amount of Fifteen Thousand Dollars ($15,000.00), Debt Service Fund 2819 in the amount of Two Hundred Forty Thousand Dollars ($240,000.00), and General Fund 1101 in the amount of Nine Hundred Seventy-Four Thousand Three Hundred Forty Four Dollars ($974,344.00) and transferring Four Hundred Fifteen Thousand Dollars ($415,000.00) to Debt Service Fund 2804 from Debt Service Fund 2821 and transferring Three Hundred Eighty Thousand Dollars ($380,000.00) to Debt Service Fund 2804 from General Fund 1101 and transferring One Hundred Eighty Five Thousand Dollars ($185,000.00) to Debt Service 2820 from General Fund 1101. These transfers are based on an internal review and adjust for differences in actual and budgeted debt payments due to the timing of the issuance of senior and subordinate bonds. This is an annual process.

*Motion was made by Trustee Bonner, seconded by Trustee Yates, that*
*The Resolution no. 3273 be Adopted.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye; R. Bonner – aye*

## RESOLUTIONS:

*\*GROUPED RESOLUTIONS 3277, 3278, 3279, 3280, 3281*

**Adoption of Resolution No. 3277,** expressing the Board of Trustees' appreciation to Kathy A. Ahillen for her 38 years of exemplary service to the Metropolitan St. Louis Sewer District from April 3, 1978, to her retirement effective June 1, 2016.

**Adoption of Resolution No. 3278,** expressing the Board of Trustees' appreciation to Darrell B. Brown for his 46 years of exemplary service to the Metropolitan St. Louis Sewer District from June 9, 1969, to his retirement effective June 1, 2016.

**Adoption of Resolution No. 3279,** expressing the Board of Trustees' appreciation to Steven B. Gum for his 17 years of exemplary service to the Metropolitan St. Louis Sewer District from March 29, 1999, to his retirement effective June 1, 2016.

**Adoption of Resolution No. 3280,** expressing the Board of Trustees' appreciation to Phyllis A. Heller for her 25 years of exemplary service to the Metropolitan St. Louis Sewer District from June 25, 1990, to her retirement effective June 1, 2016.

**Adoption of Resolution No. 3281,** expressing the Board of Trustees' appreciation to Rupjyoti Bhuyan for her 18 years of exemplary service to the Metropolitan St. Louis Sewer District from March 16, 1998, to her retirement effective June 1, 2016.

*Motion was made by Trustee Mandel, seconded by Trustee Bobo, that the*
*Resolution Nos. 3277, 3278, 3279, 3280 and 3281 be adopted.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:  M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*

## RESOLUTIONS:

**Adoption of Resolution No. 3282,** will exercise option year one (1) of the contract previously authorized by Ordinance No. 14098 adopted June 16, 2015, which authorized the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into a contract with Cardinal Point Partners, LLC, whereby Cardinal Point Partners, LLC will provide federal legislative services for the District.

*Motion was made by Trustee Singer, seconded by Trustee Bonner, that*
*The Resolution no. 3282 be Adopted.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:   M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*

**Adoption of Resolution No. 3283,** will exercise option year one (1) of the contract previously authorized by Ordinance No. 14116, adopted May 18, 2015 authorized the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into a contract with Corporate Claims Management Inc., whereby Corporate Claims Management Inc. would provide claims administration services for water back-up, workers compensation, general liability, auto, errors & omissions, and any other claim against the District and Trustees/District staff.

*Motion was made by Trustee Yates, seconded by Trustee Mandel, that*
*The Resolution no. 3283 be Adopted.*
*Motion passed - 6 ayes – 0 nays*
*Poll taken:   M. Yates – aye; J. Faul – aye; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*

*\*GROUPED RESOLUTIONS 3284, 3285, 3286 and 3287*

**Adoption of Resolution No. 3284,** will exercise option year one (1) of the contract previously authorized by Ordinance No. 14099, adopted June 16, 2015, which authorized the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into a contract with Armstrong Teasdale LLP whereby Armstrong Teasdale LLP would provide General Legal Services for the District.

**Adoption of Resolution No. 3285,** will exercise option year one (1) of the contract previously authorized by Ordinance No. 14100, adopted June 16, 2015, which authorized the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into a contract with The Hale Law Firm whereby The Hale Law Firm would provide General Legal Services for the District.

**Adoption of Resolution No. 3286,** will exercise option year one (1) of the contract previously authorized by Ordinance No. 14101, adopted June 16, 2015, which authorized the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into a contract with Rynearson, Suess, Schnurbusch & Champion, LLC whereby Rynearson, Suess, Schnurbusch & Champion, LLC would provide General Legal Services for the District.

## RESOLUTIONS:

**Adoption of Resolution No. 3287,** The adoption of Resolution No. 3287 will exercise option year one (1) of the contract previously authorized by Ordinance No. 14102, adopted June 16, 2015, authorized the Executive Director and Secretary-Treasurer on behalf of The Metropolitan St. Louis Sewer District to enter into a contract with Thompson Coburn LLC whereby Thompson Coburn LLC would provide General Legal Services for the District.

*Motion was made by Trustee Mandel, seconded by Trustee Bonner, that*
*The Resolution nos. 3284, 3285, 3286 and 3287 be Adopted.*
*Motion passed - 5 ayes – 1 abstention*
*Poll taken:   M. Yates – aye; J. Faul – abstained; R. Bobo – aye;*
*A. Mandel – aye; J. Singer – aye;  R. Bonner – aye*

Upon motion made by Trustee Mandel and seconded by Trustee Faul, and unanimously passed, the meeting adjourned at 6:21 p.m.

~ ~ ~ ~ ~

**Secretary-Treasurer**