UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.L.L. CONSTRUCTION, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CV-02367-AGF ) |
| METROPOLITAN ST. LOUIS SEWER DISTRICT, et al., | ) ) ) |
| Defendants. | ) ) |

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's Order Referring Case to ADR for **Mediation**, dated September 4, 2018, the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action.

Name of Neutral/Firm:   Robert D. Litz

Firm Address:   USA&M 500 N. Broadway, #1800

St. Louis MO 63102

Telephone:   314-231-4642   Fax:   314-231-0137

**The attorneys of record in this case are:**

Lead Counsel:   Lynette M. Petruska

Firm Address:   Pleban & Petruska Law, 2010 S. Big Bend Blvd.

St. Louis MO 63117

Telephone:   314-645-6666   Fax:   314-645-7376

Other Counsel:   Debbie S. Champion, and Victor H. Essen

Firm Address:   500 N Broadway. Ste. 1550, St. Louis MO  63102

Counsel for MSD

Telephone:   314-421-4430   Fax:   314-421-4431

**See Attached for additional Defendant's Counsel

**The completion deadline for this ADR referral is November 5, 2018.**

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference

Date of Conference:  October 1 , 20 18

Time of Conference:  9:30  a.m./p.m.

Location of Conference (Check One):

☐ Designated Space at:   Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

☒ Other Location:   USA&M 500 N. Broadway, #1800

  St. Louis MO 63102

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference.  The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual

9-20-2018
Date

/s/ Lynette M. Petruska

Signature of Plaintiff

/s/Debbie S. Champion

Counsel for MSD

/s/ Kevin F. Hormuth

Counsel for Bates Utility Company Inc.

Signature of Defendants

Kevin F. Hormuth, kfh@greensfelder.com

Ronnie L. White, rwhite@greensfelder.com

Audrie R. Howard, ahoward@greensfelder.com

10 South Broadway, Suite 2000

St. Louis, MO 63102

Phone: 314-241-9090/ Fax: 314-241-3643

Attorneys for Defendant Bates Utility Company, Inc.