# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| A.L.L. CONSTRUCTION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-CV-02367-AGF |
| | ) | |
| THE METROPOLITAN ST. LOUIS | ) | |
| SEWER DISTRICT,  *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION FOR DISMISSAL AS TO DEFENDANT
## BATES UTILITY CO., INC.,

Plaintiff A.L.L. Construction, LLC, through its counsel of record, and Defendant Bates Utility Company, Inc., through its counsel or record, hereby stipulate that Plaintiff's First Amended Complaint as it relates to Defendant Bates Utility Company, Inc. and all claims and causes of action Plaintiff has asserted against Defendant Bates Utility Company, Inc. are hereby dismissed with prejudice.  Each party will bear that party's own attorney's fees and court costs. All claims against the MSD Defendants remain pending at this time.

Respectfully submitted,

PLEBAN & PETRUSKA LAW, LLC


By:         /s/ Lynette M. Petruska
         Lynette M. Petruska, Mo. Bar No. 41212
         lpetruska@plebanlaw.com
         2010 South Big Bend Blvd.
         St. Louis, MO  63117
         (314) 645-6666 - Telephone
         (314) 645-7376 - Facsimile

         Attorneys for Plaintiff


GREENSFELDER, HEMKER & GALE, P.C.



By:         /s/ Kevin F. Hormuth
         Kevin F. Hormuth, #48165
         10 South Broadway, Suite 2000
         St. Louis, MO 63102
         T: 314-241-9090
         F: 314-241-3643
         kfh@greensfelder.com

         Attorneys for Defendant Bates Utility Company



## CERTIFICATE OF SERVICE

The undersigned certifies that this document was filed through the electronic filing system and will be sent electronically to all counsel of record this 1st day of November, 2018.


         /s/ Lynette M. Petruska

2