IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.L.L. CONSTRUCTION, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE METROPOLITAN ST. LOUIS ) <br> SEWER DISTRICT, JAMES FAUL, RUBY ) <br> BONNER, REV. RONALD BOBO, ) <br> MICHAEL YATES, and JAMES I. SINGER, ) <br> in their individual capacities as the Board of ) <br> Trustees of the Metropolitan St. Louis Sewer ) <br> District, ) <br> ) <br> Defendants. ) | Case No: 4:17-CV-02367-AGF <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JAMES FAUL, RUBY BONNER, REV. RONALD BOBO, MICHAEL YATES, AND JAMES SINGER

Plaintiff A.L.L. Construction, LLC, by and through undersigned counsel, and Defendants James Faul, Ruby Bonner, Rev. Ronald Bobo, Michael Yates, and James Singer, by and through undersigned counsel, hereby stipulate that all of the claims and causes of action contained, and or that could be contained, in Plaintiff's First Amended Complaint are hereby dismissed with prejudice as to Defendants James Faul, Ruby Bonner, Rev. Ronald Bobo, Michael Yates, and James Singer.  Claim asserted against Defendant MSD remains pending at this time.  Each of the parties herein to bear their own costs.

                    PLEBAN & PETRUSKA LAW, LLC

BY: /s/ Lynette M. Petruska
     Lynette M. Petruska, #41212
     2010 S. Big Bend Blvd.
     St. Louis, MO 63117
     314-645-6666 / FAX: 314-645-7376
     lpetruska@plebanlaw.com
     *Attorneys for Plaintiff*

                    RYNEARSON SUESS SCHNURBUSCH
                    CHAMPION, LLC.

BY: /s/ Victor H. Essen, II
     Debbie S. Champion,     #38637
     Victor H. Essen, II        #57629
     500 North Broadway, Suite 1550
     St. Louis, MO 63102
     314-421-4430 / FAX: 314-421-4431
     dchampion@rssclaw.com
     vessen@rssclaw.com
     *Attorneys for Defendants James Faul, Ruby Bonner, Rev. Ronald Bobo, Michael Yates, and James Singer.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing was sent via the Court's electronic filing system on this 7th day of November 2018 to:

C. John Pleban
Lynette M. Petruska
Steven R. Kratky
PLEBAN & PETRUSKA LAW, LLC
2010 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-6666 / FAX: 314-645-7376
cpleban@plebanlaw.com
lpetruska@plebanlaw.com
skratky@plebanlaw.com
*Attorneys for Plaintiff*

Kevin F. Hormuth
Ronnie L. White, II
Audrie R. Howard
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, MO 63102
314-241-9090 / FAX: 314-241-3643
kfh@greensfelder.com
rwhite@greensfelder.com
ahoward@greensfelder.com
*Attorneys for Defendant Bates Utility Company*

/s/ Victor H. Essen, II