IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.L.L. CONSTRUCTION, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 4:17-CV-02367-AGF ) ) **JURY TRIAL DEMANDED** |
| THE METROPOLITAN ST. LOUIS SEWER DISTRICT, JAMES FAUL, RUBY BONNER, REV. RONALD BOBO, MICHAEL YATES, and JAMES I. SINGER, in their individual capacities as the Board of Trustees of the Metropolitan St. Louis Sewer District, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE METROPOLITAN ST. LOUIS SEWER DISTRICT

Plaintiff A.L.L. Construction, LLC, by and through undersigned counsel, and Defendant the Metropolitan St. Louis Sewer District, by and through undersigned counsel, hereby stipulate that all of the claims and causes of action contained, and/or that could be contained, in Plaintiff's First Amended Complaint are hereby dismissed with prejudice as to Defendant the Metropolitan St. Louis Sewer District. Each of the parties herein to bear their own costs.

PLEBAN & PETRUSKA LAW, LLC

BY: /s/ Lynette M. Petruska
Lynette M. Petruska, #41212
2010 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-6666 / FAX: 314-645-7376
lpetruska@plebanlaw.com
*Attorneys for Plaintiff*

RYNEARSON SUESS SCHNURBUSCH
CHAMPION, LLC.

BY: /s/ Victor H. Essen, II
Debbie S. Champion,       #38637
Victor H. Essen, II           #57629
500 North Broadway, Suite 1550
St. Louis, MO 63102
314-421-4430 / FAX: 314-421-4431
dchampion@rssclaw.com
vessen@rssclaw.com
*Attorneys for Defendants the Metropolitan St. Louis Sewer District, James Faul, Ruby Bonner, Rev. Ronald Bobo, Michael Yates, and James Singer.*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing was sent via the Court's electronic filing system on this 14th day of November 2018 to:

C. John Pleban
Lynette M. Petruska
Steven R. Kratky
PLEBAN & PETRUSKA LAW, LLC
2010 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-6666 / FAX: 314-645-7376
cpleban@plebanlaw.com
lpetruska@plebanlaw.com
skratky@plebanlaw.com
*Attorneys for Plaintiff*

Kevin F. Hormuth
Ronnie L. White, II
Audrie R. Howard
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, MO 63102
314-241-9090 / FAX: 314-241-3643
kfh@greensfelder.com
rwhite@greensfelder.com
ahoward@greensfelder.com
*Attorneys for Defendant Bates Utility Company*

/s/ Victor H. Essen, II