UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.L.L. CONSTRUCTION, LLC,       )<br>                                                     )<br>     Plaintiff,                             )<br>                                                     )<br>     vs.                                         )<br>                                                     )<br>METROPOLITAN ST. LOUIS SEWER )<br>DISTRICT; JAMES FAUL, RUBY   )<br>BONNER, RONALD BOBO, MICHAEL )<br>YATES, and JAMES I. SINGER, in their )<br>individual capacities as members of the )<br>Board of Trustees of the Metropolitan St. )<br>Louis Sewer District; and BATES )<br>UTILITY CO., INC.,                     )<br>                                                     )<br>     Defendants.                         ) | Case No. 4:17-cv-02367-AGF |

## ORDER OF DISMISSAL

Based on Plaintiff's filing of a stipulation for dismissal (ECF No. 96) with prejudice as to the sole remaining defendant in this matter, Metropolitan St. Louis Sewer District,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**. All claims against all parties having been resolved, the Clerk of Court shall close this case.

**IT IS FURTHER ORDERED** that the pending motion to compel (ECF No. 81) is denied as moot.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2018.